CO-386-online
10/03

# United States District Court
# For the District of Columbia

WYETH HOLDINGS  )
CORPORATION )
 )
 )
              Plaintiff )  Civil Action No._____
  vs )
 )
U.S. DEPARTMENT OF HEALTH )
AND HUMAN SERVICES, et al )
 )
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __WYETH HOLDINGS CORPORATION__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __WYETH HOLDINGS CORPORATION__ which have any outstanding securities in the hands of the public:

WYETH

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

442537
BAR IDENTIFICATION NO.

Daniel E. Troy - Sidley Austin
Print Name

1501 K Street, N.W.
Address

Washington, DC 20005
City      State      Zip Code

202.736.8000
Phone Number