CO-386-online
10/03

# United States District Court
# For the District of Columbia

WYETH             )
                       )
                       )
                       )
             Plaintiff    )    Civil Action No._____
       vs                    )
                       )
U.S. DEPARTMENT OF HEALTH     )
AND HUMAN SERVICES, et al     )
                       )
          Defendant   )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for WYETH_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of WYETH_____ which have

any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Daniel E. Troy_ (signature)
Signature

442537
_____
BAR IDENTIFICATION NO.

Daniel E. Troy - Sidley Austin
_____
Print Name

1501 K Street, N.W.
_____
Address

Washington, DC 20005
_____
City          State          Zip Code

202.736.8000
_____
Phone Number