UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wyeth Holdings Corporation, et al. | ) |
| | ) |
| | ) |
| Plaintiff(s) | ) Case No.: 1:08-CV-00981HHK |
| | ) |
| v. | ) |
| US Department of Health and Human Services, et al. | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Melvin M. Shapiro, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint for Declaratory, Injunctive, and Other Relief; and Certificate Rule LCvR 7.1 on Attorney General Michael B. Mukasey in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 09, 2008 at 1:15 PM, I served the within Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint for Declaratory, Injunctive, and Other Relief; and Certificate Rule LCvR 7.1 on Attorney General Michael B. Mukasey at US Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Donna Monroe, General Clerk II, authorized to accept. Described herein:

Gender: Female   Race/Skin: Black   Hair: Black   Age: 43   Height: 5'6"   Weight: 140

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6/10/08
Executed on:

Melvin M. Shapiro
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-003268                                                                 Client Reference: N/A

CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WYETH HOLDINGS CORPORATION, et al

**SUMMONS IN A CIVIL CASE**

V.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al

Case: 1:08-cv-00981
Assigned To : Kennedy, Henry H.
Assign. Date : 6/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Attorney General Michael B. Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Troy
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8639

an answer to the complaint which is served on you with this summons, within ___sixty (60)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          JUN - 6 2008
CLERK                                DATE

(By) DEPUTY CLERK