## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Wyeth Holdings Corporation, et al.     )
              )
              )
      Plaintiff(s)     )
              ) Case No.: 1:08-CV-00981HHK
        v.     )
US Department of Health and Human Services, et al. )
              )
              )
      Defendant(s)   )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, a Private Process Server, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint for Declaratory, Injunctive, and Other Relief; and Certificate Rule LCvR 7.1

SERVE TO:  US Department of Health and Human Services

SERVICE ADDRESS: 200 Independence Avenue, SW, Washington, DC 20201

DATE SERVED:  June 09, 2008  TIME SERVED:  1:02 PM

PERSON SERVED:  Brandon Smith, Legal Assistant, authorized to accept.

Described herein:

Gender: Male Race/Skin: Black Hair: Black Age: 25 Height: 5'9" Weight: 180

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

6-30-08
Executed on:

         Ambiko Guice
         CAPITOL PROCESS SERVICES, INC.
         1827 18th Street, NW
         Washington, DC 20009-5526
         (202) 667-0050

ID: 08-003271

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WYETH HOLDINGS CORPORATION, et al

**SUMMONS IN A CIVIL CASE**

V.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al

Case: 1:08-cv-00981
Assigned To : Kennedy, Henry H.
Assign. Date : 6/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 Independence Avenue, S.W.
Washington, D.C.  20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Troy
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC  20005
(202) 736-8639

an answer to the complaint which is served on you with this summons, within _____ sixty (60) _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUN - 6 2008

CLERK                                                            DATE

*Maureen Higgins*
(By) DEPUTY CLERK