CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WYETH HOLDINGS CORPORATION, ET AL
---
Plaintiff(s)

Civil Action No. 1:08-cv-00981

VS.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL
---
Defendant(s)

## AFFIDAVIT OF MAILING

I, Shirley A. Richardson, hereby state that:

On the 6th day of June, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Jon W. Dudas, Undersecretary of Commerce for IP and Director of the USPTO, Madison Building East, Rm 10B20, 600 Dulany St. Alex. VA 22314

I have received the receipt for the certified mail, No. 7007 3020 0000 4845 5197 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 9th day of June, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

June 19, 2008
(Date)

/s/ Shirley A. Richardson
(Signature)

DC1 1220145

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jon W. Dudas, Undersecretary of Commerce for IP and Director of the USPTO
Madison Building East, Room 10B20
600 Dulany Street
Alexandria, VA 22314

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ken Howard_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ken Howard
C. Date of Delivery: 6-9-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0000 4845 5197

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540