CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WYETH HOLDINGS CORPORATION, ET AL
_____
    Plaintiff(s)

                                                            Civil Action No. 1:08-cv-00981

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL
_____
    Defendant(s)

## AFFIDAVIT OF MAILING

I, __Shirley A. Richardson_____, hereby state that:

On the __6th__ day of __June__, __2008__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

United States Patent and Trademark Office, Madison Building East, Room 10B20, 600 Dulany Street, Alex. VA 22314

I have received the receipt for the certified mail, No. __7007 3020 0000 4845 5234__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __9th__ day of __June__, __2008__.

I declare under penalty of perjury that the foregoing is true and correct.

__June 19, 2008__                                  _(signature)_ Shirley A. Richardson
       (Date)                                                       (Signature)

DC1 1220143

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

UNITED STATES PATENT
and TRADEMARK OFFICE
Madison Building East,
Room 10B20
600 Dulany Street
Alexandria, VA 22314

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Ken Hubbard* ☐ Agent ☐ Addressee

B. Received by (Printed Name): 

C. Date of Delivery: 6-9-08

D. Is delivery address different from item 1? ☐ Yes  ☑ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0000 4845 5234

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540