CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WYETH HOLDINGS CORPORATION, ET AL
_____
      Plaintiff(s)

                                    Civil Action No. 1:08-cv-00981

      vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL
_____
      Defendant(s)

## AFFIDAVIT OF MAILING

    I, Shirley A. Richardson _____, hereby state that:

On the 6th _____ day of June _____, 2008 _____, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

    U.S. Department of Health and Human Services, 200 Independence Avenue, SW, Washington, DC  20201

    I have received the receipt for the certified mail, No. 7007 3020 0000 4845 5258 _____

(attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 11th _____ day of June _____, 2008 _____.

    I declare under penalty of perjury that the foregoing is true and correct.

_____
    June 19, 2008
         (Date)

                                                    (Signature)

DC1 1120129

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. DEPARTMENT of
HEALTH and HUMAN
SERVICES

200 Independence AVE, SW
Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lee_    ☐ Agent
            ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
LAWRENCE    6-11-08

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 3020 0000 4845 5258 ✓

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540