CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WYETH HOLDINGS CORPORATION, ET AL
_____
Plaintiff(s)

vs.                                                                Civil Action No. 1:08-cv-00981

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, Shirley A. Richardson, hereby state that:

On the 6th day of June, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Food and Drug Administration, 5600 Fishers Lane, Rockville, MD 20857

I have received the receipt for the certified mail, No. 7007 3020 0000 4845 5241 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 12th day of June, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

June 19, 2008
(Date)

_Shirley A. Richardson_
(Signature)

DC1 1220142

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. FOOD and DRUG ADMINISTRATION<br>5600 Fishers Lane<br>Rockville, MD 20857 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>JUN 19 2008 |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7007 3020 0000 4845 5241 ✓ |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 |