CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WYETH HOLDINGS CORPORATION, ET AL
_____
Plaintiff(s)

Civil Action No. **1:08-cv-00981**

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL
_____
Defendant(s)

## AFFIDAVIT OF MAILING

I, **Shirley A. Richardson**, hereby state that:

On the **6th** day of **June**, **2008**, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General Michael B. Mukasey, U.S. Dept. of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530

I have received the receipt for the certified mail, No. **7007 3020 0000 4845 5272** (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the **11th** day of **June**, **2008**.

I declare under penalty of perjury that the foregoing is true and correct.

**June 19, 2008**
(Date)

_(Signature)_ Shirley A. Richardson

DC1 1220147

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General
MICHAEL B. MUKASEY
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_       ☐ Agent   ☐ Addressee

B. Received by (Printed Name): JUN 11 2008
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes   ☑ No
If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0000 4845 5272

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540