CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WYETH HOLDINGS CORPORATION, ET AL

Plaintiff(s)

Civil Action No. 1:08-cv-00981

vs.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL

Defendant(s)

## AFFIDAVIT OF MAILING

I, Shirley A. Richardson, hereby state that:

On the 6th day of June, 2008, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Jeffrey A. Taylor, U.S. Attorney for the Dist. of Columbia, U.S. Attorney's Office, 555 4th St., NW, Washington, DC 20530

I have received the receipt for the certified mail, No. 7007 3020 0000 4845 5289 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 10th day of June, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

June 19, 2008
(Date)

*Shirley A. Richardson*
(Signature)

DC1 1220148

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U S Attorney for the
District of Columbia
JEFFREY A TAYLOR
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): JUN 10 2008
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☑ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0000 4845 5289

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540