UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH HOLDINGS CORPORATION, et al., ) ) ) Plaintiffs, ) ) v. ) ) U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., ) ) ) Defendants. ) ) ) ) | Civil Action No. 08-00981 (HHK) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Drake Cutini as counsel for the defendants in the above-captioned action.

Of Counsel:

THOMAS R. BARKER
Acting General Counsel

GERALD F. MASOUDI
Associate General Counsel
Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

JAMES R. JOHNSON
Assistant Chief Counsel, Litigation
U.S. Dept. of Health & Human
 Services
Office of the General Counsel
5600 Fishers Lane, GCF-1
Rockville, Maryland 20857
Telephone: (301) 827-5212


SYDNEY O. JOHNSON, Jr.
Acting Solicitor

NATHAN K. KELLEY
RAYMOND T. CHEN
Associate Solicitors
U.S. Patent and Trademark Office
Office of the Solicitor
P.O. Box 15667
Arlington, VA 22215
(571) 272-4142

Date: August 8, 2008

Respectfully submitted,

GREG KATSAS
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

EUGENE M. THIROLF
Director


         /s/
DRAKE CUTINI
Attorney
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044
Telephone: (202) 307-0044
Facsimile: (202) 514-8742
drake.cutini@usdoj.gov