<u>CERTIFICATE</u>

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedure, I

hereby certify that Michael D. Bernstein, Acting Director, Office of Regulatory

Policy, and Director, Division of Regulatory Policy II, Center for Drug

Evaluation and Research, United States Food and Drug Administration, whose

declaration is attached, has custody of official records of the United States Food

and Drug Administration.

In witness whereof, I have, pursuant to the provision of Title 42, United States

Code, Section 3505, and FDA Staff Manual Guide 1410.23(1)(a)(6)(ii), hereto set

my hand and caused the seal of the Department of Health and Human Services to

be affixed this 7th day of August, 2008.



Carolyn Kachovec, Director
Division of Dockets Management
Office of Management Programs
Office of Management
Food and Drug Administration

By direction of the Secretary of
Health and Human Services

<u>DECLARATION OF MICHAEL D. BERNSTEIN</u>

Michael D. Bernstein declares as follows:

1. I am Acting Director, Office of Regulatory Policy (ORP), and Director, Division of Regulatory Policy II, Center for Drug Evaluation and Research, United States Food and Drug Administration (FDA).

2. In this capacity, I have custody of official records of FDA relating to the determination of the regulatory review period of new animal drugs from which patent term extensions are derived.

3. Attached is a copy of an index to the administrative record in *Wyeth Holdings Corporation, et al., v. U.S. Department of Health and Human Services, et al.*, Civil Case No. 08-00981 (HHK).

4. Copies of the documents referred to in the index in paragraph 3, above, are part of the official records of FDA.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on *August 6, 2008*


Michael D. Bernstein

# The Determination of the Regulatory Review Period of Cydectin
# For Purposes of Patent Extension
## Index to Administrative Record

| Document Date | Description | Bates Number |
|---|---|---|
| 11/1995 | Center for Veterinary Medicine Document and Submission Information - An Update | 000001-000036 |
| 04/08/1998 | American Cyanamid Company's Application for Extension of Patent Term | 000037-000106 |
| 11/06/2002 | The Administrative New Animal Drug Application Process - Draft Guidance to Industry | 000107-000114 |
| 09/10/2003 | Letter to D. Read, Acting Director Health Assessment Policy Staff, CDER, from Karin Ferriter, Senior Legal Advisor, Office of Patent Legal Administration | 000115 |
| 01/12/2004 | Memorandum to Dockets Management from Claudia Grillo, Policy Analyst, Office of Regulatory Policy | 000116 |
| 04/06/2004 | Letter to Honorable Jon Dudas, Acting Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office, from Jane Axelrad, Associate Director for Policy, CDER | 000117 |
| 06/21/2004 | Letter to Office of Regulatory Policy, FDA, from Karin Ferriter, Senior Legal Advisor, Office of Patent Legal Administration | 000118 |
| 09/01/2006 | Federal Register Notice: Determination of Regulatory Review Period for Purposes of Patent Extension; CYDECTIN | 000119-000123 |
| 09/07/2006 | Letter to Honorable Jon Dudas, Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office, from Jane Axelrad, Associate Director for Policy, CDER | 000124-000125 |
| 11/20/2006 | Letter to Dockets Management Branch from Christopher N. Sipes, Attorney for Wyeth Holdings Corp. | 000126-000177 |
| 03/09/2007 | Letter to John W. Hogan, American Home Products Corp. from Mary C. Till, Legal Advisor, Office of Patent Legal Administration | 000178-000179 |

| Document Date | Description | Bates Number |
|---|---|---|
| 05/08/2007 | Letter to Honorable Jon Dudas, Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office, from Jane Axelrad, Associate Director for Policy, CDER | 000180 |
| 05/07/2008 | Letter to Christopher N. Sipes, Covington & Burling LLP, from Jane Axelrad, Associate Director for Policy, CDER | 000181-000185 |
| 05/09/2008 | Letter to Honorable Jon Dudas, Under Secretary of Commerce for Intellectual Property and Director of the U.S. Patent and Trademark Office, from Jane Axelrad, Associate Director for Policy, CDER | 000186-000187 |

Distributed at a meeting of the Animal Health Institute, April 19, 1995
Re-distributed (with minor modifications) November 1995

# Center for Veterinary Medicine

# Document and Submission Information

## - *An update*

Prepared by:

Office of New Animal Drug Evaluation
Center for Veterinary Medicine
7500 Standish Place
Rockville, MD  20855

April 1995
(Minor Modifications November 1995 - see Preface)

FDA 000001

Document and Submission Information
April 1995 - (modified November 1995)

# PREFACE

The Center for Veterinary Medicine (CVM) has reevaluated the systems and procedures used to process and track New Animal Drug Applications and related correspondence.  The objectives of this evaluation were to identify and implement methods which improve management of documents and submissions, improve the efficient and timely evaluation of requests and supporting data from sponsors, and improve CVM's desk-top work management system.

Several major policy changes concerning the processing of submissions are presented and described in this document.  Also, updated procedures for general review of submissions are outlined with specific suggestions to expedite the process.  Finally, CVM's current document and submission coding nomenclature, review time frames, and a glossary of technical terms are included.

Modifications in related procedures are described, including new procedures to assist in the implementation of the Direct Review Policy and changes in procedures for Phased Review.

This document presents procedures which are typically and generally followed.  However, the evaluation of a new animal drug may require considered deviation from these procedures.  Therefore, while the information presented in this document should prove useful to the submission of information to CVM, we strongly encourage any sponsor to confer with the Center during the early stages of drug development.

**Note:** Minor spelling and format corrections have been made to this version of the April 1995 release of this paper.  No substantial changes to the explanation of the Center's policies have been made.  Some erroneous review time frames for Generic INADs and Exports Applications were corrected.

.

Document and Submission Information
April 1995 - (modified November 1995)

# Table of Contents

PREFACE ................................................................................................................i

## SUMMARY OF MAJOR MOODIFICATIONS ................................................1

PHASED REVIEW POLICY .................................................................................1

DIRECT REVIEW POLICY....................................................................................2

EXPEDITED REVIEW POLICY .............................................................................3

## SUBMISSION OF A REQUEST TO THE CENTER .................................4

GENERAL GUIDANCE .......................................................................................4

INITIAL INAD REQUEST....................................................................................5

## SUBMISSION IDENTIFICATION SYSTEM.................................................6

## LIST OF DOCUMENT TYPES AND CODES ............................................7

## DOCUMENT TYPES AND GENERAL PROCESSING PROCEDURES ...................8

NEW ANIMAL DRUG APPLICATIONS AND ABBREVIATED NEW ANIMAL DRUG APPLICATIONS ...................8

Processing Procedures ......................................................................8

FOOD ADDITIVE PETITIONS.............................................................................11

INVESTIGATIONAL NEW ANIMAL DRUG FILES, GENERIC INVESTIGATIONAL NEW ANIMAL DRUG FILES

AND INVESTIGATIONAL FOOD ADDITIVE FILES...............................................12

Administrative Requirements for an INAD File........................................12

Review of Data Submitted to the INAD file ...........................................13

Data Review Processing Procedures....................................................15

Summary of Phased Data Review Policy ..............................................16

VETERINARY MASTER FILES AND PUBLIC MASTER FILES ..............................18

EXPORT APPLICATIONS...................................................................................19

GENERAL CORRESPONDENCE ........................................................................20

## GLOSSARY OF TERMS .................................................................21

DOCUMENT TYPE (DOCUMENT CODE) .........................................................22

NADA/ANADA SUBMISSION TYPE (SUBMISSION CODE) ...............................24

FAP SUBMISSION TYPE (SUBMISSION CODE) ...............................................25

INAD/JINAD SUBMISSION TYPE (SUBMISSION CODE)....................................26

Administrative Type Submissions .........................................................26

Technical Section Submissions ...........................................................27

Either - depending on the content ........................................................27

IFA SUBMISSION TYPE (SUBMISSION CODE): ..............................................28

EXPORT APPLICATION SUBMISSION TYPE (SUBMISSION CODE) ......................29

GC/VMF/PMF SUBMISSION TYPES ..............................................................30

## DOCUMENT SUBMISSION CODES AND REVIEW TIMEFRAMES .......................31

Document and Submission Information
April 1995 - (modified November 1995)

# SUMMARY OF MAJOR MODIFICATIONS

## Phased Review Policy

The use of the term "components" to refer to the total package of data required to make an NADA-level decision in a specific section is discontinued. Phased Review Documents, as separate and distinct files are also discontinued.  Inconsistent use of these terms has been a source of substantial confusion and misunderstanding inside and outside of the Center.  The resulting confusion has wasted time on semantics, instead of focusing on substance.

The Center remains _extremely_ committed to the concept of reviewing data at the most appropriate and productive times in the drug development process and CVM will continue to accept data for evaluation outside the strict structure of "all in, all out" of the conventional NADA.

Data submitted for evaluation under the Phased Review Policy should be directed to the INAD file.  However, several general limitations are necessary to manage the review of data outside the structure of an application.

- There can be NO concurrent review of data supporting a specific condition of use in the INAD and NADA.  In practice, this means a sponsor may not submit data to one document for review while there is data under review in the other.  If the sponsor wants to work interactively with each specialty group within the Office of New Animal Drug Evaluation, then the data should be submitted to the INAD for review.  If the sponsor wants to submit all the information at one time and receive a coordinated, comprehensive response on the adequacy of all the data, the sponsor should submit an NADA.  Most sponsors find it useful to use the more fluid INAD structure during early development and, as more of the data is acceptable to CVM, an NADA is filed.

- Once an NADA is pending (under active review), the sponsor should not submit additional information supporting that claim to the INAD for evaluation.

- Certain packages of data cannot be evaluated to a meaningful conclusion unless certain supporting data is also available.  The sponsor should ensure the submission contains all the information necessary for a meaningful evaluation of the data.  If the sponsor submits less than the necessary package for review, the information will be filed and the sponsor will be notified that review will be deferred until the additional information is submitted.

**- 1 -**

FDA 000004

Document and Submission Information
April 1995 - (modified November 1995)

- If the sponsor submits additional information that amends data under review and causes the Center to restart the review process, the Center will reset the review clock and inform the sponsor in a letter.

## <u>Direct Review Policy</u>

Direct Review was instituted within the Office of New Animal Drug Evaluation on November 11, 1994. This policy allows submissions containing technical information, not part of a pending application (NADA or ANADA), to be reviewed and administered by the reviewer responsible for the technical evaluation. These technical sections are explained further on page 13.

Previously, all submissions were funneled into the Center through a "primary" reviewer who coordinated the Center's interaction with, and responses to, the sponsor. This person was responsible for the administration of the document file and, in a manner similar to a project manager, saw everything associated with the drug during data development. This will no longer be done. Now, if the submission contains data that relate to only one technical section and therefore, can be evaluated by one Division, then the reviewer within that Division will also assume all administrative responsibilities associated with the submission.

To qualify for this streamlined review policy, the submission must be limited to one technical section so it can be administered and reviewed by one review organization. Submissions containing more than one technical section will not benefit from the direct review process.

The Center believes that this type of interaction should speed the drug development process.

**IMPORTANT!!! Because there will be no one person in charge of the project in CVM until the NADA is filed, the sponsor is responsible for ensuring all technical sections are compatible and support the approval of the same drug product.**

- 2 -

FDA 000005

Document and Submission Information
April 1995 - (modified November 1995)

## Expedited Review Policy

The Expedited Review status of documents will be tracked using the STARS database.  This will enable those reviewers evaluating data under the Direct Review Policy to be responsive to the adjusted time frames for products that are granted expedited review status.

### Adjusted Expedited Review Time frames

|  | Routine | Adjusted |
|---|---|---|
|  | CVM Review Time | CVM Review Time |
| **Short** | 50 | 45 |
| **Medium** | 100 | 60 |
| **Long** | 180 | 90 |

**- 3 -**

Document and Submission Information
April 1995 - (modified November 1995)

# SUBMISSION OF A REQUEST TO THE CENTER

CVM processes numerous submissions each day.  The type and presentation of information by the sponsor is critical in the initial stages of processing.

## General Guidance

All submissions should be mailed to the Center for Veterinary Medicine's Document Control Unit:

> Center for Veterinary Medicine
> Document Control Unit, HFV-199
> Room N-403
> 7500 Standish Place
> Rockville, Maryland 20855

For NADA applications or INADs containing more than one technical section, the cover letter should address the Division Director responsible for the evaluation of target animal technical section of the application.  For INAD and non-NADA submissions limited to one technical sections, the cover letter should be addressed to the Division Director of the appropriate review Division.

INAD or non-NADA submissions limited to one discipline (or technical section) will be reviewed under the Direct Review Policy.  That is, the Center's evaluation will be corresponded directly to the firm by the Center's reviewing experts.  If the submission contains data supporting multiple requests (or multiple disciplines), then CVM will assign a person to coordinate the Center's response.  This coordination step adds to the processing required and may slow the Center's response.

The first paragraph of the cover letter should <u>clearly</u> state the sponsor's request.

Drug sponsors are **strongly urged** to include only one request per submission. The Center's target response times for submissions containing multiple requests are assigned a review time based on the most complicated portion.

Submissions with data should prominently display, on the cover letter, the recognized technical sections and types of studies or information included.  The list of technical sections and studies is located on page 15 of this document. Suggested format for the information on the cover letter:

| Technical Section | Studies/Information |
|---|---|
| Effectiveness | Dose Determination Studies |

**- 4 -**

Document and Submission Information
April 1995 - (modified November 1995)

When an electronic medium is used as a copy or part of a submission, it should be prominently identified by the document file number, sponsor, drug, and the date of the sponsor's cover letter.

Submission of "unofficial desk copies" is against current policy.  When requested by CVM, any additional copies should be sent in with the submission through the Document Control Unit (DCU).

Facsimiles will continue to be used as a convenience to facilitate the drug development process, but cannot be considered official submissions.  Official submissions must be submitted through the DCU.  Only official submissions have legal status.

## Initial INAD Request

The initial request for opening an Investigational New Animal Drug File requires certain information.  Although some of this information is unknown at the start of the drug development process, it would be extremely helpful if any available information is prominently abstracted.  This would include information such as drug, dosage level, trade name (if any), species, production class of animal, sex of animal, and proposed indications for use.  An example of the presentation of such information follows:

| **DRUG (or Chemical)** | Drug A |
|---|---|
|     **TRADE NAME** | Best Drug |
|     **DOSAGE FORM** | Feed |
|     **ROUTE OF ADMINISTRATION** | Oral |
|     **CONCENTRATION** | 500g/lb |
|     **STATUS** | OTC |
|     **ROUTE OF ADMINISTRATION** | Oral |
| **MAXIMUM DOSE (or range)** | 1 mg/lb. of Body Weight |
|     **DURATION AND FREQUENCY** | Continuous use for up to 90 days |
| **SPECIES** | Beef Cattle |
|     **PRODUCTION CLASS** | Feedlot |
|     **SEX** | Male |
| **INDICATION FOR USE** | Increased Growth |
|     **OTHER INFORMATION** | None |

Please include this information on the first page of the cover letter.

- 5 -

FDA 000008

Document and Submission Information
April 1995 - (modified November 1995)

# SUBMISSION IDENTIFICATION SYSTEM

The Center identifies every request, or submission, by a unique Submission Identification (ID).  An understanding of the vocabulary used in this identification system is crucial to fully utilize and understand the Center's submission processing.

Information submitted to the Center is organized in files called documents. Examples of such documents are New Animal Drug Applications and Investigational New Animal Drug Files.  Each document is identified by a **Document ID**, comprised of a one letter **Document Code** and a six digit **Document Number**.  Every submission of information to a document is assigned a one letter **Submission Code** and a four digit **Submission Number**.  The **Submission ID** is a combination of these four elements.

Important points to remember:

- Certain documents are related by the document number, i.e.; the documents have a defined association.  For example, an Export Application will be assigned the document number of the INAD file under which the sponsor has authorization to ship the drug.

- Submission type codes are used to classify the type of request and assign appropriate review time frames.  They are used to identify and retrieve information in documents.

- The initial submission of every document is assigned a number of 0000, and the succeeding submission numbers are assigned sequentially within each document.

- Submission codes are periodically reviewed and updated, so appropriate submission ID will only be assigned by CVM.

Submission ID Example:

# I-001234-B-0001

This Submission ID refers to the second submission (0001) which is a Notice of Claimed Investigational Exemption for a New Animal Drug (Submission Code B) to Document 001234 which is an INAD (Document Code I).

**- 6 -**

Document and Submission Information
April 1995 - (modified November 1995)

# LIST OF DOCUMENT TYPES AND CODES

| Document Name | Code | Abbrev |
|---|---|---|
| New Animal Drug Application | N | NADA |
| Abbreviated New Animal Drug Application | A | ANADA |
| Investigational New Animal Drug File | I | INAD |
| Generic Investigational New Animal Drug File | J | JINAD |
| Veterinary Master File | V | VMF |
| Public Master File | P | PMF |
| Export Application | X | EX |
| General Correspondence | G | GC |
| Drug Experience Report | D | DER |
| Food Additive Petition | C | FAP |
| Investigational Food Additive File | B | IFA |

A glossary of document type codes and submission type codes is attached to this paper for reference.  Each document has specific uses and administrative requirements.  Please be mindful of these as you submit information to each document.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000010

Document and Submission Information
April 1995 - (modified November 1995)

# DOCUMENT TYPES AND GENERAL PROCESSING PROCEDURES

## New Animal Drug Applications and Abbreviated New Animal Drug Applications

New Animal Drug Applications (NADAs) are reviewed as complete applications and the sponsor receives one coordinated evaluation of the application. Abbreviated New Animal Drug Applications (ANADAs) follow the same submission procedures for processing and review as NADAs. In the following discussion, reference to NADAs is used to denote both NADAs and ANADAs. Submissions not directly part of the application data and requirements are allowed by CVM and classified as to the specific request, e.g., sponsor's request for meeting or minutes of a meeting. This permits correspondence on ancillary issues to occur outside the strict application review process.

### Processing Procedures

A new NADA is established with the submission of a completed FDA Form 356V and all required information and data to support the conditions of use requested for the drug. FDA Form 356V (revised 5/94) includes the required debarment statement. If older forms are used, a separate debarment statement should be included. Subsequent reactivations, supplements, and amendments must also be accompanied by a Form 356V.

The **Original NADA** is the initial submission of the application and is regulated by 21 CFR 514. The application must address all applicable sections of Form 356V and 21 CFR 514 and contain complete information supporting all technical sections, labeling, Freedom of Information (FOI) Summary, and Environmental Assessment (EA). The submitted information should be presented in an organized and legible format. Previously submitted and reviewed data may be incorporated by reference (citing the previous information by Submission ID and CVM's response correspondence date).

To assure a coordinated and complete evaluation of the variety of information included in the application, one person is assigned the responsibility for administrating and processing the application. These responsibilities include review of the application for format and completeness before filing and preparation of the Center's integrated response to the sponsor.

Document and Submission Information
April 1995 - (modified November 1995)

If the application is found lacking on receipt, CVM will notify the sponsor that the application will not be filed in a **Refuse to File Letter.**  If the application contains all items necessary for review, it is filed.  After the Center has filed the **Original Application,** additional information or changes in the application may be submitted by the sponsor before the Center completes the evaluation.  These changes, called **Amendments to the Original NADA**, can be of either major or minor consequence.  If the information contained in the **Amendment** is major and may change the Agency's conclusions, then CVM will restart the review process.  The Center issues a **Reset the Clock Letter** informing the sponsor that the original application is considered withdrawn and the application, as amended, is considered submitted to the Center on the date the amendment was received by CVM (21 CFR 514.6).  The impact of any **Amendment** on the Agency's evaluation and the need to restart the review clock is made by the Division Director of the review division.

After evaluating all areas of the application, the Center informs the sponsor of the status of the application.  That letter addresses issues in the **Original Application** and **all** pending **Amendments**.  If information in the **Original Application** is lacking in any area, the Center issues an **Incomplete Letter** citing deficiencies in the application.

To reactivate the application, the sponsor must respond to the deficiencies cited in CVM's **Incomplete Letter** regarding the **Original Application.**  This **Reactivation of the Original Application** must contain **all** information to address **all** concerns cited in the Center's incomplete letter.  This information must be accompanied by an updated 356V, and should be organized and legible.  Again, additional information may be submitted to CVM while the **Reactivation** is pending as an **Amendment to the Reactivated Original**.  As with the original NADA, this may require restarting the review process and informing the sponsor in a **Reset the Clock Letter**.

This process of reactivating the **Original NADA** by submitting information to address deficiencies in the application is continued until all issues are resolved.  When all issues are resolved, the **NADA** may be approved and CVM issues an **Approval Letter** to the sponsor detailing the conditions of approval.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000012

Document and Submission Information
April 1995 - (modified November 1995)

After approval of the **Original NADA**, the sponsor may request changes in the conditions of the original approval by submitting a **Supplemental NADA**. In that submission, the sponsor describes all desired modifications to the existing conditions of approval, and submits the applicable information with an FDA Form 356V. The official process is similar to the original application with the submission of the **Supplemental Application, Amendment(s) to the Supplemental Application, Reactivation of the Supplemental Application**, and **Amendment(s) to the Reactivated Supplemental Application**. This process is followed until the **Supplemental NADA** is approved.

The Center's New Animal Drug Application review process is based on the concept that <u>all</u> information must be available when reviewing an application. Based on this premise, <u>all</u> deficiencies identified in any NADA incomplete letter must be addressed before an NADA can be reactivated. If a sponsor requests reactivation of an NADA with a partial response, CVM will refuse to review the information until all inadequacies have been addressed. The sponsor is informed of this decision in a letter and the submission is filed in the document but not reviewed. It is the responsibility of the Branch Chief of the review branch to assure an NADA is complete before initiating review of the application.

There may be situations where submission of partial information may expedite the review process. Partial information may be submitted for evaluation, with prior agreement of the Center. **If the sponsor wishes to submit partial information for evaluation by the Center, the request must be submitted to the INAD file for review.**

The sponsor may submit general information and requests associated with an NADA for evaluation and comment at anytime after the document has been established. Submissions such as **General Correspondence, Sponsor's Request for Meeting and Agenda**, or **Sponsor's Meeting Minutes** are answered independent of the NADA application process.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000013

Document and Submission Information
April 1995 - (modified November 1995)

## Food Additive Petitions

An **Original FAP** is the initial submission of the petition and is regulated by 21 CFR 571.  It also must be complete in all respects (21 CFR 571).  If the petition is not complete in all respects, the Center issues a **Refuse to File Letter.**  If the petition is acceptable for filing, a notice of filing is published in the Federal Register.  After the petition has been filed, additional information or data may be submitted in an **Amendment to the Original FAP.**  If the **Original FAP** is inadequate in any area, CVM issues an **Incomplete Letter** citing the deficiencies, at which time the petitioner may request withdrawal of the petition without prejudice.  If the petition is adequate, then the FAP is approved and a regulation is published.  After a regulation is established for the **Original FAP**, any changes to that regulation must be supported by a new **Original FAP**.

The petitioner must respond to the deficiencies in the **Original Petition** with a submission containing information to address concerns cited in the Center's incomplete letter.  The Center considers that submission to be a **Resubmission of the Original Petition**.  Again, additional information can be submitted to the Center while the **Resubmission** is pending as **Amendment(s) to the Resubmission.**

The sponsor may submit general information and requests associated with a FAP for evaluation and comment at anytime after the document has been established.  Submissions such as **General Correspondence, Sponsor's Request for Meeting and Agenda**, or **Sponsor's Meeting Minutes** are answered independent of the FAP process.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000014

Document and Submission Information
April 1995 - (modified November 1995)

## Investigational New Animal Drug Files, Generic Investigational New Animal Drug Files and Investigational Food Additive Files

Development of data to support NADAs and ANADAs should be reported to the Center according to regulations in 21 CFR 511.  Similar requirements exist for research conducted to support FAPs (21 CFR 570.17).  In the following discussion the term INADs also refers to JINADs.  IFAs follow the same general procedures.

### Administrative Requirements for an INAD File

In brief, use of a drug or food additive must conform to the conditions specified in the approved labeling.  If the drug, or food additive, is used in any other manner, then that use is unapproved.  To allow regulated research with new drugs, and for new uses of previously approved drugs; exemptions to the NADA regulations are allowed if the sponsor adheres to the provisions of 21 CFR 511.  Before a sponsor can ship or receive an investigational drug for use in a clinical trial, the sponsor must first have an Investigational New Animal Drug file (INAD) and an assigned file number.  When the request for a new investigational drug file is received by CVM, it is reviewed by the appropriate Division Director to confirm that it contains all necessary information and meets necessary conditions[21 CFR 511.1(b)]; requirements depend on the drug, its intended use(s), and the class of animals to be treated.  If the request includes all appropriate information, the Center issues a receipt letter to the sponsor with the assigned INAD file number.  If the request does not contain adequate information for establishment of an INAD file, it is processed as a **General Correspondence** document, and the sponsor will be informed of the requirements for the establishment of the INAD file.

Shipments (or receipt) of an investigational drug for clinical studies must be reported to CVM in a "Notice of Claimed Investigational Exemption for a New Animal Drug" (commonly referred to as a Notice of Shipment of an Investigational Drug).  In addition to reporting shipment of investigational drugs, the file routinely contains other required administrative information, including sponsor's requests for authorization to slaughter treated animals for human food, reporting of slaughter and final disposition of animals, and minutes of meetings.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000015

Document and Submission Information
April 1995 - (modified November 1995)

The following submission categories are used to classify the sponsor's routine administrative requests to an INAD file or Generic INAD file:

> Initial Submission - Opening of a File
> Original Slaughter Authorization Request
> Amended Slaughter Authorization Request
> Notice of Claimed Investigational Exemption for a New Animal Drug
>     or Notice of Shipment of an Investigational Drug
> Sponsor's Final Disposition of Experimental Animals
> Emergency or Compassionate Use Requests
> USDA Slaughter Reports (submitted to FDA by USDA)
> Sponsor's Slaughter Notice
> Establishment Inspection Report
> General Correspondence
> Sponsor's Request for Meeting and Agenda
> Sponsor's Meeting Minutes
> Request for Waiver of Bioequivalence (JINADs only)

These classifications permit identification of submissions by the action requested, assist in assigning response time frames, and facilitate locating information in the investigational files during the subsequent review of the NADA (or ANADA).

**Review of Data Submitted to the INAD file**

To facilitate an interactive approach to the collection and review of data, CVM encourages sponsors to submit data for review outside the strict NADA review process. Under the Phased Review Policy, specified packages of NADA-supporting data may be submitted and evaluated to aid in the drug development process.

The phased review submission policy is defined in the Center's Policy & Procedures Manual (1240.3040 - to be revised), and commits the Center to review appropriate technical sections, or useful pieces of technical sections to enhance the efficiency of the drug development process. Six technical sections are currently recognized by the Center; some of these sections have studies, or groups of studies, that can provide useful information when reviewed during the drug development process.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000016

Document and Submission Information
April 1995 - (modified November 1995)

| **Technical Section** | **Studies or Groups of Studies** |
|---|---|
| Effectiveness | Dose Determination Studies<br>Field Trials<br>Dose Confirmation Studies<br>Dose Titration Studies |
| Environmental Safety | Environmental Introduction and Fate Studies<br>Environmental Effects Studies<br>Environmental Assessment |
| Manufacturing Methods and Controls | Methods and Controls<br>Stability Data |
| Public Safety | Mutagenicity Studies<br>Two 90-day Feeding Studies<br>Reproductive Study<br>Teratology Study<br>Special Studies (as needed)<br>User Safety Information<br>Salmonella Shedding Study<br>Resistance Study |
| Residue Chemistry and Regulatory Methods | Total Metabolism in Target Animals<br>Comparative Metabolism in Rodents<br>Analytical Methods<br>Tissue Residue Depletion Studies<br>Method Validation |
| Target Animal Safety | Tolerance Study<br>Reproductive Safety Study<br>Animal Class Safety Study (e.g., young, geriatric)<br>Special Cases (specific breeds) |

Information and data useful to review during the pre-NADA process vary depending on the intended use and type of the drug.  The preceding list of technical sections and acceptable groups of studies is a guide to assist sponsors in identifying packages of information CVM generally considers appropriate for review outside a total NADA.  With prior agreement, the sponsor may request review of less than one of the packages listed above.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000017

Document and Submission Information
April 1995 - (modified November 1995)

The criteria for acceptance of data for review is whether the evaluation will appreciable assist in the process of drug development.  In cases where data from studies cannot stand alone, and it is not advantageous to CVM or the sponsor for review at the time of submission, the Center may defer evaluation until the complementary studies or data are submitted.

These data submissions include requests for comments on the acceptability of study design, evaluation of data from a single study, and evaluation of a total NADA technical section prior to submission of the NADA.  Several classifications of submissions are considered to be data review in the INAD file.

> Protocol Review with No Data
> Protocol Review with Data
> Study Review
> Study Review with Substantial Data
> Sponsor's Request for Meeting and Agenda
> Sponsor's Meeting Minutes

**Data Review Processing Procedures**

All submissions to the investigational files should clearly identify the INAD file number and state the request in the first paragraph of the letter.  If the submission includes data, certain requirements must be met for the Center's evaluation to be valid and meaningful.  Therefore, each submission of data for review to the INAD file should be accompanied by a debarment statement, an affirmative statement attesting to the truth and completeness of the submission (a signed 356V, or the language on the current 356V will meet this requirement), and any necessary supporting information such as the applicable portions of the labeling, FOI Summary, or EA.  Every submission should be well organized and legible.

An acceptable statement attesting to the truth and completeness of the data submission is:

> *I certify that the data and information submitted to FDA conform to the requirements of the applicable sections of the Federal Food, Drug and Cosmetic Act and the regulations in 21 CFR, and that our submission is solely derived from and traceable to the actual data collected and does not misrepresent the true effects of the drug.*

- 15 -

Document and Submission Information
April 1995 - (modified November 1995)

Each submission should be limited to one technical section, but bundling of multiple studies supporting a single technical section is encouraged.  Data submitted for review under this policy should clearly request phased review, reference the INAD file number, identify the technical section and/or the study(ies) that it contains, and be addressed to the Division responsible for the review of the technical section.  If the submission is less than a package that CVM finds useful to review, or if the submission does not contain the necessary supporting information, CVM will file the submission in the document without review, and inform the sponsor in a **Refuse to Review Letter**.

If the sponsor submits new information that substantially changes the data under review and requires CVM to restart the evaluation, CVM has the option to reset the review clock on both submissions.  The sponsor will be informed in a **Reset the Clock Letter.**

The sponsor is informed of the Center's evaluation in an appropriate final action letter.

Direct Review streamlines the phased review process by allowing single subject submissions to be processed directly by the reviewing organization.  This should reduce the administrative overhead of processing documents.  **With this distribution of CVM's data evaluation and administration, the sponsor must assume responsibility for coordinating the different technical sections prior to the filing of the NADA.  This includes assuring that data gathered to support the NADA supports the final formulation of the proposed drug product.**


**Summary of Phased Data Review Policy**

- Each submission should contain data supporting only one technical section. Data supporting different technical sections of the NADA may be submitted concurrently, but because each will be assigned to the applicable review division, separate submissions are required.  Each submission should be <u>clearly</u> labeled for easy identification, and <u>clearly</u> request phased data review. The submission should also <u>clearly</u> reference the INAD and each submission should also <u>clearly</u> identify the technical section, and any included studies.

  Each data submission is filed in the INAD file and evaluations will be transmitted directly to the sponsor from the reviewing division when the submission is limited to one technical section.  General Correspondence, Requests for Meeting, or Sponsor's Meeting Minutes that specifically relate to one discipline should be clearly identified as such, and submitted to the INAD file.

**- 16 -**

Document and Submission Information
April 1995 - (modified November 1995)

- Phasing of NADA-supporting data components for CVM's evaluation is a voluntary program. The synchronizing of technical sections remains the responsibility of the sponsor. The interrelationships between supporting data should be thoughtfully considered when the sponsor elects to request phased review.

- The sponsor may submit an NADA at anytime, but the NADA must address all technical sections of the NADA or CVM will refuse to file the application. If any technical sections, or studies, have been previously reviewed by the Center under the phased review policy, the sponsor's data and CVM's decision may be incorporated into the NADA by reference to those submission(s) and the Center's response letter(s). If CVM has previously identified deficiencies of a technical section, the sponsor must include responses to **all** the Center's outstanding concerns in the NADA. If the sponsor has a submission containing data currently being reviewed under the INAD, the sponsor must identify the submission(s) and request incorporation into the NADA. This requires a letter from the sponsor to the INAD referencing those submissions and requesting incorporation of the pending data submissions into the NADA. When this action is taken by the sponsor, the review clock on the INAD data submission(s) is reset to the time frame of the NADA, but the NADA can then be considered complete and may be filed.

- 17 -

Document and Submission Information
April 1995 - (modified November 1995)

## Veterinary Master Files and Public Master Files

**Master File** documents are used as repositories of data and information submitted to CVM.  Under the STARS system, there are two major types of Master Files, Veterinary Master Files and Public Master Files.

**Veterinary Master Files (VMFs)** contain information submitted to CVM to be used in support of one or more applications.  Current procedures identify five distinct types of veterinary master files.  Type I VMFs include information on manufacturing site, facilities, operating procedures, and personnel information.  Type II VMFs include information regarding drug substances, drug substances intermediates, and materials used to prepare them, or drug products.  Type III VMFs include information about packaging materials.  Type IV VMFs include information concerning excipients, colorants, flavors, and essences, or materials used in their preparation.  Type V VMFs include FDA-accepted reference materials, and are sometimes used as repositories of data supporting environmental or toxicological requirements for approval.

As an example, a sponsor submits information about a specific drug product that is the subject of multiple documents to a **Veterinary Master File**.  To request an evaluation of the data to support an INADs specific conditions of use, the firm just references the VMF submission in a letter to the **INAD** file.  Another applicable situation occurs when CVM has to evaluate information from a cooperating firm unwilling to share trade secrets with the drug sponsor; for example, information regarding a separately manufactured component used in the production of the final drug product.  The supporting firm then submits the data to a **VMF**, and sends a letter to the drug sponsor's file authorizing CVM to review the master file in support of the sponsor's request.

**Public Master Files** contain data collected under Government-supported programs such as NRSP-7 (National Research Support Project) or other publicly available data.  These Master Files contain information and data collected to support approval of drugs for minor use or use in minor species.  These files are initiated and reviewed by the Center, with the final action being a publication of the availability of the data in the Federal Register.  Sponsors may then use the available data as a portion of their application when meeting the requirements of a separate NADA.

Information or data submitted to either of these documents is assigned a sequential accession number.  The initial submission to the documents is identified as a **Original Master File Submission**, and any subsequent submission is classified as a **Subsequent Submission**.  Other submissions are **Sponsor's Request for Meeting and Agenda** or **Sponsor's Meeting Minutes.**

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000021

Document and Submission Information
April 1995 - (modified November 1995)

## Export Applications

**Export Applications** are regulated under Section 802 of the Federal Food, Drug and Cosmetic Act.  Under the authority of that section, investigational drugs (not currently approved by FDA, but the subject of an active INAD file) may be exported to countries where the drug is currently approved and there exists a regulatory process for evaluating the safety and efficacy of the drugs.

The sponsor submits an **Original Application** to the Center containing information for documenting compliance with the country of destination's regulations.  If the application contains all needed information, a **Notice of Filing** is published in the Federal Register.  The **Original Application** is then evaluated and if all requirements are met the sponsor is sent an **Approval Letter**.  If the Original Application is deficient, the sponsor is notified in an **Incomplete Letter** which explains the deficiencies.  The sponsor may respond by submitting the necessary information and requesting a **Reactivation of the Original Application.**  If the drug has not yet received final approval in the country of destination a **Conditional Approval Letter** is issued, pending certification of approval in that country.  After the country of destination grants final approval, the sponsor may request **Approval after Certification** with submission of documentation of that certification.  After approval of the **Original Application** the sponsor may also request approval to export the drug to additional countries with a **Supplemental Export Application**.  Any drug export submitted under this policy will be assigned the document number of the active INAD file, and will then be designated as an **Export Application** document.

As with other NADA-type applications, both **Original Export** and **Supplemental Exports Applications** (and **Reactivations**) may be amended while pending in the Center.  The process follows that previously outlined for NADAs and ANADAs.

Exports of <u>FDA-approved</u> new animal drugs are considered **Supplemental NADA Applications**, and exports of investigational drugs <u>not approved in the country of destination</u> are submitted as **Notices of Drug Shipments** under the **INAD** file.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000022

Document and Submission Information
April 1995 - (modified November 1995)

## General Correspondence

General Correspondence files are used by CVM as a repository of general requests from industry or the public.  They may also contain correspondence of a pre-INAD nature, such as discussions between CVM and a sponsor concerning the NADA and INAD processes before submitting a specific application.  Although the information contained in these files can be obtained through FOI inquiry, any information that is of a proprietary nature is purged before release.

The submissions are assigned sequential accession numbers.  The initial submission to the document is referred to as **Original General Correspondence Submission**, and any subsequent general submission is classified as a **Subsequent Submission**.

Submissions referencing meetings such as **Sponsor's Request for Meeting and Agenda** or **Sponsor's Meeting Minutes** are also available in this document file.

**- 20 -**

Document and Submission Information - Glossary
April 1995 - (modified November 1995)

# GLOSSARY OF TERMS

**Document** - A specific subject file maintained by the Center for Veterinary Medicine (CVM) that contains information and data submitted by a sponsor for a specific purpose. Current routine document types are New Animal Drug Application (NADA), Abbreviated New Animal Drug Application (ANADA), Investigational New Animal Drug File (INAD), Generic Investigational New Animal Drug File (JINAD), Veterinary Master File (VMF), Public Master File (PMF), General Correspondence File (GC), Food Additive Petition (FAP), and Investigational Food Additive File (IFA). These are routinely identified by a Document ID, composed of a document code and a six digit number.

**Submission** - A request and/or data submitted by the sponsor to a document. The Submission ID is dependent on the document and the type of request.

**Amendment** - Data submitted to amend a pending application while it is under review. Amendments are only allowed in NADAs, ANADAs, Export Applications, and Food Additive Petitions.

**Phased Review Policy** - CVM's policy to review data submitted prior to the filing of an NADA (or ANADA). For meaningful review by CVM, submissions must meet the quality standards of an application, and contain all appropriate information and declarations. In some disciplines, data packages smaller than a complete technical section can be meaningfully reviewed.

**Technical Section of an Application** - NADAs are organized by technical sections as defined in 21 CFR 514, and outlined in the FDA Form 356V. Each technical section supports a condition of approval required by the Center. Data supporting technical sections submitted outside the NADA must contain all applicable supporting information for an adequate review. It must also contain appropriate information on the proposed conditions of use and/or labeling, and the sections of the Freedom of Information Act, or the Environmental Assessment.

**Studies, Groups of Studies or Information** - Meaningful, reviewable pieces of a technical section. The acceptability of studies for review prior to the filing of an NADA will be limited to a body of data that can be evaluated to make a useful decision in the drug development process. CVM will not commit resources to review any submission containing small, incomplete, or inadequate collections of data. Our standards for acceptable studies, or groups of studies differ depending on type of technical section, application, and proposed conditions of use of the drug.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000024

Document and Submission Information - Glossary
April 1995 - (modified November 1995)

## Document Type (Document Code)

**NADA (N)** - New Animal Drug Application.  Applicable regulations are contained in 21 CFR 514.  The application has to be complete on its face to be filed by the CVM and CVM's response to the applicant must evaluate the application in full.

**ANADA (A)** - Abbreviated New Animal Drug Application.  This document is used when a sponsor is pursuing approval of a generic drug. It is "abbreviated" because certain sections of the 356V do not have to be supported with sponsor-generated data.  Requirements for certain sections of 21 CFR 514 can be met by referencing an approved NADA that the patent protection or a period of exclusivity has expired.

**INAD File (I)** - Investigational New Animal Drug File.  Regulations governing the use of unapproved new animal drugs, or approved drugs used under other than the label conditions are contained in 21 CFR 511.  The INAD document contains all the requests, correspondence, notices of drug shipment, and other information that are part of the pre-NADA data development and research.

**JINAD File (J)** - Generic Investigational New Animal Drug File.  This is the investigational file for the ANADA and contains all the requests, correspondence, notices of drug shipment, and other information that are part of the pre-ANADA data development and research.

**VMF (V)** - Veterinary Master File.   A document used as a repository of data or information.  The submitted data is proprietary and can only be reviewed by formal request from a document such as a INAD file or NADA.  Access to the data can only be allowed through consent of the holder of the Master File.

**PMF (P)** - Public Master File.  A document used to consolidate data collected under government programs, such as NRSP-7.  In these cases, research is conducted in areas such as therapeutics for minor species.  The data are reviewed and the evaluation is published.  After publication, a sponsor can use the "approved" data to support their NADA application.  The sponsor need only supply additional information as specified in 21 CFR 514.

**FAP (C)** - Food Additive Petition.  The regulations for FAPs are contained in 21 CFR 570.  The conditions of the petition's approval are modified by submitting a new FAP.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000025

Document and Submission Information - Glossary
April 1995 - (modified November 1995)

**IFA (B)** - Investigational Food Additive file.  The regulations governing food additives used in an unapproved manner are in 21 CFR 570.17.  The procedures for this file are similar to those for an INAD file.  The IFA document contains all the requests, notices of drug shipment, and other correspondence that are part of the pre-FAP data development and research.

**EA (X)** - Export Application.  Export of FDA-unapproved new animal drugs to certain foreign countries is allowed under Section 802 of the FFDCA.  The drug must be approved in the country of destination and specific criteria have to be met.

**General Correspondence (G)** - A document in which correspondence is filed when not specifically addressed to a existing document.

- 23 -

Document and Submission Information - Glossary
April 1995 - (modified November 1995)

## NADA/ANADA Submission Type (Submission Code)

**Original Application (A)** - The first submission of the application. It must include complete information and data which address all sections on the Form 356V. The request is evaluated by CVM and the sponsor is notified by letter of the conclusions. The application is either approved or CVM issues a letter detailing the deficiencies in the application.

**Supplemental Application (C)** - A request for a change in the conditions of the present approval. These requests cover a variety of modifications ranging from a different container to the addition of another species or claim to the unapproved uses. The extent of the request defines the required information and data.

**Reactivation (*)** - The sponsor may reactivate a previously deficient application by responding to all the deficiencies cited in the Center's incomplete letter. Both an incomplete original or supplemental application may be reactivated.
* Submission codes are based on the submission they reactivate.

| | |
|---|---|
| **Reactivation of an Original** | **E** |
| **Reactivation of a Supplement** | **R** |

**Amendment (*)** - The sponsor may amend information in any pending application while it is under review by the Center. If the amendment contains a substantial amount of data, the Center may restart the review clock based when the amendment was received.
* Amendments codes are based on the type of submission they amend.

| | |
|---|---|
| **Amendment to an Original** | **M** |
| **Amendment to a Supplemental** | **S** |
| **Amendment to a Reactivated Original** | **T** |
| **Amendment to a Reactivated Supplemental** | **U** |

**Sponsor's Meeting Request and Agenda (Z)** - Request for a meeting between the sponsor and CVM personnel and an agenda for the meeting.

**Sponsor's Meeting Minutes (Y)** - A request to review and comment on the sponsor's minutes of a previous meeting.

**General Correspondence (G)** - All other submissions or requests.

- 24 -

Document and Submission Information - Glossary
April 1995 - (modified November 1995)

## FAP Submission Type (Submission Code)

These submission types are similar to the submission types used in NADAs and ANADAs.  Once approved, Food Additive Petitions are not supplemented.

**Original Petition (A)** - The first submission of the petition.  It must include complete information as stated in the regulations.  The request is reviewed by CVM and the petitioner is advised of CVM's evaluation.  CVM can either approve the petition or issue an incomplete letter explaining the deficiencies in the data supporting the petition.

**Resubmission (E)** - The petitioner may respond to a previously deficient petition by addressing the deficiencies cited in CVM's incomplete letter.

**Amendment (*)** - The petitioner may amend the information in any pending petition.
* Amendments codes are based on the type of submission they amend.

| | |
|---|---|
| **Amendment to an Original** | **M** |
| **Amendment to a Resubmitted Original** | **T** |

**Petitioner's Meeting Request and Agenda (Z)** - Request for a meeting between the petitioner and CVM personnel and an agenda for the meeting.

**Petitioner's Meeting Minutes (Y)** - A request to review and comment on the petitioner's minutes of a previous meeting.

**General Correspondence (G)** - All other submissions or requests.

**- 25 -**

Document and Submission Information - Glossary
April 1995 - (modified November 1995)

## INAD/JINAD Submission Type (Submission Code)

These submission types are classified on the type of information they include as well as the request of the sponsor. INAD and Generic INAD submission types are:

### Administrative Type Submissions

**Initial Submission/Opening of File (A)** - First submission requesting establishment of an INAD file.

**Original Slaughter Authorization Request (O)** - Request for FDA approval to slaughter and market for human consumption products derived from animals treated with an investigational drug.

**Amended Slaughter Authorization Request (D)** - Request for a revision of the conditions of the original authorization.

**Notice of Claimed Investigational Exemption for a New Animal Drug (B)** - Notification to CVM of the shipment or receipt of an investigational drug. Also called a Notice of Shipment of an Investigational Drug.

**Sponsor's Final Disposition of Experimental Animals (V)** - Notification to CVM by the sponsor of the status of animals treated under the INAD.

**Emergency or Compassionate Use Request (J)** - Request to use a investigational drug in order to save an animal's life and statement of intent to establish an INAD file.

**USDA Slaughter Report (U)** - Report from USDA of animals slaughtered that received investigational drugs.

**Sponsor's Slaughter Notice (S)** - Report from the sponsor of animals slaughtered that received investigational drugs.

**Establishment Inspection Report (M)** - Official report of an inspection of a sponsor, investigator, or manufacturing site prepared by FDA inspectors.

**Request for Waiver of Bioequivalence (R)** - Request a waiver for the requirement of conducting an *in vivo* bioequivalence study if the proposed generic product formulation meets certain criteria.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000029

Document and Submission Information - Glossary
April 1995 - (modified November 1995)

**Technical Section Submissions**

**Protocol Review with No Data (E)** - Request for CVM's comments on a
protocol for a NADA-supporting study.

**Protocol Review with Supporting Data (F)** - Request for CVM's evaluation of a
protocol with supporting data.

**Study Review (H)** - Request for CVM's evaluation of data from a study with
limited data.

**Study Review with Substantial Data (P)** - Request for CVM's evaluation of a
study with substantial data.

**Either - depending on the content**

**Sponsor's Meeting Request and Agenda (Z)** - Request for a meeting between
the sponsor and CVM personnel and an agenda for the meeting.

**Sponsor's Meeting Minutes (Y)** - A request to review and comment on the
Sponsor's minutes of a previous meeting.

**General Correspondence (G)** - All other submissions or requests.

- 27 -

Document and Submission Information - Glossary
April 1995 - (modified November 1995)

## IFA Submission Type (Submission Code):

These submission types are classified on the type of information they include as well as the request of the sponsor.  IFA submission types are:

**Initial Submission/Opening of File (A)** - First submission requesting establishment of an IFA file.

**Amended Slaughter Authorization Request (D)** - Request for a revision of the conditions of the original authorization.

**Protocol Review with No Data (E)** - Request for CVM's comments on a protocol for a FAP-supporting study.

**Protocol Review with Supporting Data (F)** - Request for CVM's evaluation of a protocol with supporting data.

**Notice of Claimed Investigational Exemption for a New Food Additive Petition  (B)** -Notification to CVM of the shipment or receipt of an investigational food additive.  Also called a Notice of Shipment of an Investigational Food Additive.

**Sponsor's Final Disposition of Experimental Animals (V)** - Notification by the sponsor to CVM of the status of animals treated under the IFA.

**USDA Slaughter Report (U)** - Report from USDA of animals slaughtered that received investigational food additives.

**Sponsor's Slaughter Notice (S)** - Report from the sponsor of animals slaughtered that received investigational food additive.

**General Correspondence (G)** - All other submissions or requests.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000031

Document and Submission Information - Glossary
April 1995 - (modified November 1995)

## Export Application Submission Type (Submission Code)

**Original Export Application (A)** - The initial request to ship a drug, unapproved by the FDA, to a country in which the drug is approved.  If the drug has not received final approval in the country of destination, an conditional approval may be processed, but final approval will be delayed until certification of the approval.

**Reactivation of an Original Export Application (E)** - If the original application was deficient then the sponsor can reactivate the **Original** with information addressing all the deficiencies.

**Post-Certification Approval (I)** - A request for final approval for export.  It must contain certification that the drug has received final approval for marketing in the country of destination.

**Supplemental Application for Export to an Additional Country (C)** - A request to expand the approval to include shipment of the drug to an additional country.

**Reactivation of a Supplemental Application for Export to an Additional Country (R)** -A request to reactivate a previously deficient supplemental export application.

**Annual Report (H)** - An annual submission of all exports of the drug shipped under approval of an export application.

**Amendment (*)** - The sponsor may amend the information or data in any pending application.
 * Amendments are coded based on the type of submission they amend.

| | |
|---|---|
| **Amendment to an Original** | **M** |
| **Amendment to a Reactivated Original** | **T** |
| **Amendment to a Supplemental Country** | **S** |
| **Amendment to a Reactivated Supplemental Country** | **U** |

**General Correspondence (G)** - All other submissions or requests.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000032

Document and Submission Information - Glossary
April 1995 - (modified November 1995)

## GC/VMF/PMF Submission Types

Since these files are general repositories of information and can contain a variety of different material, the submission types reflect only the opening submission to the file and subsequent requests.

**Original (A)** - The initial request that opens the document.

**Subsequent Submissions (C)**- Any subsequent submissions to the document.

**Sponsor's Meeting Request and Agenda (Z)** - Request for a meeting between the sponsor and CVM personnel and an agenda for the meeting.

**Sponsor's Meeting Minutes (Y)** - A request to review and comment on the Sponsor's minutes of a previous meeting.

**General Correspondence (G)** - All other submissions or requests.

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000033

Document and Submission Information
Document Submission Codes and Review Times
April 1995 - (modified November 1995)

# DOCUMENT SUBMISSION CODES
## AND
# REVIEW TIMEFRAMES

## Abbreviated New Animal Drug Application

| Doc Code | Document Abbreviation | Submission Code | Submission Type Name | CVM Review Time |
|---|---|---|---|---|
| A | ANADA | A | Original | 180 |
| | ANADA | C | Supplement | 180 |
| | ANADA | E | Reactivation of Original | 180 |
| | ANADA | G | General Correspondence | 180 |
| | ANADA | M | Amendment To Original | |
| | ANADA | R | Reactivation Of Supplement | 180 |
| | ANADA | S | Amendment To A Supplement | |
| | ANADA | T | Amendment To Reactivation | |
| | ANADA | U | Amendment To Reactivation of Supplement | |
| | ANADA | Y | Sponsor's Meeting Minutes | 50 |
| | ANADA | Z | Request For Meeting | 50 |

## Investigational Food Additive File

| Doc Code | Document Abbreviation | Submission Code | Submission Type Name | CVM Review Time |
|---|---|---|---|---|
| B | IFA | A | Original Authorization | 130 |
| | IFA | B | Notice of Shipment | 45 |
| | IFA | C | Dial Submission Code | |
| | IFA | D | Amended Authorization | 130 |
| | IFA | E | Protocol - No Data | 45 |
| | IFA | F | Protocol - Data | 130 |
| | IFA | G | General Correspondence | 90 |
| | IFA | S | Sponsor's Slaughter Notice | 45 |
| | IFA | U | USDA Slaughter Notice | 45 |

## Food Additive Petition

| Doc Code | Document Abbreviation | Submission Code | Submission Type Name | CVM Review Time |
|---|---|---|---|---|
| C | FAP | A | Original | 180 |
| | FAP | C | Dial Submission Code | |
| | FAP | E | Reactivation Of Original | 180 |
| | FAP | G | General Correspondence | 180 |
| | FAP | M | Amendment To Original | 180 |
| | FAP | T | Amendment To Reactivation | 180 |

## General Correspondence

| Doc Code | Document Abbreviation | Submission Code | Submission Type Name | CVM Review Time |
|---|---|---|---|---|
| G | GC | A | Original | 180 |
| | GC | C | Supplement | 180 |
| | GC | Y | Sponsor's Meeting Minutes | 50 |
| | GC | Z | Request For Meeting | 50 |

P:\DATA\DOC\DSI\PAPER\REV1103.AHI
ELParbuoni:X-41641:revised:11/03/95

FDA 000034

Document and Submission Information
Document Submission Codes and Review Times
April 1995 - (modified November 1995)

## Investigational New Animal Drug File

| Doc Code | Document Abbreviation | Submission Code | Submission Type Name | CVM Review Time |
|---|---|---|---|---|
| I | INAD | A | Initial Submission | 100 |
| | INAD | B | Notice of Shipment | 50 |
| | INAD | C | Dial Submission Code | |
| | INAD | D | Amended Authorization | 100 |
| | INAD | E | Protocol - No Data | 50 |
| | INAD | F | Protocol - Data | 100 |
| | INAD | G | General Correspondence | 100 |
| | INAD | H | Study Review | 100 |
| | INAD | J | Emergency/Compassionate | 100 |
| | INAD | M | Establishment Inspection Report | |
| | INAD | O | Orig. Authorization | 100 |
| | INAD | P | Study With Substantial Data | 180 |
| | INAD | S | Sponsor's Slaughter Notice | 50 |
| | INAD | U | USDA Slaughter Report | 50 |
| | INAD | V | Sponsor's Final Disposition | 50 |
| | INAD | Y | Sponsor's Meeting Minutes | 50 |
| | INAD | Z | Request For Meeting | 50 |

## Generic Investigational New Animal Drug File

| Doc Code | Document Abbreviation | Submission Code | Submission Type Name | CVM Review Time |
|---|---|---|---|---|
| J | JINAD | A | Initial Submission | 100 |
| | JINAD | B | Notice of Shipment | 50 |
| | JINAD | C | Dial Submission Code | |
| | JINAD | D | Amended Authorization | 100 |
| | JINAD | E | Protocol - No Data | 50 |
| | JINAD | F | Protocol - Data | 100 |
| | JINAD | G | General Correspondence | 100 |
| | JINAD | H | Study Review | 100 |
| | JINAD | J | Emergency/Compassionate | 100 |
| | JINAD | M | Establishment Inspection Report | |
| | JINAD | O | Original Authorization | 100 |
| | JINAD | P | Study With Substantial Data | 180 |
| | JINAD | R | Waiver Of Bioequivalence | 50 |
| | JINAD | S | Sponsor's Slaughter Notice | 50 |
| | JINAD | U | USDA Slaughter Report | 50 |
| | JINAD | V | Sponsor's Final Disposition | 50 |
| | JINAD | Y | Sponsor's Meeting Minutes | 50 |
| | JINAD | Z | Request For Meeting | 50 |

## New Animal Drug Application

| Doc Code | Document Abbreviation | Submission Code | Submission Type Name | CVM Review Time |
|---|---|---|---|---|
| N | NADA | A | Original | 180 |
| | NADA | C | Supplement | 180 |
| | NADA | E | Reactivation Of Original | 180 |
| | NADA | G | General Correspondence | 180 |
| | NADA | M | Amendment To Original | |
| | NADA | R | Reactivation Of Supplement | 180 |
| | NADA | S | Amendment To A Supplement | |
| | NADA | T | Amendment To Reactivation | |
| | NADA | U | Amendment To Reactivation Of Supplement | |
| | NADA | Y | Sponsor's Meeting Minutes | 50 |
| | NADA | Z | Request For Meeting | 50 |

Document and Submission Information
Document Submission Codes and Review Times
April 1995 - (modified November 1995)

## Public Master Files

| Doc Code | Document Abbreviation | Submission Code | Submission Type Name | CVM Review Time |
|---|---|---|---|---|
| P | PMF | A | Original | 180 |
| | PMF | C | Supplement | 180 |
| | PMF | Y | Sponsor's Meeting Minutes | 50 |
| | PMF | Z | Request For Meeting | 50 |

## Veterinary Master Files

| Doc Code | Document Abbreviation | Submission Code | Submission Type Name | CVM Review Time |
|---|---|---|---|---|
| V | VMF | A | Original | 180 |
| | VMF | C | Supplement | 180 |
| | VMF | Y | Sponsor's Meeting Minutes | 50 |
| | VMF | Z | Request For Meeting | 50 |

## Export Applications

| Doc Code | Document Abbreviation | Submission Code | Submission Type Name | CVM Review Time |
|---|---|---|---|---|
| X | EA | A | Original | 30 |
| | EA | C | Supplemental Country | 15 |
| | EA | E | Reactivation Of Original | 30 |
| | EA | G | General Correspondence | 15 |
| | EA | H | Annual Report | 15 |
| | EA | I | Post-Certification Approval Request | 5 |
| | EA | M | Amendment To Original | |
| | EA | R | Reactivation Of Supplement | 30 |
| | EA | S | Amendment To A Supplement | |
| | EA | T | Amendment To Reactivation | |
| | EA | U | Amendment To Reactivation Of Supplement | |

FDA 000036

Docket No: 30394-01
Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent No.:  4,916,154

Issued:  April 10, 1994

To:  Goro Asato and Donald J. France

For:  23-OXO(KETO)AND 23-IMINO DERIVATIVES OF LL-F28249 COMPOUNDS

Assistant Commissioner for Patents
Box Patent Extension
Washington, D.C. 20231

## LETTER OF TRANSMITTAL OF APPLICATION FOR EXTENSION OF PATENT TERM

Sir:

Transmitted herewith is an application for extension of patent term of U.S. Patent No. 4,916,154 in accordance with 35 USC 156.

Please charge Deposit Account No. 01-1300 in the amount of $1120.00 for the fee pursuant to 37 CFR 1.20 (j).  The Commissioner if hereby authorized to charge any additional fees, which may be required, or credit any overpayment to Account No. 01-1300.  A copy of this sheet is enclosed.

Respectfully submitted,

John W. Hogan, Jr.
Attorney for Applicants
Reg. No. 32,703

American Cyanamid Company
Patent Law Department
One Campus Drive
Parsippany, NJ 07054
Tel. No. (973) 683-2152

---

CERTIFICATION UNDER 37 CFR 1.10
I hereby certify that this paper and the documents referred to as enclosed therein are being deposited with the United States Postal Service on the date written below in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM002671879US addressed to the Assistant Commissioner for Patents, Box Patent Extension, Washington, D.C. 20231.

March 27, 1998
Date

John W. Hogan, Jr. Reg. No. 32,703

---

FDA 000037

Docket No: 30394-01
Patent

## CERTIFICATION

The undersigned hereby certifies that this application for extension of patent term under 35 USC 156 including its attachments and supporting papers is a duplicate of the original application being currently submitted.

_March 27, 1998_
Dated

_John W. Hogan Jr_
John W. Hogan, Jr.
Attorney for Applicants
Reg. No. 32,703

American Cyanamid Company
Patent Law Department
One Campus Drive
Parsippany, NJ 07054
Tel. No. (973) 683-2152

RECEIVED
APR - 8 1998
PATENT EXTENSION
A/C PATENTS

FDA 000038

2004 E- 0040

APP 1

Docket No: 30394-01
Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent No.:      4,916,154

Issued:                April 10, 1994

To:                    Goro Asato and Donald J. France

For:                   23-OXO(KETO)AND 23-IMINO DERIVATIVES OF LL-F28249
                       COMPOUNDS

Assistant Commissioner for Patents
Box Patent Extension
Washington, D.C. 20231

**RECEIVED**
*APR - 0 1998*
*PATENT EXTENSION AC PATENTS*

## REQUEST FOR EXTENSION OF PATENT TERM UNDER 35 USC § 156

Sir:

Pursuant to 35 USC 156 and 37 CFR 1.710-1.785, American Cyanamid Company, owner of the above-identified patent by virtue of an assignment by Goro Asato and Donald John France and recorded in the United States Patent and Trademark Office on August 27, 1987 at Reel 4781, Frame 0220 (Exhibit 2), hereby requests an extension of the 17 year from issue date patent term set pursuant to 35 USC 154 (c) of United States Patent No. 4,916,154.

The following information is submitted in accordance with 35 USC 156 (d) and 37 CFR 1.710 - 17.80 and follows the numerical format provided in 37 CFR 1.740.

(1) The chemical name of the active ingredient of the approved product is (2a*E*,4*E*, 5'*R*, 6*R*, 6'*S*, 8*E*, 11*R*, 13*S*, 15*S*, 17a*R*, 20*R*, 20a*R*, 20b*S*)-6'-[(*E*)-1,3-dimethyl-1-butenyl]-5', 6, 6', 7, 10, 11, 14, 15, 17a, 20, 20a, 20b-dodecahydro-20, 20b-dihydroxy-5', 6, 8, 19-tetramethyl-spiro[11, 15-methano-2*H*, 13*H*, 17*H*-furo[4,3,2-*pq*]benzo-dioxacyclooctadecin-13,2'-[2H]pyran]-4',17(3'*H*)-dione 4'-(*E*)-(*O*-methyloxime).

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CERTIFICATION UNDER 37 CFR 1.10
I hereby certify that this paper and the documents referred to as enclosed therein are being deposited with the United States Postal Service on the date written below in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM002671879US addressed to the Assistant Commissioner for Patents, Box Patent Extension, Washington, D.C. 20231.

_March 27, 1998_
Date

_John M. Hogan Jr_
John W. Hogan, Jr. Reg. No. 32,703

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Docket No: 30394-01
Patent

The generic name of that compound is moxidectin.

The commercial name of the approved product is CYDECTIN®.

The structural formula of moxidectin is



The empirical formula for moxidectin is $C_{37}H_{53}NO_8$.

(2) Moxidectin was subject to regulatory review under Section 512 of the Federal Food, Drug and Cosmetic Act, 21 USC 360(b).

(3) The product received permission for commercial marketing for use on a food-producing animal on January 28, 1998.

(4) The active ingredient in CYDECTIN® cattle pour-on, moxidectin, was previously approved under the Federal Food, Drug, and Cosmetic Act for use in dogs on May 27, 1997 and for use in horses on July 11, 1997.

(5) This application is being submitted within the sixty day period permitted for submission pursuant to 37 CFR 1.720 (f). The last day on which this application could be submitted is March 30, 1998. The sixtieth day following permission for commercial marketing or use falls on March 29, 1998, which is a Sunday.

FDA 000040

Docket No: 30394-01
Patent

(6) The patent for which an extension is being sought is identified as follows:

Inventors:  Goro Asato and Donald J. France
Patent No.:  4,916,154
Title:  23-Imino Derivatives of LL-F28249 Compounds
Issued:  April 10, 1990
Expires:  April 10, 2007

(7) A copy of United States Patent No. 4,916,154, the patent for which an extension is sought, is attached hereto as Exhibit 1.

(8) A copy of the receipts of maintenance fee payments for U.S. Patent No. 4,916,154 are attached as Exhibit 3.  No disclaimer, certificate of correction or reexamination certificate have been sought or issued.

(9) U.S. Patent No. 4,916,154 claims the approved product.  Claims 1, 2, 3, 4 and 5 claim the approved product per se.  Claims 7, 8, and 9 claim a method of using the approved product.  Claim 15 claims a composition which contains the approved product, and which is of use for the aproved product.  The manner in which each applicable patent claim reads on the approved product is as follows:

Claim 1 of U.S. patent 4,916,154 claims a compound represehted by structural formula (I)



wherein $R_1$ is methyl, ethyl or isopropyl; $R_2$ is hydrogen, methyl, $C_1$-$C_4$ alkanoyl, methoxyacetyl, chloroacetyl, dichloroacetyl, trichloroacetyl, trifluoroacetyl,

FDA 000041

Docket No: 30394-01
Patent

phenoxyacetyl, optionally substituted on the phenyl ring with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups, or nitro groups; $R_3$ is hydrogen or methyl; X is $NOR_4$, or N—$NHR_5$; $R_4$ is hydrogen, $C_1$-$C_6$ alkyl, $C_1$-$C_4$ alkoxymethyl, benzyl, allyl, propargyl, phenyl, $CH_2COO$-alkyl ($C_1$-$C_4$), N-($C_1$-$C_6$ alkyl)carbamoyl, N-(allyl)carbamoyl, N-(propargyl)carbamoyl, N-(phenyl)carbamoyl, N-(chlorophenyl)carbamoyl, N-(dichlorophenyl)carbamoyl, N-(benzyl)carbamoyl, $C_1$-$C_6$ alkanoyl, chloroacetyl, methoxyacetyl, phenylacetyl optionally substituted on the phenyl ring with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, phenoxyacetyl optionally substituted on the phenyl ring by one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; $R_5$ is

$$
\overset{O}{\underset{\|}{C}}-NR_6R_7, \quad \overset{S}{\underset{\|}{C}}-NR_6R_7, \quad \overset{O}{\underset{\|}{C}}-OR_8, \quad \overset{O\;O}{\underset{\|\;\|}{CC}}NR_6R_7, \quad \overset{O}{\underset{\underset{\|}{\underset{O}{S}}}{\overset{\|}{S}}}R_9,
$$

$C_1$-$C_6$ alkanoyl, $C_1$-$C_6$ alkyl,

$$
\overset{NH}{\underset{\|}{C}}-NR_6R_7,
$$

or benzoyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; $R_6$ and $R_7$ are hydrogen or $C_1$-$C_6$ alkyl, or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl, $C_1$-$C_4$ alkoxy, or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, $R_8$ is $C_1$-$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; $R_9$ is $C_1$-$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; or a pharmaceutically and pharmacologically acceptable salt thereof.

In claim 1 when $R_1$ is isopropyl, $R_2$ is hydrogen, $R_3$ is methyl, X is $NOR_4$ and $R_4$ is $C_1$ alkyl (i.e. methyl), the claimed compound is moxidectin, the active ingredient in the approved product. Therefore claim 1 reads on the approved product.

The remaining claims which read on the approved product or its use are reproduced below with underlining added to show the relevant claim portions covering the approved product or its use.

FDA 000042

Docket No: 30394-01
Patent

Claim 2.    The compound according to claim 1 wherein $R_1$ is isopropyl, $R_2$ is hydrogen or methyl; $R_3$ is methyl; and X is $NOR_4$, $N\text{-}NHCH_3$,

$$\underset{\text{NNH-C-}NR_6R_7}{\overset{\overset{\text{O}}{\|}}{}} \text{ or } \underset{\text{NNH-C-}OR_8}{\overset{\overset{\text{O}}{\|}}{}}.$$

Claim 3.    The compound according to claim 1, wherein $R_1$ is isopropyl; $R_2$ is hydrogen; $R_3$ is methyl; X is $NOR_4$, $N\text{-}NHCH_3$, or

$$\underset{\text{NNH-C-}NR_6R_7}{\overset{\overset{\text{O}}{\|}}{}};$$

and $R_4$ is $C_1\text{-}C_3$ alkyl, N-($C_1\text{-}C_6$ alkyl)carbamoyl, N-(allyl)carbamoyl, N-(propargyl)carbamoyl, N-(phenyl)carbamoyl, N-(4-chlorophenyl)carbamoyl, N-(benzyl)-carbamoyl, $C_1\text{-}C_6$ alkanoyl, chloroacetyl, methoxyacetyl, benzoyl or chlorobenzoyl and $R_6$ and $R_7$ are as described in said claim 1.

Claim 4.    The compound according to claim 1, wherein $R_1$ is isopropyl; $R_2$ is hydrogen; $R_3$ is methyl; X is $NOR_4$, or

$$\underset{\text{NNH-C-}NR_6R_7}{\overset{\overset{\text{O}}{\|}}{}};$$

and $R_4$ is methyl, ethyl, N-($C_1\text{-}C_4$ alkyl)carbamoyl, N-(phenyl)carbamoyl, or N-(4-chlorophenyl)carbamoyl.

Claim 5.    The compound according to claim 2, wherein $R_1$ is isopropyl; $R_2$ is hydrogen; $R_3$ is methyl; and X is $NOCH_3$.

FDA 000043

Docket No: 30394-01
Patent

Claim 7.    A method for the prevention, treatment or control of endoparasitic or ectoparasitic infections in warm-blooded animals, said method comprising: orally, topically or parenterally administering to an animal infected with endo- or ectoparasites, an endo- or ectoparasiticidally effective amount of a compound represented by structural formula (I).



wherein $R_1$ is methyl, ethyl or isopropyl; $R_2$ is hydrogen, methyl, $C_1$-$C_4$ alkanoyl, methoxyacetyl, chloroacetyl, dichloroacetyl, trichloroacetyl, trifluoroacetyl, phenoxyacetyl, optionally substituted on the phenyl ring with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups, or nitro groups; $R_3$ is hydrogen or methyl; $X$ is $NOR_4$, or $N$—$NHR_5$; $R_4$ is hydrogen, $C_1$-$C_6$ alkyl, $C_1$-$C_4$ alkoxymethyl, benzyl, allyl, propargyl, phenyl, $CH_2COO$-alkyl ($C_1$-$C_4$), N-($C_1$-$C_6$ alkyl)carbamoyl, N-(allyl)carbamoyl, N-(propargyl)carbamoyl, N-(phenyl)carbamoyl, N-(chlorophenyl)carbamoyl, N-(dichlorophenyl)carbamoyl, N-(benzyl)carbamoyl, $C_1$-$C_6$ alkanoyl, chloroacetyl, methoxyacetyl, phenylacetyl optionally substituted on the phenyl ring with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, phenoxyacetyl optionally substituted on the phenyl ring by one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; $R_5$ is



$C_1$-$C_6$ alkanoyl, $C_1$-$C_6$ alkyl,

FDA 000044

Docket No: 30394-01
Patent

$$\overset{NH}{\underset{}{\overset{\|}{C}}}\text{-NR}_6\text{R}_7,$$

or benzoyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; $R_6$ and $R_7$ are hydrogen or $C_1$-$C_6$ alkyl, or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl, $C_1$-$C_4$ alkoxy, or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, $R_8$ is $C_1$-$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; $R_9$ is $C_1$-$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; or a pharmaceutically and pharmacologically acceptable salt thereof.

Claim 8.    A method according to claim 7, wherein said compound has $R_1$ as isopropyl; $R_2$ as hydrogen or methyl; $R_3$ as methyl; and X as $NOR_4$, N—$NHCH_3$,

$$\underset{}{\overset{O}{\overset{\|}{\text{NNH-C-NR}_6\text{R}_7}}} \text{ or } \underset{}{\overset{O}{\overset{\|}{\text{NNH-C-OR}_8}}},$$

Claim 9.    A method according to claim 8, wherein said compound has $R_1$ as isopropyl; $R_2$ as hydrogen; $R_3$ as methyl; and X as $NOCH_3$.

Claim 15.    A composition for treating, preventing or controlling endo- or ectoparasitic infections in warm-blooded animals or for controlling insects, said composition comprising: a pharmacologically or insecticidally-effective amount of a compound represented by structural formula (I).

FDA 000045

Docket No: 30394-01
Patent

wherein $R_1$ is methyl, ethyl or isopropyl; $R_2$ is hydrogen, methyl, $C_1$-$C_4$ alkanoyl, methoxyacetyl, chloroacetyl, dichloroacetyl, trichloroacetyl, trifluoroacetyl, phenoxyacetyl, optionally substituted on the phenyl ring with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups, or nitro groups; $R_3$ is hydrogen or methyl; $X$ is $NOR_4$, or N—$NHR_5$; $R_4$ is hydrogen, $C_1$-$C_6$ alkyl, $C_1$-$C_4$ alkoxymethyl, benzyl, allyl, propargyl, phenyl, $CH_2COO$-alkyl ($C_1$-$C_4$), N-($C_1$-$C_6$ alkyl)carbamoyl, N-(allyl)carbamoyl, N-(propargyl)carbamoyl, N-(phenyl)carbamoyl, N-(chlorophenyl)carbamoyl, N-(dichlorophenyl)carbamoyl, N-(benzyl)carbamoyl, $C_1$-$C_6$ alkanoyl, chloroacetyl, methoxyacetyl, phenylacetyl optionally substituted on the phenyl ring with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, phenoxyacetyl optionally substituted on the phenyl ring by one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; $R_5$ is

$$\overset{O}{\overset{\|}{C}}\text{-}NR_6R_7, \quad \overset{S}{\overset{\|}{C}}\text{-}NR_6R_7, \quad \overset{O}{\overset{\|}{C}}\text{-}OR_8, \quad \overset{O\ O}{\overset{\|\ \|}{C}}CNR_6R_7, \quad \overset{O}{\overset{\|}{S}}\underset{\underset{O}{\|}}{R_9},$$

$C_1$-$C_6$ alkanoyl, $C_1$-$C_6$ alkyl,

$$\overset{NH}{\overset{\|}{C}}\text{-}NR_6R_7,$$

or benzoyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; $R_6$ and $R_7$ are hydrogen or $C_1$-$C_6$ alkyl, or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl, $C_1$-$C_4$ alkoxy, or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups, $R_8$ is $C_1$-$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; $R_9$ is $C_1$-$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$-$C_4$ alkyl groups, $C_1$-$C_4$ alkoxy groups or nitro groups; and the pharmaceutically and pharmacologically acceptable or a pharmaceutically and pharmacologically acceptable salt thereof; and an inert carrier.

FDA 000046

Docket No: 30394-01
Patent

(10)    The relevant dates and information pursuant to 35 USC § 156 (g) in order to enable the Secretary of Health and Human Services to determine the applicable regulatory review period are as follows:

a)    The date of an exemption under subsection (j) of section 512 of the Federal Food, Drug and Cosmetic Act became effective for the approved product is April 9, 1990. (However, U.S. Patent 4,916,154 issued April 10, 1990).

b)    The date on which Applicants believe that an application was initially submitted for the approved animal drug product is August 8, 1995. (See Exhibit 4).

c)    The NADA number for the approved product is 141-099

d)    The date on which NADA 141-099 was approved is January 28, 1998.

FDA 000047

Docket No:  30394-01
Patent

(11)    A brief description of the significant activities undertaken by or for the marketing applicant during the applicable regulatory review period with respect to approved product and the significant dates applicable to such activities is attached hereto as Exhibit 5.

FDA 000048

Docket No: 30394-01
Patent

(12)    It is Applicant's opinion that U.S. Patent No. 4,916,154 is eligible for an extension of a period of 1754 days., based upon the following calculation:

   a)    One half of the INAD time (after grant of the patent) from April 10, 1990 to August 8, 1995 is (1947 days  divided by 2) 973.5 days.

   b)    All of the review time from August 8, 1995 to January 28, 1998 is 904 days.

   c)    Total is 1877.5 days.

         However under 35 USC 156 (c)  (3) and 156(g)(6)(A) the period of extension must be reduced to 1754 days because the extension cannot exceed 5 years and the period remaining in the term of the patent after the date of approval when added to the review period cannot exceed 14 years. Thus the new expiration date of the patent will be January 28, 2012.

(13)    Applicant acknowledges the duty to disclose to the Commissioner of Patents and Trademarks and the Secretary of Health and Human Services or the Secretary of Agriculture any information which is material to the determination of entitlement to the extension sought.  Applicant hereby discloses that the FDA has made certain statements which may affect this application.  See Exhibit 4 for additional information.

(14)    The $1,120.00 fee for receiving and acting upon this application is to be charged to Applicant's Deposit Account as authorized in the attached transmittal letter, which is submitted in duplicate.

(15)    Inquiries relating to this application for patent term extension may be directed to John W. Hogan, Jr., at telephone number (973) 683-2152.  All written correspondence should be addressed to John W. Hogan, Jr., American Home Products Corporation, One Campus Drive, Parsippany, NJ  07054.

(16)    A certified duplicate of these application papers accompanies this application.

FDA 000049

Docket No:  30394-01
Patent

(17)    The required oath is attached hereto.

Respectfully submitted,

John W. Hogan, Jr.
Attorney for Applicants
Reg. No. 32,703

American Home Products Corporation
Patent Law Department
One Campus Drive
Parsippany, NJ 07054
Tel. No. (973) 683-2152

FDA 000050

<u>EXHIBIT 1</u>

# United States Patent [19]

## Asato et al.

[11]  Patent Number:        **4,916,154**

[45]  Date of Patent:        **Apr. 10, 1990**

[54]  **23-IMINO DERIVATIVES OF LL-F28249 COMPOUNDS**

[75]  Inventors:  Goro Asato, Titusville; Donald J. France, Pennington, both of N.J.

[73]  Assignee:  American Cyanamid Company, Stamford, Conn.

[21]  Appl. No.:  88,953

[22]  Filed:  Aug. 27, 1987

### Related U.S. Application Data

[63]  Continuation-in-part of Ser. No. 907,283, Sep. 12, 1986, abandoned.

[51]  Int. Cl.$^4$ .................. A61K 31/335; C07D 313/06
[52]  U.S. Cl. ...................................... 514/450; 549/264
[58]  Field of Search .......................... 549/264; 514/450

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,289,760 | 9/1981 | Mrozik et al. | 536/7.1 |
| 4,423,209 | 12/1983 | Mrozik | 536/7.1 |
| 4,427,663 | 1/1984 | Mrozik | 514/30 |
| 4,457,920 | 7/1984 | Mrozik | 549/264 |
| 4,547,520 | 10/1985 | Ide et al. | 549/264 |
| 4,579,864 | 4/1986 | Linn et al. | 549/264 |
| 4,806,527 | 2/1989 | Christensen et al. | 514/30 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 170006 | 2/1986 | European Pat. Off. | . |
| 2166436A | 5/1986 | United Kingdom | . |
| 2176182 | 12/1986 | United Kingdom | . |

### OTHER PUBLICATIONS

Abstract of Japan Patent No. 142,991 (Jul. 29, 1985).

*Primary Examiner*—Glennon H. Hollrah
*Assistant Examiner*—Ba K. Trinh
*Attorney, Agent, or Firm*—Estelle J. Tsevdos

[57]  **ABSTRACT**

The present invention relates to novel 23-imino derivatives of LL-F28249$\alpha$, $\beta$, $\gamma$, $\delta$, $\epsilon$, $\zeta$, $\theta$, $\iota$, and $\lambda$ compounds. These LL-F28249 compounds (collectively) are isolates from the fermentation broth of *Streptomyces cyaneogrisesu* subspecies noncyanogenus having deposit accession number NRRL 15773. The precursor 23-oxo compounds are prepared by selectively oxidizing suitably protected 23-hydroxy compounds of LL-F28249 components using oxidizing agents. Subsequently, the 23-oxo compounds are converted to the 23-imino compounds. These novel compounds have potent anthelmintic, insecticidal, ectoparasiticidal, nematicidal and acaricidal activity. Compositions containing these 23-oxo and 23-imino derivatives of LL-F28249 also are described herein.

**15 Claims, No Drawings**

4,916,154

| 1 | 2 |

## 23-IMINO DERIVATIVES OF LL-F28249 COMPOUNDS

-continued

| | | | | |
|---|---|---|---|---|
| LL-F28249θ | CH(CH₃)₂ | H | CH₃ | CH₂CH₃ |
| LL-F28249ι | CH(CH₃)₂ | H | CH₂CH₃ | CH₃ |
| LL-F28249λ | CH(CH₃)₂ | CH₃ | CH₃ | CH₃ |

This application is a continuation-in-part of copending application, Ser. No. 06/907,283, filed September 12, 1986, now abandoned.

### BACKGROUND OF THE INVENTION

The present invention relates to new 23-oxo (keto) and 23-imino derivatives of the compounds collectively defined as LL-F28249. These LL-F28249 antibiotics preferably are produced by the fermentation of the microorganism *Streptomyces cyaneogenus* subspecies noncyanogenus, deposited in the NRRL under deposit accession no. 15773. The morphological characteristics, compounds and method for their production is disclosed in U.S. Pat. application Ser. No. 732,252, filed May 10, 1985, which is a continuation-in-part application of Ser. No. 617,650, filed June 5, 1984 and published in European Patent Application Publication No. 170,006, incorporated herein by reference thereto.

The LL-F28249 components α–λ are complex macrolides which have a 23-hydroxy substituent, as well as two other hydroxy groups. The selective oxidation of this 23-hydroxy group to a 23-oxo group and the subsequent derivatization of the oxo group to afford 23-imino derivatives are the subject matter of the present invention. These 23-oxo and 23-imino derivatives of the LL-F28249 α–λ compounds are useful for the prevention, treatment or control of helmintic, ecotoparasitic, insect, acarid and nematode infections and infestations in warm-blooded animals and agricultural crops.

### SUMMARY OF THE INVENTION

The present invention provides novel 23-oxo (keto) and 23-imino derivatives of the compounds designated LL-F28249 alpha through lambda.

The LL-F28249α–λ compounds have the following structural formula:



| Component | R₁ | R₂ | R₃ | R₄ |
|---|---|---|---|---|
| LL-F28249α | CH(CH₃)₂ | H | CH₃ | CH₃ |
| LL-F28249β | CH₃ | H | CH₃ | CH₃ |
| LL-F28249γ | CH₃ | CH₃ | CH₃ | CH₃ |
| LL-F28249ε | CH(CH₃)₂ | H | H | CH₃ |
| LL-F28249ζ | CH₂CH₃ | H | CH₃ | CH₃ |

The compounds of the present invention are useful anthelmintics, ectoparasiticides, insecticides, acaricides and nematicides in treating, preventing or controlling such diseases in warm-blooded animals, such as poultry, cattle, sheep, swine, rabbits, horses, dogs, cats and human beings and agricultural crops.

Although these diseases have been recognized for years and therapies exist for the treatment and prevention of the diseases, the present invention provides novel compounds in the search for effective such therapy. For instance, U.S. patent application Ser. Nos. 907,186, 907,187, 907,188, 907,259, 907,281 and 907,284 of Asato and Asato et al, filed September 12, 1986 and incorporated herein by reference thereof provide compounds for such treatments.

U.S. Pat. No. 3,950,360, Aoki et al, April 13, 1976 discloses certain antibiotic substances obtained by culturing a Streptomyces microorganism, said compounds being useful as insecticides and acaricides. Further, an entire series of U.S. patents relates to certain compounds produced by the fermentation of *Streptomyces avermitilis* (U.S. Pat. No. 4,171,314, Chabala et al, October 16, 1979; U.S. Pat. No. 4,199,569, Chabala et al, April 22, 1980; U.S. Pat. No. 4,206,205, Mrozik et al, June 3, 1980; U.S. Pat. No. 4,310,519, Albers-Schonberg, January 12, 1982; U.S. Pat. No. 4,333,925, Buhs et al, June 8, 1982). U.S. Pat. No. 4,423,209, Mrozik, December 27, 1983 relates to the process of converting some of these less desirable components to more preferred ones. Finally, British Patent Application No. 2166436 A discloses antibiotics also.

The present compounds or the pharmaceutically acceptable salts thereof exhibit excellent and effective treatment, prevention and/or control of these serious diseases of warm-blooded animals.

It is an object of the present invention, therefore, to provide novel 23-oxo and 23-imino derivatives of LL-F28249α–λ. It is a further object to provide a process for the preparation of these derivatives and to provide methods for preventing, treating or controlling endo and ectoparasitic (collectively parasitic), insect, nematode, acarid and helmintic diseases and infestation in warm-blooded animals and agricultural crops by providing compositions containing prophylactically, therapeutically or pharmaceutically-effective amounts of the present novel compounds.

These and other objects of the invention will become apparent by the more detailed description of the invention provided hereinbelow.

### DETAILED DESCRIPTION OF THE INVENTION

· The LL-F28249 compounds which may act as precursors of the present compounds are represented by the following structural formula,

4,916,154

3



| Component | $R_1$ | $R_2$ | $R_3$ | $R_4$ |
|---|---|---|---|---|
| LL-F28249α | CH(CH$_3$)$_2$ | H | CH$_3$ | CH$_3$ |
| LL-F28249β | CH$_3$ | H | CH$_3$ | CH$_3$ |
| LL-F28249γ | CH$_3$ | CH$_3$ | CH$_3$ | CH$_3$ |
| LL-F28249ε | CH(CH$_3$)$_2$ | H | H | CH$_3$ |
| LL-F28249ζ | CH$_2$CH$_3$ | H | CH$_3$ | CH$_3$ |
| LL-F28249θ | CH(CH$_3$)$_2$ | H | CH$_3$ | CH$_2$CH$_3$ |
| LL-F28249ι | CH(CH$_3$)$_2$ | H | CH$_2$CH$_3$ | CH$_3$ |
| LL-F28249λ | CH(CH$_3$)$_2$ | CH$_3$ | CH$_3$ | CH$_3$ |

wherein, $R_1$, $R_2$, $R_3$ and $R_4$ are defined by the above table.

The compounds of the instant invention are represented by the following structural formula:



wherein $R_1$ is methyl, ethyl or isopropyl; $R_2$ is hydrogen, methyl, C$_1$–C$_4$ alkanoyl, methoxyacetyl, chloroacetyl, dichloroacetyl, trichloroacetyl, trifluoroacetyl, phenoxyacetyl, optionally substituted on the phenyl ring with one or two halogens, C$_1$–C$_4$ alkyl groups, C$_1$–C$_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, C$_1$–C$_4$ alkyl groups, C$_1$–C$_4$ alkoxy groups, or nitro groups; $R_3$ is hydrogen or methyl; X is oxygen, NOR$_4$, or N—NHR$_5$; $R_4$ is hydrogen, C$_1$–C$_6$ alkyl, C$_1$–C$_4$ alkoxymethyl, benzyl, allyl, propargyl, phenyl, CH$_2$COO-alkyl (C$_1$–C$_4$), N-(C$_1$–C$_6$ alkyl)carbamoyl, N-(allyl)car-

bamoyl, N-(propargyl)carbamoyl, N-(phenyl)carbamoyl, N-(chlorophenyl)carbamoyl, N-(dichlorophenyl)-carbamoyl, N-(benzyl)carbamoyl, C$_1$–C$_6$ alkanoyl, chloroacetyl, methoxyacetyl, phenylacetyl optionally substituted on the phenyl ring with one or two halogens, C$_1$–C$_4$ alkyl groups, C$_1$–C$_4$ alkoxy groups or nitro groups, phenoxyacetyl optionally substituted on the phenyl ring by one or two halogens, C$_1$–C$_4$ alkyl groups, C$_1$–C$_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, C$_1$–C$_4$ alkyl groups, C$_1$–C$_4$ alkoxy groups or nitro groups; $R_5$ is



C$_1$–C$_6$ alkanoyl, formyl, C$_1$–C$_6$ alkyl,



benzoyl optionally substituted with one or two halogens, C$_1$–C$_4$ alkyl groups, C$_1$–C$_4$ alkoxy groups or nitro groups; $R_6$ and $R_7$ are hydrogen or C$_1$–C$_6$ alkyl, or phenyl optionally substituted with one or two halogens, C$_1$–C$_4$ alkyl, C$_1$–C$_4$ alkoxy, or phenyl, optionally substituted with one or two halogens, C$_1$–C$_4$ alkyl groups, C$_1$–C$_4$ alkoxy groups or nitro groups, $R_8$ is C$_1$–C$_6$ alkyl or phenyl optionally substituted with one or two halogens, C$_1$–C$_4$ alkyl groups, C$_1$–C$_4$ alkoxy groups or nitro groups; $R_9$ is C$_1$–C$_6$ alkyl or phenyl optionally substituted with one or two halogens, C$_1$–C$_4$ alkyl groups, C$_1$–C$_4$ alkoxy groups or nitro groups; and the pharmaceutically and pharmacologically acceptable salts thereof.

Preferably, $R_1$ is isopropyl; $R_2$ is hydrogen or methyl; $R_3$ is methyl; $R_4$ through $R_8$ are as described hereinabove; and X is oxygen, NOR$_4$, N—NHCH$_3$ or



or NNHCOOR$_8$. A preferred group of compounds of this invention is illustrated by formula I wherein $R_1$ is isopropyl; $R_2$ is hydrogen, $R_3$ is methyl; X is oxygen, NOR$_4$, or



$R_4$ is C$_1$–C$_3$ alkyl, N-(C$_1$–C$_6$ alkyl)carbamoyl, N-(phenyl)carbamoyl, N-(4-chlorophenyl)carbamoyl, N-(benzyl)carbamoyl, C$_1$–C$_6$ alkanoyl, chloroacetyl, methoxyacetyl, benzoyl or chlorobenzoyl, and $R_6$ and $R_7$ are as described hereinabove.

A preferred group of compounds of structure (I) are the following: wherein,
$R_1$ is isopropyl;
$R_2$ is hydrogen or methyl;
$R_3$ is methyl;
X is oxygen, NOR$_4$, N—NHR$_5$, or

FDA 000053

4,916,154

5

$$NNHC-NR_6R_7;$$

and

$R_4$ through $R_7$ are the above-mentioned groups.

Another preferred group of compounds of structure (I) are the following: wherein,

$R_1$ is isopropyl;
$R_2$ is hydrogen;
$R_3$ is methyl;
X is oxygen, $NOR_4$, N—$NHR_5$, or

$$NNH—C—NR_6R_7;$$

and

$R_4$ through $R_7$ are the above-mentioned group.

The most preferred group of compounds of structure (I) are the following: wherein,

$R_1$ is isopropyl;
$R_2$ is hydrogen;
$R_3$ is methyl;
X is oxygen, $NOR_4$, or

$$NNH—C—NR_6R_7;$$

and $R_4$ is

$C_1$–$C_3$ alkyl,
N-($C_1$–$C_6$ alkyl)carbamoyl,
N-(phenyl)carbamoyl,
N-(4-chlorophenyl)carbamoyl,
N-(benzyl)carbamoyl,
$C_1$–$C_6$-alkanoyl, chloroacetyl, methoxyacetyl, benzoyl and chlorobenzoyl.

In preparing the compounds of the present invention, other hydroxy groups must be protected. Therefore, prior to the oxidation of the 23-hydroxyl group to the 23-oxo or keto group is carried out, the 5-hydroxyl group is protected. Suitable protecting groups are trisubstituted silyl groups, such as t-butyldimethylsilyl and trimethylsilyl, or trisubstituted silyloxyacetyl groups, such as t-butyldimethylsilyloxy acetyl group. The protecting groups, however, are not limited to these groups since other useful protecting groups such as acyl and substituted acyl, such as acetyl, trifluoroacetyl, chloroacetyl, trichloroacetyl, phenoxyacetyl and the like, are also useful in the present process.

One of the preferred protecting groups is t-butyldimethylsilyl. This group is attached to the 5-hydroxy group by reacting an unprotected 5-hydroxy F-28249 compound with t-butyldimethylsilyl chloride in the presence of a base, such as imidazole, pyridine, 4-dimethylaminopyridine, triethylamine and the like, in an aprotic solvent such as methylene chloride, toluene, ethylacetate, tetrahydrofuran, ethylenedichloride and the like. The reaction is stirred at a temperature of about 0° C. to 30° C., and the reaction is complete in several hours, depending on the temperature of the reaction. The completion of the reaction is usually monitored by high performance liquid chromatography (HPLC) using reverse phase on a Whatman Partisil CCS/$C_8$ rapid analysis column.

Another preferred protecting group is t-butyldimethylsilyloxy acetyl group. This group is attached to the

6

5-hydroxyl group by combining the unprotected F-28249 compound in an aprotic solvent such as methylene chloride, toluene, ethyl acetate, tetrahyddrofuran, ethylenedichloride and the like, containing a tertiary amine, such as pyridine or triethylamine, and adding the protecting agent in the form of an acide halide. The reaction is conducted at a temperature of about 0° C. to 30° C. and is monitored by HPLC for completion.

The 23-hydroxyl group of the protected F-28249 compound then is oxidized to the 23-oxo (or keto) group by using oxidizing agents such as pyridinium dichromate, pyridiniium chlorochromate, chromic acid-dimethylpyrazole, acetic anhydride/dimethylsulfoxide, trifluoroacetic anhydride/dimethylsulfoxide, N-chlorosuccinimide/dimethylsulfoxide, oxalyl chloride/dimethylsulfoxide and the like. The reaction is carried out at dry-ice bath temperatures (about −78° C.) to room temperature (about 25° C.) and is complete in about 1 to 24 hours, depending on the rate of oxidation, which is monitored by HPLC. The dimethylsulfoxide oxidation procedures are carried out in the presence of triethylamine or diisopropylethylamine. Solvents such as methylene chloride, ethylenedichloride, dimethylformamide, dimethylsulfoxide and the like are used. In using oxalyl chloride/dimethylsulfoxide in the presence of triethylamine, it is advantageous to add molecular sieves to the reaction mixture to increase the yield. The oxidation may also be carried out by soil microorganisms using 100 mg to 10 g of a 23-hydroxy compound per liter of unsterilized soil at 20° C. to 30° C. The oxidized 23-keto compound is extracted from the soil by a solvent such as acetone, methanol or ethanol.

The silyl protecting group is removed by stirring sa protected 23-keto F28249 compound in a lower alkanol such as methanol at 0° to room temperature for about 0.5 hour to an hour in the presence of an acid such as p-toluenesulfonic acid. If the protecting group is a silyloxyacetyl group, the silyl group is removed with acid as described above, and the hydroxyacetyl group is cleaved with an equivalent of base such as sodium methoxide in methanol at 0° to room temperature in 0.5 hour to several hours. The silyloxyacetyl group may also be removed in one step by treatment with sodium methoxide at room temperature until the reaction is complete. Similarly, other acyl protecting groups are removed by base treatment.

The imino derivatives of the 23-oxo compounds are readily prepared by standard techniques such as procedures described by S. M. McElvain in *The Characterization of Organic Compounds*, published by MacMillian Company, New York, 1953, pages 204–205 and incorporated herein by reference.

Typically, a 23-oxo compound is stirred in alcohol, such as methanol or ethanol, or dioxane in the presence of acetic acid and an excess of the amino derivatizing agent, such as hydroxylamine hydrochloride, O-methylhydroxylamine hydrochloride, semicarbazide hydrochloride and the like along with an equivalent amount of sodium acetate, at room temperature to 50° C. The reaction is usually complete in several hours to several days at room temperature but can be readily speeded by heating.

The O-acyloximes or carbamoylated oximes are prepared by treating the oximes of structure (I) with acid anhydrides or isocyanates to afford (I), wherein $R_4$ is $C_1$–$C_6$ alkanoyl, chloroacetyl, methoxyacetyl, phenylacetyl, benzoyl, chlorobenzoyl, N-($C_1$–$C_4$ alkyl)carbam-

FDA 000054

4,916,154

7

oyl, N-(allyl)carbamoyl, N-(propargyl)-carbamoyl, N-(phenyl)-carbamoyl, N-(chlorophenyl)-carbamoyl, N-(dichlorophenyl)-carbamoyl or N-(benzyl)carbamoyl. The reactions are conducted in inert solvents, such as methylene chloride, ethylenedichloride or dioxane, in the presence of a tertiary amine, such as triethylamine or diisopropylethylamine. Generally, the reactions are conducted from 0° C. to room temperature, but if the reactions are sluggish, heat is applied. An equivalent to a slight excess of the acid anhydride is used to avoid reaction at the 5-hydroxy group.

The novel compounds of the present invention have significant activity as anthelmintics, ectoparasiticides, insecticides, nematicides and acaricides in human and animal health areas and in agriculture.

The disease or group of diseases described generally as heminthiasis is due to infection of an animal host with parasitic worms known as helminths. Helminthiasis is a prevalent and serious economic problem in domesticated animals such as swine, sheep, horses, cattle, goats, dogs, cats and poultry. Among the helminths, the group of worms described as nematodes causes widespread and often times serious infection in various species of animals. The most common genera of nematodes infecting the animals referred to above are Haemonchus, Trichostrongylus, Ostertagia, Nematodirus, Cooperia, Ascaris, Bunostomum, Oestrophagostomum, Chabertia, Trichuris, Strongylus, Trichonema, Dictyocaulus, Capillaria, Heterakis, Toxacara, Ascaridia, Oxyuris, Ancylostoma, Uncinaria, Toxascaris and Paracaris. Certian of these, such as Nematodirus, Cooperia, and Oesphagostomum primarily attack the intestinal tract while others, such as Haemonchus and Ostertagia, are most prevalent in the stomach. Still other such as Dictyocaulus are found in the lungs. Also, other parasites may be located in other tissues and organs of the body such as the heart and blood vessels, subcutaneous and lymphatic tissue and the like. The parasitic infections known as helminthiases lead to anemia, malnutrition, weakness, weight loss, severe damage to the walls of the intestinal tract and other tissues and organs, and if left untreated, may result in death of the infected host. The 23-oxo or -imino derivatives of the LL-F28249 compounds of this invention unexpectedly have high activity against these parasites. Additionally, they also are active against Dirofilaria in dogs, Nematospiroides, Syphacia, Aspiculuris in rodents, arthropod ectoparasites such as ticks, mites, lice, fleas, blowfly of animals and birds, the ectoparasite Lucilia sp. of sheep, biting insects and migrating dipterous larvae such as Hypoderma sp. in cattle, Gastrophilus in horses and Cuterebra sp. in rodents.

The compounds of the present invention also are useful in treating, preventing or controlling parasites which infect human beings, as well. The most common genera of parasites of the gastrointestinal tract of man are Ancylostoma, Necator, Ascaris, Strongyloides, Trichinella, Capillaria, Trichuris, and Enterobius. Other medically important genera of parasites which are found in the blood or other tissues and organs outside the gastrointestinal tract are the filiarial worms such as Wuchereria, Brugia, Onchocerca and Loa, Dracunculus and extra-intestinal stages of the intestinal worms Strongyloides and Trichinella. The present compounds also are of value against arthropods parasitizing man, biting insects and other dipterous pests causing annoyance to man.

These compounds further are active against household pests such as the cockroach, Blattella sp., clothes

8

moth, Tineola spl., carpet beetle Attagenus sp., and the housefly Musca domestica.

Insect pests of stored grains such as Tribolium sp., Tenebrio sp., and of agricultural plants such as spider mites (Tetranycus sp.), southern army worms, tobacco budworms, boll weevils, aphids (Acyrthiosiphon sp.), migratory orthopterans such as locusts and immature stages of insects living on plant tissue are controlled by the present compounds as well as the control of soil nematodes and plant parasites such as Meloidogyne sp., which may be of importance in agriculture.

The compounds of the present invention may be administered orally or parenterally for animal and human usage, while they may be formulated in liquid or solid form for agricultural use. Oral administration may take the form of a unit dosage form such as a capsule, bolus or tablet, or as a liquid drench where used as an anthelmintic for animals.

The animal drench is normally a solution, suspension or dispersion of the active compound, usually in water, together with a suspending agent such as bentonite and a wetting agent like excipient. Generally, the drenches also contain an antifoaming agent. Drench formulations generally contain about 0.001% to 0.5%, by weight, of the active compound. Preferred drench formulations contain about 0.01% to 0.1% by weight.

Capsules and boluses comprise the active ingredient admixed with a carrier vehicle such as starch, talc, magnesium stearate or di-calcium phosphate.

Where it is desired to administer the 23-oxo or 23-imino derivatives of LL-F28249 in a dry, solid unit dosage form, capsules, boluses or tablets containing the desired amount of active compounds usually are employed. These dosage forms are prepared by intimately and uniformly mixing the active ingredient with suitable finely divided· diluents, fillers, disintegrating agents and/or binders such as starch, lactose, talc, magnesium stearate, vegtable gums and the like. Such unit dosage formulations may be varied widely with respect to their total weight and content of the active compound depending upon factors such as the type of host animal to be treated, the severity and type of infection and the weight of the host.

When the active compound is to be administered via an animal feedstuff, it is intimately dispersed in the feed or used as a top dressing or in the form of pellets which may then be added to the finished feed or optionally fed separately. Alternatively, the active compounds of the present invention may be administered to animals parenterally, such as by intraruminal, intramuscular, intratracheal, or subcutaneous injection. In such an event, the active compound is dissolved or dispersed in a liquid carrier vehicle.

For parenteral administration, the active compound is suitable admixed with an acceptable vehicle, preferably of the vegetable oil variety such as peanut oil, cotton seed oil and the like. Other parenteral vehicles such as organic preparations using solketal, propylene glycol, glycerol formal, and aqueous parenteral formulation also are used. The active 23-oxo or -imino compound or compounds of the present invention are dissolved or suspended in the parenteral formulation for administration. Such formulations generally contain about 0.005% to 5%, by weight, of the active compound.

Although the compounds of the present invention are primarily uses in the treatment, prevention or control of helminthiasis, they also are useful in the prevention and

FDA 000055

4,916,154

9

treatment of diseases caused by other parasites. For example, arthropod parasites such as ticks, lice, fleas, mites and other biting insects in domesticated animals and poultry are controlled by the present compounds. These compounds also are effective in treatment of parasitic diseases that occur in other animals including human beings. The optimum amount to be employed will, of course, depend upon the particular compound employed, the species of animal to be treated and the type and severity of parasitic infection or infestation. Generally, the amount useful in oral administration of these novel compounds is about 0.001 mg to 10 mg kg of animal body weight, such total dose being given at one time or in divided doses over a relatively short period of time (1–5) days. The preferred compounds of the invention give excellent control of such parasites in animals by administering about 0.025 mg to 3 mg per kg of animal body weight in a single dose. Repeat treatments are given as required to combat re-infections and are dependent upon the species of parasite and the husbandry techniques being employed. The techniques for administering these materials to animals are known to those skilled in the veterinary field.

When the compounds described herein are administered as a component of the animal's feed, or dissolved or suspended in the drinking water, compositions are provided in which the active compound or compounds are intimately dispersed in an inert carrier or diluent. An inert carrier is one that will not react with the active component and that will be administered safely to animals. Preferably, a carrier for feed administration is one that is, or may be, an ingredient of the animal ration.

Suitable compositions include feed premixes or supplements in which the active compound is present in relatively large amounts, wherein said feed premixes or supplements are suitable for direct feeding to the animal or for addition to the feed either directly or after an intermediate dilution or blending step.

Typical carriers or diluents suitable for such compositions include distillers' dried grains, corn meal, citrus meal, fermentation residues, ground oyster shells, wheat shorts, molasses solubles, corn cob meal, edible bean mill feed, soya grints, crushed limestone and the like. The active compounds are intimately dispersed throughout the carrier by methods such as grinding, stirring, milling or tumbling. Compositions containing about 0.005% to 2.0%, by weight, of the active compound are particularly suitable as feed premixes.

Feed supplements, which are fed directly to the animal, contain about 0.0002% to 0.3%, by weight, of the active compounds. Such supplements are added to the animal feed in an amount to give the finished feed the concentration of active compound desired for the treatment, prevention and/or control of parasitic diseases. Although the desired concentration of active compound will vary depending upon the factors previously mentioned as well as upon the particular derivative employed, the compounds of this invention are usually fed at concentrations of about 0.00001% to 0.02% in the feed in order to achieve the desired antiparasitic result.

The compounds also may be administered by pouring on the skin of animals via a solution. Generally, the active compounds are dissolved in a suitable inert solvent, such as dimethylsulfoxide, propylene glycol of the like, alternatively in combination of solvents, for the pour-on administration.

The compounds of this invention also are useful in combating agricultural pests that inflict damage upon

10

growing or stored crops. The present compounds are applied, using known techniques such as sprays, dusts, emulsions and the like, to the growing or stored crops to effect protection from such agricultural pests. The present invention is illustrated by the following examples which are illustrative of said invention and not limitative thereof.

### EXAMPLE 1

#### 5-O-t-Butyldimethylsilyl-LL-F28249β

In 500 mL of $CH_2Cl_2$, 70 g of LL-F28249α is stirred with 82.04 g of imidazole at 20° C. under $N_2$ atmosphere. Then, 43 g of t-butyldimethylsilyl chloride in 400 mL of $CH_2Cl_2$ is added over 5 minutes. After an hour, the reaction is assayed for completion by high performance liquid chromatography (HPLC), using 50% $CH_3CN$/50% $H_2O$ in a curved gradient mode over 10 minutes on a Whatman Partisil CCS/C$_8$ rapid analysis column at 1 mL/min flowrate. Another 3 g of t-butyldimethylsilyl chloride is added, and after 3 hours the composition is 92.3% product, 0.3% LL-F28249α and 1.16% disilylated material. The mixture is diluted with $CH_2Cl_2$ and poured into 2L of $H_2O$. The $CH_2Cl_2$ layer is separated. The aqueous portion is extracted with 2L of $CH_2Cl_2$, and the combined organic layers are dried ($Na_2SO_4$). The $CH_2Cl_2$ is evaporated in vacuo to afford 116 g of the title compound that is identified by mass spectrometry and nuclear magnetic resonance (NMR) spectrometry.

### EXAMPLE 2

#### 5-O-t-Butyldimethylsilyl-23-oxo-LL-F28249α

In 5L of dry $CH_2Cl_2$, 116 g of 5-O-t-butyldimethylsilyl LL-F28249α is stirred under $N_2$, and 540 g of NaOAc is added at 22° C., followed by addition of 112.5 g of pyridinium chlorochromate (PCC). After 1 hour, an additional 15 g of PCC is added since the reaction is incomplete by HPLC analysis. After 2 hours, another 10 g of PCC is added, and the reaction is stirred for a total of 5 hours. The mixture is poured into 6L of ice-water mixture, and the $CH_2Cl_2$ is separated. The aqueous layer is extracted with $CH_2Cl_2$, and the combined $CH_2Cl_2$ layers are washed with water and dried ($Na_2$-$SO_4$). The $CH_2Cl_2$ is evaporated in vacuo to afford 197.8 g of crude product, which is dissolved in 2L or $Et_2O$ and filtered. The $Et_2O$ solution is washed with water (2×1000 mL), dried ($Na_2SO_4$) and evaporated to dryness to give 60 g of the title compound which is identified by mass spectrometry and NMR spectroscopy.

The pyridinium chlorochromate substituted with pyridinium dichromate in the above procedure also affords the title compound.

### EXAMPLE 3

#### 23-Oxo-LL-F28249α

In 1.5L of MeOH, 60 g of 5-t-butyldimethyl-silyl-23-oxo-LL-F28249α is dissolved by warming, and at 0° C., 30 g of p-toluenesulfonic acid in 300 mL of MeOH is added. The mixture is stirred for 3 hours and poured into 6L of saturated $NaHCO_3$ solution in 6L of $H_2O$. After stirring, the mixture is extracted with 4 L of EtOAc, and the layers are separate. The aqueous layer is saturated with NaCl and extracted with 2×6 L of EtOAc. The first EtOAc layer is washed with saturated NaCl solution, combined with the other EtOAc extracts and dried ($Na_2SO_4$). The EtOAc is evaporated in

4,916,154

11 | 12

vacuo to afford 148.1 g of dark residue. The crude material is then chromatographed by HPLC on 1200 g of SiO$_2$ using 1% isopropanol in CH$_2$Cl$_2$ to elute and monitored by an ultraviolet detector/254 nM filter. Fractions 39–42 are combined and evaporated to dryness to afford 12.65 g of the title compound which analyzes as follows:

Anal. Calcd for C$_{36}$H$_{59}$O$_8$: C,70.79; H, 8.25 . Found: C, 70.33; H, 8.31.

The title compound is further identified by mass spectrometry and NMR spectroscopy.

## EXAMPLES 4 AND 5

### 23-O-Methyloxime-LL-F28249α

In 930 mL of dry dioxane at room temperature, 70 g of 23-oxo-LL-F28249α, 11.8 g of NaOAc, 11.8 g of CH$_3$ONH$_2$ . HCl and 2.1 mL of HOAc are added. The mixture is stirred under N$_2$ for 3 days, and after no starting material is detected by HPLC, 650 mL of dioxane is evaporated in vacuo. The residue is poured into 5 L of H$_2$O, and the product is extracted with CH$_2$Cl$_2$ (4×2L). The combined extracts are washed with H$_2$O, dried (Na$_2$SO$_4$) and evaporated to dryness. The residue is dissolved in 1500 mL of Et$_2$O, and the solution is washed with H$_2$O, dried (Na$_2$SO$_4$) and evaporated to dryness. This gives 11.84 g of the title compound, which is identified by mass spectrometry and NMR spectroscopy. It also analyzes as follows:

Anal. Calcd for C$_{37}$H$_{53}$O$_8$N.1.5 H$_2$O: C, 66.64; H, 8.46; N, 2.10. Found: C, 66.82; H, 8.13; N, 2.32.

The title compound is acetylated with excess acetic anhydride in methylene chloride at room temperature to afford 5-acetyl-23-O-methyloxime-LL-F28249α, which is identified by mass spectrometry and NMR spectroscopy after chromatographic purification.

## EXAMPLE 6

### 23-Oxime-LL-F28249α

In 5 mL of dioxane, 62 mg of 23-oxo-LL-F28249α is stirred with 49 mg of NH$_2$OH.HCl, 50 mg of NaOAc and 10 μl of HOAc for 23 hours under N$_2$ atmosphere. The mixture is poured into 250 mL each of H$_2$O and CH$_2$Cl$_2$, and the CH$_2$Cl$_2$ layer is separated. The aqueous layer is extracted with 50 mL of CH$_2$Cl$_2$, and the combined CH$_2$Cl$_2$ solutions are washed with H$_2$O, dried (Na$_2$SO$_4$) and evaporated to dryness to afford 8.8 mg of residue. This material is purified on a preparative layer plate (silica gel) using 20, MeOH in CH$_2$Cl$_2$ to afford the title compound which is identified by mass spectrometry and NMR spectroscopy.

## EXAMPLE 7

### 23-[O-(Methylcarbamoyl)oxime]-LL-F28249α

In 5 mL of Et$_2$O, 27.2 mg of 23-oxime-LL-F28249α is stirred under N$_2$ with 10 μl of Et$_3$N and 50 μL of methyl isocyanate for 17 hours at room temperature. The ether is evaporated, and the residue is purified on a preparative chromatography plate (silica gel) using 20% MeOH in CH$_2$Cl$_2$ to afford the title compound, which is identified by mass spectrometry and NMR spectroscopy.

## EXAMPLES 8–20

The following 23-O-substituted oxime-LL-F28249α compounds are prepared by the method of Example 4

using the appropriate O-substituted hydroxylamines in place of methoxyamine:



| R$_2$ | R$_4$ |
|---|---|
| H | Ethyl |
| H | n-Hexyl |
| H | i-Propyl |
| H | Benzyl |
| H | Phenyl |
| H | Allyl |
| H | Propargyl |
| H | CH$_2$COO-t-Butyl |
| H | CH$_2$COO-Ethyl |
| CH$_3$ | Ethyl |
| CH$_3$ | Benzyl |
| CH$_3$CO | Ethyl |
| ClCH$_2$CO | Ethyl |

## EXAMPLE 21

### 2-O-t-Butyldimethylsilyl-23-oxime-LL-F28249α

In the manner described in Example 5, 5-O-t-butyldimethylsilyl-23-oxime-LL-F28249α is prepared and purified by chromatography over silica gel.

## EXAMPLES 22–32

### 23-[O-Substituted-carbamoyl)oxime]-LL-F28249α

The following 23-O-substituted-carbamoyl)-oximes of LL-F28249α are prepared by the method of Example 7 by using the appropriate isocyanates:

FDA 000057

4,916,154

13                                                    14



| R₂ | R₄ |
|----|----|
| H | C₂H₅NH—CO |
| H | n-C₆H₁₃NH—CO |
| H | i-C₃H₇NH—CO |
| H | Benzyl-NH—CO |
| H | Phenyl-NH—CO |
| H | 4-Chlorophenyl-NH—CO |
| H | Allyl-NH—CO |
| H | Propargyl-NH—CO |
| CH₃ | C₂H₅NH—CO |
| CH₃ | Benzyl-NH—CO |
| H | 3,4-Dichlorophenyl-NHCO |



| R₂ | R₄ |
|----|----|
| H | ClCH₂CO |
| H | CH₃OCH₂CO |
| H | n-C₄H₉CO |
| H | i-C₄H₉CO |
| H | C₆H₅CO |
| H | C₆H₅CH₂CO |
| CH₃ | CH₃OCH₂CO |
| H | Phenylacetyl |
| H | C₆H₅OCH₂CO |

### EXAMPLES 33

23-[O-Acetyl)oxime]-LL-F28249α

In 1 mL of CH₂Cl₂, 60 mg of 23-oxime-LL-F28249α is stirred with 6 μL of triethylamine at 0° C., and 5 mL of a solution containing 244.4 mg of acetic anhydride in 100 mL of CH₂Cl₂ is added. The reaction mixture is stirred at 0° C. for 24 hours and evaporated to dryness in vacuo. The residue is dissolved in 50 mL of CH₂Cl₂ and washed with 30 mL of H₂O. The solution is dried (Na₂SO₄) and evaporated to dryness to afford 53.2 mg of the title compound, which is identified by NMR spectroscopy and mass spectrometry.

### EXAMPLE 34–41

By the procedure of Example 33, the following 23-[0-(substituted)oximes] of LL-28249 are prepared by using the appropriate acid anhydrides.

### EXAMPLES 42

5-0-Acetyl-23-Oxo-LL-F28249α

In 2.5 mL of CH₂Cl₂, 61 mg of 23-oxo-LL-F28249α is stirred with 49 mg of 4-dimethylaminopyridine, and 52 mg of diisopropylethylamine and 32 mg of acetyl chloride in 1 mL of CH₂Cl₂ is added at 0° C. The mixture is stirred at 0°–5° C. for 1.5 hours and poured into ice/H₂O, and the aqueous mixture is made acidic with 1:1 aqueous HCl. The mixture is then extracted with 3×2 mL of CH₂Cl₂, and the extracts are dried (MgSO₄) and evaporated to dryness. The crude product is dissolved in acetone and applied on a preparative silica gel plate and chromatographed in 20 CH₂Cl₂/1 EtOAc (vol/vol). The title compound is recovered by extraction with 10% MeOH in CH₂Cl₂ and identified by mass spectrometry and NMR spectroscopy.

### EXAMPLE 43

5-0-Acetyl-23-methoxime-LL-F28249α

In the manner described in Example 4 and 5, 5-0-acetyl-23-oxo-LL-F28249α is reacted with MeONH₂.HCl to afford the title compound, which is identified by mass spectrometry and NMR spectroscopy.

### EXAMPLES 44–50

5-0-Acyl-23-oxo-LL-F28249α

Using the procedure of Example 42, the following 5-0-acyl-23-oxo-LL-F28249α compounds are prepared using the requisite acid chlorides.

FDA 000058

| R$_2$ |
| --- |
| CH$_3$OCH$_2$CO |
| ClCH$_2$CO |
| (CH$_3$)$_2$CH—CO |
| n-C$_3$H$_7$CO |
| Cl$_3$C—CO |
| CF$_3$CO |
| Cl$_2$HCCO |
| C$_6$H$_5$OCH$_2$CO |

## EXAMPLES 51–57

### 5-0-Acyl-23-0-Substituted-oxime-LL-F28249α

By the procedure of Examples 4 and 5, the following oximes are prepared by reacting the 5-0-acyl-23-oxo-LL-F28249α with the appropriate 0-substituted hydroxylamine.



| R$_2$ | R$_4$ |
| --- | --- |
| ClCH$_2$CO | CH$_3$ |
| CH$_3$OCH$_2$CO | CH$_3$ |
| CH$_3$OCH$_2$CO | C$_2$H$_5$ |
| Cl$_3$CCO | CH$_3$ |
| CF$_3$CCO | CH$_3$ |
| CH$_3$CO | CH$_2$COOC$_2$H$_5$ |
| CH$_3$OCH$_2$CO | Benzyl |
| C$_6$H$_5$OCH$_2$CO | Methyl |

## EXAMPLE 58

### 23-Oxo-LL-F28249α

A solution containing 0.32 g of oxalyl chloride in 5 mL of CH$_2$Cl$_2$ is cooled and stirred with 0.71 g of Type 4A molecular sieves in a dry-ice/acetone bath, and a mixture of 0.4 g of dimethylsulfoxide (DMSO) in 2 mL of CH$_2$Cl$_2$ is added slowly with stirring under N$_2$ atmosphere. Subsequently, 0.83 g of 5-0-t-butyldimethylsilyl-LL-F28249α in 8 mL of CH$_2$Cl$_2$ is added dropwise over 10 minutes. After 0.5 hours, 1.6 mL of triethylamine is added dropwise, and the mixture is allowed to rise to room temperature (about 25° C.) over an hour. The mixture is poured into an ice-H$_2$O mixture, and the aqueous mixture is extracted with 3×10 mL of Et$_2$O. The Et$_2$O layers are washed with H$_2$O (5×5 mL) and dried (MgSo$_4$). Ether is removed, and the residue is dissolved in 15 mL of MeOH. The MeOH solution is stirred at 0° C. with 0.3 g p-toluenesulfonic acid for 3 hour and poured into 60 mL of saturated NaHCO$_3$ and 60 mL of H$_2$O. The aqueous mixture is stirred with NaCl until it is saturated and extracted with EtOAc (3×40 mL). The combined EtOAc layers are dried (MgSO$_4$) and evaporated to dryness to afford the title compound that is identical with the material obtained by the method of Example 3.

## EXAMPLE 59

### 23-Oxo-LL-F28249λ

Using the procedure of Example 2, LL-F28249λ is converted to the title compound 23-oxo-LL-F28249λ, which is purified by chromatography on silica gel and

FDA 000059

4,916,154

## 17

identified by mass spectrometry and NMR spectroscopy.

### EXAMPLES 60–61

#### 23-Oxo-LL-F28249β

By the procedure of Example 1, LL-F28249β is protected with 5-t-butyldimethylsilyl chloride, and the protected product is oxidized in manner described in Example 2. Deprotection of the 5-silyl group is accomplished by the procedure of Example 3 to afford the title compound which is identified by mass spectrometry and NMR spectroscopy.

Similar 23-oxo-LL-F28249λ is prepared from LL-F28249λ.

### EXAMPLE 62

#### 23-Semicarbazone-LL-F28249α

In 6 mL of dry dioxane under $N_2$ atmosphere, 60 mg of 23-oxo-LL-F28249α is stirred with 56.4 mg of NaOAc, 77 mg of semicarbazide hydrochloride and 18 µL of HOAc for 6 days at room temperature. The mixture is poured on ice and mixed with 100 mL each of $H_2O$ and $CH_2Cl_2$. The $CH_2Cl_2$ layer is separated, and the aqueous layer is extracted with $CH_2Cl_2$. The combined extracts are washed with 75 mL of $H_2O$ and evaporated to dryness. The residue is dissolved in 100 mL of $Et_2O$, and the solution is washed with $8 \times 50$ mL of $H_2O$, dried ($Na_2SO_4$) and evaporated to dryness to afford 47.5 mg of the title compound.

### EXAMPLES 63–68

In the same manner the following semicarbazones and thiosemicarbazone compounds are prepared by the procedure of Example 62.

| | Y | $R_6$ | $R_7$ |
|---|---|---|---|
| | S | H | H |
| | S | $CH_3$ | $CH_3$ |
| | O | $CH_3$ | H |
| | O | $CH_3$ | $CH_3$ |
| | O | n-$C_4H_9$ | H |
| | O | i-$C_3H_7$ | H |
| | O | $C_6H_5$ | H |
| | *S | $C_6H_5$ | H |



(partial structure of LL-F28249α)

* = methanol used as solvent in this preparation

### EXAMPLES 69–73

#### 23-(2-Carbomethoxyhydrazone)-LL-F28249α

In 15 mL of MeOH, 50 mg of 23-oxo-LL-F28249α is stirred with 25 mg of methyl carbazate in the presence of 10 µL of HOAc. After 3 days, the mixture is poured on ice and diluted with $H_2O$. The aqueous phase is saturated with salt and extracted with $CH_2Cl_2$ several times. The $CH_2Cl_2$ extracts are dried ($Na_2SO_4$) and evaporated to dryness. The residue is purified by chromatography on silica gel using 2% isopropanol in $CH_2Cl_2$ as eluent to afford the title compound.

Similarly the 2-carbethoxyhydrazone and 2-carbobutoxyhydrazones are prepared using the appropriate carbazates. Also, 1-methylhydrazine is similarly reacted with the above ketone to afford 23-(1-methylhy-

## 18

drazone)-LL-F28249α, while use of acethydrazide affords 23-acethydrazone-LL-F28249α.

Following the above procedure but substituting for mic acid hydrazide for semicarbazide hydrochlorid yields 23-(formylhydrazone)-F28249α in the form of white solid.

### EXAMPLE 74

#### 23-[O-(ethoxymethyl)oxime]-F28249α

A suspension of 40 mg 23-oximino-LL-F28249α, 30. mg chloromethylethylether, 44.2 mg potassium carbon ate and 2 mL DMF is stirred at room temperature for 3 hours. The mixture is diluted with water and extracte twice with 50 mL of ether. The combined ether layer are washed with 50 mL of water and 50 mL of brine dried ($MgSO_4$), and evaporated. The residue is purifie by chromatography on silica gel using 1.0 to 1.5% iso propanol an $CH_2Cl_2$ as eluent to afford the title com pound in the form of a white glass.

### EXAMPLE 75

#### 23-[(p-tolylsulfonyl)hydrazone]-F28249α

A solution of 25.5 mg of 23-oxo-LL-F28249α, 7.7 m of toluenesulfonylhydrazine and 1 mL ethanol is a reflux for 30 minutes. An additional 5.0 mg of the hy drazone is added and heating continued for an add tional 30 minutes. The mixture is diluted with 5 mL o ether and is extracted with 2 mL of $H_2O$ followed by mL of brine containing 3 drops of acetic acid. Th combined aqueous layers are washed with 3 mL o ether. The combined ether solutions are dried ($MgSO$ and evaporated. The residue is purified by silica g chromatography on silica gel using 1.5% isopropanol $CH_2Cl_2$ as the eluent to afford the title compound in th form of a white glass.

### EXAMPLE 76

#### 23-tetrafluorophenylhydrazone-LL-F28249α

In 8 mL of methanol under $N_2$ atmosphere, 80 mg 23-oxo-LL-F28249α is stirred with 80 mg of pent fluorophenylhydrazine and 16 µl of HOAc for 5 hou at room temperature. The mixture was diluted with 2( mL of $CH_2Cl_2$ and washed twice with 200 mL of 5 HCl. The aqueous extracts were combined and ree tracted twice with 300 mL of $CH_2Cl_2$. The $CH_2C$ extracts were combined and with 100 mL of saturat NaHCO_3, dried (NaSO_4), filtered and evaporated. T residue is purified by chromatography on silica g using 1% isopropanol in $CH_2Cl_2$ as eluent to afford t title compound having a melting point of 142° C.

### EXAMPLE 77

#### 23-oxamic acid hydrazone-LL-F28249α

In 15 mL of refluxing EtOH under $N_2$ atmosphere, mg of 23-oxo-LL-F28249α is stirred with 45 mg oxan acid hydrazide for 3 days. The mixture is diluted w 200 mL $CH_2Cl_2$ and washed twice with 200 mL 5 HCl. The combined aqueous extract were reextract twice with 300 mL $CH_2Cl_2$. The combined $CH_2$ extracts were combined, washed with 100 mL satura NaHCO_3 dried ($Na_2SO_4$), filtered, and evaporated. T residue is purified by chromatography on silica using 2% isopropanol in $CH_2Cl_2$ as eluent to afford title compound. m.p. 175° (decomp).

What is claimed is:

4,916,154

19

20

1. A compound represented by structural formula (I):



wherein $R_1$ is methyl, ethyl or isopropyl; $R_2$ is hydrogen, methyl, $C_1$–$C_4$ alkanoyl, methoxyacetyl, chloroacetyl, dichloroacetyl, trichloroacetyl, trifluoroacetyl, phenoxyacetyl, optionally substituted on the phenyl ring with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups, or nitro groups; $R_3$ is hydrogen or methyl; X is $NOR_4$, or $N$—$NHR_5$; $R_4$ is hydrogen, $C_1$–$C_6$ alkyl, $C_1$–$C_4$ alkoxymethyl, benzyl, allyl, propargyl, phenyl, $CH_2COO$-alkyl ($C_1$–$C_4$), $N$-($C_1$–$C_6$ alkyl)carbamoyl, $N$-(allyl)carbamoyl, $N$-(propargyl)carbamoyl, $N$-(phenyl)carbamoyl, $N$-(chlorophenyl)carbamoyl, $N$-(dichlorophenyl)carbamoyl, $N$-(benzyl)carbamoyl, $C_1$–$C_6$ alkanoyl, chloroacetyl, methoxyacetyl, phenylacetyl optionally substituted on the phenyl ring with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, phenoxyacetyl optionally substituted on the phenyl ring by one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_5$ is



$C_1$–$C_6$ alkanoyl, $C_1$–$C_6$ alkyl,



or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_6$ and $R_7$ are hydrogen or $C_1$–$C_6$ alkyl, or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl, $C_1$–$C_4$ alkoxy, or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, $R_8$ is $C_1$–$C_4$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_9$ is $C_1$–$C_6$ alkyl or phenyl optionally substi-

tuted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; or a pharmaceutically and pharmacologically acceptable salt thereof.

2. The compound according to claim 1, wherein $R_1$ is isopropyl; $R_2$ is hydrogen or methyl; $R_3$ is methyl; and X is $NOR_4$, $N$—$NHCH_3$,



3. The compound according to claim 1, wherein $R_1$ is isopropyl; $R_2$ is hydrogen; $R_3$ is methyl; X is $NOR_4$, $N$—$NHCH_3$, or



and $R_4$ is $C_1$–$C_3$ alkyl, $N$-($C_1$–$C_6$ alkyl)carbamoyl, $N$-(allyl)carbamoyl, $N$-(propargyl)carbamoyl, $N$-(phenyl)carbamoyl, $N$-(4-chlorophenyl)carbamoyl, $N$-(benzyl)carbamoyl, $C_1$–$C_6$ alkanoyl, chloroacetyl, methoxyacetyl, benzoyl or chlorobenzoyl and $R_6$ and $R_7$ are as described in said claim 1.

4. The compound according to claim 1, wherein $R_1$ is isopropyl; $R_2$ is hydrogen; $R_3$ is methyl; X is $NOR_4$, or



and $R_4$ is methyl, ethyl, $N$-($C_1$–$C_4$ alkyl)carbamoyl, $N$-(phenyl)carbamoyl, or $N$-(4-chlorophenyl)carbamoyl.

5. The compound according to claim 2, wherein $R_1$ is isopropyl; $R_2$ is hydrogen; $R_3$ is methyl; and X is $NOCH_3$.

6. The compound according to claim 2, wherein $R_1$ is isopropyl; $R_2$ is hydrogen; $R_3$ is methyl; and X is



7. A method for the prevention, treatment or control of endoparasitic or ectoparasitic infections in warm-blooded animals, said method comprising: orally, topically or parenterally administering to an animal infected with endo- or ectoparasites, an endo- or ectoparasiticidally effective amount of a compound represented by structural formula (I),

FDA 000061

4,916,154

**21**



wherein $R_1$ is methyl, ethyl or isopropyl; $R_2$ is hydrogen, methyl, $C_1$–$C_4$ alkanoyl, methoxyacetyl, chloroacetyl, dichloroacetyl, trichloroacetyl, trifluoroacetyl, phenoxyacetyl, optionally substituted on the phenyl ring with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups, or nitro groups; $R_3$ is hydrogen or methyl; X is $NOR_4$, or $N$—$NHR_5$; $R_4$ is hydrogen, $C_1$–$C_6$ alkyl, $C_1$–$C_4$ alkoxymethyl, benzyl, allyl, propargyl, phenyl, $CH_2COO$-alkyl ($C_1$–$C_4$), N-($C_1$–$C_6$ alkyl)carbamoyl, N-(allyl)carbamoyl, N-(propargyl)carbamoyl, N-(phenyl)carbamoyl, N-(chlorophenyl)carbamoyl, N-(dichlorophenyl)carbamoyl, N-(benzyl)carbamoyl, $C_1$–$C_6$ alkanoyl, chloroacetyl, methoxyacetyl, phenylacetyl optionally substituted on the phenyl ring with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, phenoxyacetyl optionally substituted on the phenyl ring by one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_5$ is

$$\underset{O}{\overset{O}{\text{C}}}-NR_6R_7, \quad \underset{O}{\overset{S}{\text{C}}}-NR_6R_7, \quad \underset{O}{\overset{O}{\text{C}}}-OR_8, \quad \underset{O}{\overset{O O}{\text{CCNR}_6R_7,}} \quad \underset{\overset{\|}{O}}{\overset{O}{\text{SR}_9,}}$$

$C_1$–$C_6$ alkanoyl, $C_1$–$C_6$ alkyl,

$$\underset{}{\overset{NH}{\overset{\|}{\text{C}}}}-NR_6R_7,$$

or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_6$ and $R_7$ are hydrogen or $C_1$–$C_6$ alkyl, or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl, $C_1$–$C_4$ alkoxy, or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, $R_8$ is $C_1$–$C_4$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_9$ is $C_1$–$C_4$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups,

**22**

$C_1$–$C_4$ alkoxy groups or nitro groups; or a pharmaceutically and pharmacologically acceptable salt thereof.

**8.** A method according to claim 7, wherein said compound has $R_1$ as isopropyl; $R_2$ as hydrogen or methyl; $R_3$ as methyl; and X as $NOR_4$. $N$—$NHCH_3$.

$$\underset{}{\overset{O}{\overset{\|}{\text{NNH—C—NR}_6R_7}}} \quad \text{or} \quad \underset{}{\overset{O}{\overset{\|}{\text{NNH—C—OR}_8.}}}$$

**9.** A method according to claim 8, wherein said compound has $R_1$ as isopropyl; $R_2$ as hydrogen; $R_3$ as methyl; and X as $NOCH_3$.

**10.** A method according to claim 8, wherein said compound has $R_1$ as isopropyl; $R_2$ as hydrogen; $R_3$ as methyl; and X as

$$\underset{}{\overset{O}{\overset{\|}{\text{NNH—C—NH}_2.}}}$$

**11.** A method for protecting crops, trees, shrubs, stored grain and ornamentals from attack by acarids or insects which infest them, said method comprising: applying an acaricidally or insecticidally-effective amount of a compound represented by structural formula (I),



wherein $R_1$ is methyl, ethyl or isopropyl; $R_2$ is hydrogen, methyl, $C_1$–$C_4$ alkanoyl, methoxyacetyl, chloroacetyl, dichloroacetyl, trichloroacetyl, trifluoroacetyl, phenoxyacetyl, optionally substituted on the phenyl ring with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups, or nitro groups; $R_3$ is hydrogen or methyl; X is $NOR_4$, or $N$—$NHR_5$; $R_4$ is hydrogen, $C_1$–$C_6$ alkyl, $C_1$–$C_4$ alkoxymethyl, benzyl, allyl, propargyl, phenyl, $CH_2COO$-alkyl ($C_1$–$C_4$), N-($C_1$–$C_6$ alkyl)carbamoyl, N-(allyl)carbamoyl, N-(propargyl)carbamoyl, N-(phenyl)carbamoyl, N-(chlorophenyl)carbamoyl, N-(dichlorophenyl)carbamoyl, N-(benzyl)carbamoyl, $C_1$–$C_6$ alkanoyl, chloroacetyl, methoxyacetyl, phenylacetyl optionally substituted on the phenyl ring with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, phenoxyacetyl optionally substituted on the phenyl ring

4,916,154

by one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_5$ is

$$\underset{\overset{\|}{O}}{C}-NR_6R_7, \quad \underset{\overset{\|}{S}}{C}-NR_6R_7, \quad \underset{\overset{\|}{O}}{C}-OR_8, \quad \underset{\overset{\|}{O}\ \overset{\|}{O}}{CC}NR_6R_7, \quad \underset{\overset{\|}{\underset{\|}{O}}}{SR_9.}$$

$C_1$–$C_6$ alkanoyl, $C_1$–$C_6$ alkyl,

$$\underset{\overset{\|}{NH}}{C}-NR_6R_7,$$

or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_6$ and $R_7$ are hydrogen or $C_1$–$C_6$ alkyl, or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl, $C_1$–$C_4$ alkoxy, or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, $R_8$ is $C_1$–$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_9$ is $C_1$–$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; or a pharmaceutically and pharmacologically acceptable salt thereof.

12. A method according to claim 11, wherein said compound has $R_1$ as isopropyl; $R_2$ as hydrogen; $R_3$ as methyl and X as $NOCH_3$.

13. A method for the control of plant nematodes, said method comprising: applying to the foliage of plants, the soil in which they are grown or into the trunks thereof, a nematocidally-effective amount of a compound represented by structural formula (I),



wherein $R_1$ is methyl, ethyl or isopropyl; $R_2$ is hydrogen, methyl, $C_1$–$C_4$ alkanoyl, methoxyacetyl, chloroacetyl, dichloroacetyl, trichloroacetyl, trifluoroacetyl, phenoxyacetyl, optionally substituted on the phenyl ring with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted on the phenyl with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_3$ is hydrogen or methyl; X is $NOR_4$, or N—$NHR_5$; $R_4$ is hydrogen, $C_1$–$C_6$ alkyl, $C_1$–$C_4$ alkoxymethyl, benzyl,

allyl, propargyl, phenyl, $CH_2COO$-alkyl ($C_1$–$C_4$), N-($C_1$–$C_6$ alkyl)carbamoyl, N-(allyl)carbamoyl, N-(propargyl)carbamoyl, N-(phenyl)carbamoyl, N-(chlorophenyl)carbamoyl, N-(dichlorophenyl)carbamoyl, N-(benzyl)carbamoyl, $C_1$–$C_6$ alkanoyl, chloroacetyl, methoxyacetyl, phenylacetyl optionally substituted on the phenyl ring with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, phenoxyacetyl optionally substituted on the phenyl ring by one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_5$ is

$$\underset{\overset{\|}{O}}{C}-NR_6R_7, \quad \underset{\overset{\|}{S}}{C}-NR_6R_7, \quad \underset{\overset{\|}{O}}{C}-OR_8, \quad \underset{\overset{\|}{O}\ \overset{\|}{O}}{CC}NR_6R_7, \quad \underset{\overset{\|}{\underset{\|}{O}}}{SR_9.}$$

$C_1$–$C_6$ alkanoyl, $C_1$–$C_6$ alkyl,

$$\underset{\overset{\|}{NH}}{C}-NR_6R_7,$$

or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_6$ and $R_7$ are hydrogen or $C_1$–$C_6$ alkyl, or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl, $C_1$–$C_4$ alkoxy, or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, $R_8$ is $C_1$–$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_9$ is $C_1$–$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; or a pharmaceutically and pharmacologically acceptable salt thereof.

14. A method according to claim 13, wherein said compound has $R_1$ as isopropyl; $R_2$ as hydrogen; $R_3$ as methyl; and X as $NOCH_3$.

15. A composition for treating, preventing or controlling endo- or ectoparasitic infections in warm-blooded animals or for controlling insects, said composition comprising: a pharmacologically or insecticidally-effective amount of a compound represented by structural formula (I),

4,916,154

25

26



wherein $R_1$ is methyl, ethyl or isopropyl; $R_2$ is hydrogen, methyl, $C_1$–$C_4$ alkanoyl, methoxyacetyl, chloroacetyl, dichloroacetyl, trichloroacetyl, trifluoroacetyl, phenoxyacetyl, optionally substituted on the phenyl ring with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups, or nitro groups; $R_3$ is hydrogen or methyl; X is $NOR_4$, or N—$NHR_5$; $R_4$ is hydrogen, $C_1$–$C_6$ alkyl, $C_1$–$C_4$ alkoxymethyl, benzyl, allyl, propargyl, phenyl, $CH_2COO$-alkyl ($C_1$–$C_4$), N-($C_1$–$C_6$ alkyl)carbamoyl, N-(allyl)carbamoyl, N-(propargyl)carbamoyl, N-(phenyl)carbamoyl, N-(chlorophenyl)carbamoyl, N-(dichlorophenyl)carbamoyl, N-(benzyl)carbamoyl, $C_1$–$C_6$ alkanoyl, chloroace-

tyl, methoxyacetyl, phenylacetyl optionally substituted on the phenyl ring with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, phenoxyacetyl optionally substituted on the phenyl ring by one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_5$ is



$C_1$–$C_6$ alkanoyl, $C_1$–$C_6$ alkyl,



or benzoyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_6$ and $R_7$ are hydrogen or $C_1$–$C_6$ alkyl, or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl, $C_1$–$C_4$ alkoxy, or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups, $R_8$ is $C_1$–$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; $R_9$ is $C_1$–$C_6$ alkyl or phenyl optionally substituted with one or two halogens, $C_1$–$C_4$ alkyl groups, $C_1$–$C_4$ alkoxy groups or nitro groups; and the pharmaceutically and pharmacologically acceptable or a pharmaceutically and pharmacologically acceptable salt thereof; and an inert carrier.

* * * * *

FDA 000064

EXHIBIT 2

30,394-01

# Assignment

*For Good And Valuable Considerations,  We,* GORO ASATO

*of* Titusville, New Jersey 08560,  DONALD JOHN FRANCE

*of* Pennington, New Jersey 08534,

*of* ........................................., *and*

*of* ...................................................., *do hereby sell, assign and transfer unto*

## AMERICAN CYANAMID COMPANY

*a corporation organized under the laws of the State of Maine, and having an office at 1937 West Main Street, Stamford, State of Connecticut, herein sometimes called "ASSIGNEE", the entire right, title and interest, together with all rights of priority, in and to our invention for*

*the IMPROVEMENT IN* 23-OXO (KETO) AND 23-IMINO DERIVATIVES OF

LL-F28249 COMPOUNDS

*as described and/or claimed in our application for Letters Patent of the United States of* ATTY'S DOCKET

~~America, Serial~~ *No.* 30,394001 ......................, *filed* concurrently .................. *and as described and/or claimed in any and all applications for Letters Patent of all foreign countries together with all Letters Patent issuing on any of the aforesaid applications for Letters Patent, the same to be held and enjoyed by ASSIGNEE, its successors, assigns or other legal representatives, to the full ends of the terms of all said Letters Patent therefor which may be granted.*

**And We Hereby Authorize** *ASSIGNEE to make applications for and to receive Letters Patent for said invention in any of said countries in its own name, or in our name, at its election.*

**And We Hereby Covenant And Agree** *that we will execute or procure any further necessary assurance of the title to said invention and any Letters Patent which may...*

REEL 4781 FRAME 20

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address:    COMMISSIONER OF PATENTS AND TRADEMARKS
            Washington, D. C. 20231

EXHIBIT 3

PAYOR NUMBER
  000142

RECEIVED

OCT 1 1993

PATENT LAW DEPT

75L8/0928

ELAINE NICHOLS
PATENT LAW DEPARTMENT                                    DATE MAILED
AMERICAN CYANAMID COMPANY                                  09/28/93
ONE CYANAMID PLAZA
WAYNE, NJ  07470-8426

# MAINTENANCE FEE STATEMENT

The data shown below is from the records of the Patent and Trademark Office.  If the maintenance fees
and any necessary surcharges have been timely paid for the patents listed below, the notation "PAID" will
appear in column 10, "status" below.

If a maintenance fee payment is defective, the reason is indicated by code in column 10, "status" below.
An explanation of the codes appears on the reverse of the Maintenance Fee Statement.  TIMELY COR-
RECTION IS REQUIRED IN ORDER TO AVOID EXPIRATION OF THE PATENT.  NOTE 37 CFR
1.377.  THE PAYMENT(S) WILL BE ENTERED UPON RECEIPT OF ACCEPTABLE CORRECTION.
IF PAYMENT OR CORRECTION IS SUBMITTED DURING THE GRACE PERIOD, A SURCHARGE
IS ALSO REQUIRED. NOTE 37 CFR 1.20(k) and (l).

If the statement of small entity status is defective the reason is indicated below in column 10 for the
related patent number.  THE STATEMENT OF SMALL ENTITY STATUS WILL BE ENTERED UPON
RECEIPT OF ACCEPTABLE CORRECTION.

| ITM NBR | PATENT NUMBER | FEE CDE | FEE AMOUNT | SUR CHARGE | SERIAL NUMBER | PATENT DATE | FILE DATE | PAY YR | SML ENT | STAT |
|---------|---------------|---------|------------|------------|---------------|-------------|-----------|--------|---------|------|
| 1       | 4,916,154     | 183     | 930        | ----       | 07/088,953    | 04/10/90    | 08/27/87  | 04     | NO      | PAID |

If the "status" column for a patent number listed above does not indicate "PAID" a code or an asterisk
(*) will appear in the "status" column.  Where an asterisk (*) appears, the codes are set out below by the
related item number.  An explanation of the codes indicated in the "status" column and as set out below
by the related item number appears on the reverse of the maintenance fee statement.

FDA 000066

| ITM NBR | ATTY DKT NUMBER |
|---------|-----------------|

30,394-01

DIRECT THE RESPONSE TOGETHER WITH ANY QUESTIONS ABOUT THIS NOTICE TO:
COMMISSIONER OF PATENTS AND TRADEMARKS BOX M FEE WASHINGTON DC 20231

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D. C. 20231

PAYOR NUMBER
000142

P75M

MS.KAY E. BRADY
C/O PATENT LAW DEPT.
AMERICAN HOME PRODUCTS CORP.
ONE CAMPUS DRIVE
PARSIPPANY NJ 07054

# MAINTENANCE FEE STATEMENT

The data shown below is from the records of the Patent and Trademark Office. If the maintenance fees and any necessary surcharges have been timely paid for the patents listed below, the notation "PAID" will appear in column 10, "status" below.

If a maintenance fee payment is defective, the reason is indicated by code in column 10, "status" below. An explanation of the codes appears on the reverse of the Maintenance Fee Statement. TIMELY COR-RECTION IS REQUIRED IN ORDER TO AVOID EXPIRATION OF THE PATENT. NOTE 37 CFR 1.377. THE PAYMENT(S) WILL BE ENTERED UPON RECEIPT OF ACCEPTABLE CORRECTION. IF PAYMENT OR CORRECTION IS SUBMITTED DURING THE GRACE PERIOD, A SURCHARGE IS ALSO REQUIRED. NOTE 37 CFR 1.20(k) and (l).

If the statement of small entity status is defective the reason is indicated below in column 10 for the related patent number. THE STATEMENT OF SMALL ENTITY STATUS WILL BE ENTERED UPON RECEIPT OF ACCEPTABLE CORRECTION.

| ITM NBR | PATENT NUMBER | FEE CDE | FEE AMOUNT | SUR CHARGE | SERIAL NUMBER | PATENT DATE | FILE DATE | PAY YR | SML ENT | STAT |
|---------|---------------|---------|------------|------------|---------------|-------------|-----------|--------|---------|------|
| 1 | 4,916,154 | 184 | 2050 | ---- | 07/088,953 | 04/10/90 | 08/27/87 | 08 | NO | PAID |

If the "status" column for a patent number listed above does not indicate "PAID" a code or an asterisk (*) will appear in the "status" column. Where an asterisk (*) appears, the codes are set out below by the related item number. An explanation of the codes indicated in the "status" column and as set out below by the related item number appears on the reverse of the maintenance fee statement.

FDA 000067

| ITM NBR | ATTY DKT NUMBER |
|---------|-----------------|
| 1 | 30,394-01 |

**DIRECT THE RESPONSE TOGETHER WITH ANY QUESTIONS ABOUT THIS NOTICE TO:**
COMMISSIONER OF PATENTS AND TRADEMARKS BOX M FEE WASHINGTON DC 20231

**EXHIBIT 4**

I.    INTRODUCTION

American Home Products (AHP) considers that its new animal drug application (NADA) was initially submitted on August 8, 1995, or at a minimum, no later than August 14, 1996.  This is consistent with the statute, Congressional intent, and FDA's implementing regulations.  However the purpose of this memorandum is to draw attention to one sentence in the preamble of FDA's proposed regulations implementing the Generic Animal Drug and Patent Term Restoration Act of 1988 (GAD/PTR Act) which appears inconsistent with both the Drug Price Competition and Patent Term Restoration Act of 1984 and the GAD/PTR Act.  Moreover, FDA's consideration of the issues presented in this application is timely because the Food and Drug Administration Modernization Act of 1997 raises the same questions for human drugs and biologics.

CVM's innovative programs of phased review for NADAs may create faster access to new animal drugs, but the one sentence in the preamble to FDA's proposed rule has the potential to erode the incentives created by patent term extension.  Forcing the patent holder to make the unenviable choice between the possibility of faster review and the certainty that valuable patent term will be lost forever is inconsistent with Congress' intent and contrary to rational corporate strategic and financial planning.

II.    STATUTORY AND REGULATORY BACKGROUND

The GAD/PTR Act generally provides that a patent for an animal drug product may be extended for up to five years if the product was subject to regulatory review by FDA before it could

be marketed.[1]  Under the GAD/PTR Act, the "regulatory review period" is the basis for determining the length of the patent term extension (sometimes called "patent term restoration").  For a new animal drug, a regulatory review period is the sum of two periods.  In relevant part, the first period begins on the date "an exemption under subsection (j) of section 512 became effective for the approved new animal drug product" and ends "on the date an application was initially submitted for such animal drug product under section 512."[2]  The patent term may be extended by one-half of the time an animal drug is in the testing phase.[3]  The second period begins "on the date the application was initially submitted for the approved animal drug product under subsection (b) of section 512" and ends "on the date such application was approved under such section."[4]  The patent term may be extended by all of the time an animal drug is in the approval phase.[5]

Thus, Congress recognized two periods through which every new animal drug must pass before it may be approved for marketing by FDA, both of which typically occur during the life of a

---

[1]  Pub. L. 100-670.

[2]  35 U.S.C. § 156(g)(4)(B)(i) (emphasis added).  FDA's regulations refer to this period as the "testing phase" (21 C.F.R. § 60.22) and explain that "[t]he testing phase begins on the date . . . on which the agency acknowledges the filing of a notice of claimed investigational exemption for a new animal drug . . . and ends on the date a marketing application under section 512 of the Act is initially submitted to FDA."  21 C.F.R. § 60.22(d)(1) (emphasis added).

[3]  35 U.S.C. § 156(c)(2).

[4]  35 U.S.C. § 156(g)(4)(B)(ii) (emphasis added).  FDA's regulations refer to this period as the "approval phase." 21 C.F.R. § 60.22.

[5]  The regulatory review period may not exceed five years (35 U.S.C. § 156(g)(6)(A)) and the extended patent term may not exceed fourteen years (35 U.S.C. § 156(c)(3)).

FDA 000069

patent.[6/]  The first period occurs during research and
development, and encompasses all of the "scientific testing
requirements" established by FDA.  The second period encompasses
FDA's review of the scientific tests.[7/]  These two separate
periods, which together comprise the regulatory review period,
are separated by a single point in time — the moment at which an
applicant "initially submitted" a marketing application.
Congress explicitly chose the term "initially submitted" to
separate the testing period from the review period, and
distinguished that moment from the point in time that an
application is "filed."  In section 156(g),

> the term "initially submitted" is used to describe the
> point in time when the testing phase is considered to
> be completed and the agency approval phase to have
> begun.  This term is used instead of the term "filed,"
> because an application is often not considered to be
> filed, <u>even though agency review has begun</u>, until the
> agency has determined that no other information is
> needed and a decision on the application can be made.
> For purposes of determining the regulatory review
> period and its component periods, an application for
> agency review is considered to be "initially submitted"
> if the applicant has made a deliberate effort to submit
> an application containing <u>all information necessary for
> agency review to begin</u>.  The Committee recognizes that
> the agency receiving the application might decide it
> needs additional information or other changes in the
> application.  As long as the application was <u>complete</u>

---

6/    "[A]nimal drug innovators typically lose years of patent
protection because of FDA's <u>scientific testing requirements</u>
and <u>regulatory review</u>."  H. Rept. 100-972(I) at 3 (1988)
(emphasis added); <u>see also</u> H. Rept. 100-972(II) at 16
(1988).

7/    Although FDA's regulations refer to this second period as
the "approval" phase, in fact it consists of FDA's <u>review</u> of
the data submitted in support of the application, which may
<u>culminate</u> in approval.  This memorandum will use the terms
"testing period" and "review period," the sum of which is
the "regulatory review period."

FDA 000070

enough so that agency action could be commenced, it would be considered to be "initially submitted."[8]

Thus, Congress emphasized the fact that the perimeters of the review period are defined by the amount of patent life consumed by FDA's review of the marketing application, which, logically, is triggered when FDA begins its review of the application.

## III. ANALYSIS

A.    One Sentence In The Preamble to FDA's Proposed Regulations Implementing The GAD/PTR Act Is Potentially Inconsistent With Congress' Definition Of "Initially Submitted"

Normally, the calculation of a regulatory review period is straightforward because the moment at which an application is "initially submitted" is coincident with the filing of a marketing application.  Certainly for human drugs or biologics, the line of demarcation between the two periods comprising the regulatory review period is relatively clear.  This is because the marketing (or licensing) application that FDA reviews must contain all of the data and information necessary for approval. FDA's Center for Drug Evaluation and Research (CDER) and Center for Biologics Evaluation and Research (CBER) simply will not accept for filing nor begin to review an application to market a new drug or biologic until it is "sufficiently complete to permit

---

8/    H. Rept. 98-857 (Part 1) at 44 (1984) (Drug Price Competition and Patent Term Restoration Act of 1984).  The Congressional Reports accompanying the GAD/PTR Act do not further explain the term "initially submitted" used in the definition of the "regulatory review period."  However, the amendments under the GAD/PTR Act "simply makes the additions to sections 156 and 271 necessary to include animal drugs and veterinary biologicals within the existing statutory framework."  H. Rept. 100-972(I) at 8; H. Rept. 100-972(II) at 20.

4

FDA 000071

a substantive review."[9/]  Ordinarily, even the Center for
Veterinary Medicine (CVM) will not accept an NADA unless it is
complete in accordance with regulatory requirements.[10/]  CVM will
not accept for filing an NADA if "[o]n its face, the information
concerning required matter is so inadequate that the application
is clearly not approvable."[11/]  However, Congress explicitly
rejected this "filing" standard to define the point that
separates the testing period from the review period.  As Congress
explained, the phrase "initially submitted" better defines the
key moment in time at which FDA commences its review of a
marketing application.

CVM has adopted certain review procedures that, while
serving the laudatory goal of accelerating the review process,
operate to the potential detriment of a patent holder seeking
patent term restoration.  Of issue in the instant case is the
program entitled "Phasing the Review of Data Submissions," under
which an applicant may submit the different "components" of an
NADA individually.[12/]  CVM then reviews each component as it is
submitted and informs the applicant of whether the data are
acceptable.  Similarly, under FDA's "Expedited Review" Guideline
for certain animal drugs that provide an important therapeutic

---

9/   21 C.F.R. § 314.101(a)(1).  For a biologic, "[a]n
     application for license shall not be considered as filed
     until all pertinent information and data have been received
     from the applicant by the Center for Biologics Evaluation
     and Research."  Id. § 601.2(c)(2) (emphasis added).

10/  Id. § 514.1(b).

11/  SMG 1240.3100 ("Initial Processing of an NADA").

12/  SMG 1240.3040.  The components are generally compatible with
     the technical sections contained in 21 C.F.R. § 514.1(b) and
     include, for example, residue chemistry, manufacturing
     chemistry, target animal effectiveness, target animal
     safety, and environmental safety.  Id.  The phasing of NADA
     submissions is voluntary.  Id.

FDA 000072

gain, CVM also reviews discrete components of data individually submitted by the sponsor.[13/]

However praiseworthy these programs may be, they do not operate in a vacuum. FDA's GAD/PTR Act implementing regulations state that "[f]or purposes of determining the regulatory review period for any product, a marketing application . . . is *initially submitted* on the date it contains sufficient information to allow FDA to commence review of the application."[14/]  The potential tension between the phased review concept and the goals of the GAD/PTR Act is created by one sentence in the preamble to FDA's proposed rules implementing its responsibilities under the GAD/PTR Act. FDA explained that "[t]he date on which a NADA will be considered to have been initially submitted with respect to the animal drug product under section 512(b) of the act will be the date of FDA's official acknowledgment letter assigning a number to the NADA."[15/]  Since individual components are submitted under the Investigational New Animal Drug (INAD) exemption in both the Phased Review program and the Expedited Review Guideline, CVM does not assign a number to an NADA (and thus, does not consider an NADA to have been "initially submitted") until sometime after CVM has begun to review the data in the NADA.[16/]  As a result, the "NADA" that is "reviewed" is what CVM has termed an "administrative NADA," which consists merely of those communications from CVM to the applicant indicating that the data submitted in support of each component

---

13/  SMG 1240.3135 ("Animal Drug Applications Expedited Review Guideline"). Under this guideline, CVM gives priority consideration to each component.

14/  21 C.F.R. § 60.22(f) (emphasis added). See also id. § 60.22(d)(2) ("The approval phase [for an animal drug] begins on the date a marketing application under section 512 of the Act is initially submitted to FDA . . . .")

15/  56 Fed. Reg. 5784, 5786 (Patent Term Restoration Regulations; Proposed rule) (Feb. 13, 1991).

16/  SMG 1240.3040; SMG 1240.3135.

FDA 000073

are acceptable.  CVM's "review" of each such "NADA" is largely ministerial and consists essentially of checking that each component is accounted for in the NADA.  When "initially submitted" is defined in this manner, it is practically indistinguishable from the "filing" standard that Congress explicitly rejected.

In this case, as will be discussed in more detail below, the one sentence in the preamble may lead CVM to not consider the NADA to have been "initially submitted" until after CVM had <u>completed</u> its review of all of the components.  CVM's "review" of this "administrative NADA" took all of two weeks.  Thus, the standard for determining when this NADA was "initially submitted" would actually <u>exceed</u> the "filing" standard that was rejected by Congress in no uncertain terms.  To conclude that CVM required but ten working days to review numerous volumes of information and data (more than 28 linear feet of information) submitted in support of this NADA is illogical, unsupported by the actual events, contrary to Congressional intent, and inconsistent with the Vice-President's Reinventing Government initiatives to improve the honesty and candor of government's communications with all of its customers, including the regulated industry.

In sum, an unintended result of phased review is to artificially truncate the amount of time CVM spends "reviewing" an NADA, which translates to a distorted regulatory review period for purposes of calculating the patent term extension.  The unintended consequence is that the patent for an animal drug that is the subject of such a review may be extended by only <u>one-half</u> of the time that encompasses undisputably review activity — time that Congress intended to be restored day-for-day.

FDA 000074

B.    Properly Defining The Term "Initially Submitted"
as That Point In Time At Which FDA Review Of An
Application Actually Begins Is Critical To
FDA's Efforts To Implement The Food and Drug
Administration Modernization Act Of 1997

FDA should carefully consider the policy implications of the
precedent it is setting here.  CVM's "phased review" concept has
thus far "only" affected patents for animal drugs.  Under the
Food and Drug Administration Modernization Act of 1997
(Modernization Act), phased review may be available for certain
critically-needed human drugs and human biologics.  Specifically,
the Modernization Act creates a new section 506 in the Federal
Food, Drug, and Cosmetic Act (FDC Act) and provides that if a
human drug or biologic is intended to treat "a serious or life-
threatening condition and it demonstrates the potential to
address unmet medical needs for such a condition," the drug or
biologic may be designated as a "fast-track" product.[17/]  Congress
intended for the fast-track procedures to benefit patients by
providing quicker access to important new drugs.[18/]

If a preliminary review of the clinical data for a fast-
track product suggests efficacy, FDA must evaluate for filing,
and may review, on a "rolling" basis, portions of the
application.  However, "rolling review" is available only if the
applicant provides a schedule for submission of remaining
information, and pays any user fee required under the

_____

17/    FDC Act § 506(a)(1).

18/    "[The fast-track] provision facilitates development and
       expedites approval of new drugs for the treatment of any
       serious or life-threatening diseases."  S. Rept. 105-43 at 3
       (1997).  "Rolling review" is an example of "appropriate
       action" that FDA should take "to expedite the development
       and review of the drug."  Id. at 43.  See also H. Rept.
       105-310 at 55 (1997) (explaining that the purpose of
       fast-track procedures is to provide "much quicker patient
       access to important new drugs.")

FDA 000075

Prescription Drug User Fee Act (PDUFA).[19]  On the other hand, FDA's PDUFA review clock does not begin to run until the application is complete.[20]  FDA must determine which of these three points in time — the time at which the agency commences its preliminary review of the clinical data, the time at which the PDUFA user fee is paid, or the time at which FDA's PDUFA clock begins to run — as the time at which an application is considered to be "initially submitted" for purposes of calculating the regulatory review period.

As explained above, the most logical conclusion, and the conclusion that is most consistent with Congressional intent as expressed in the Drug Price Competition and Patent Term Restoration Act of 1984, is that an application is "initially submitted" whenever FDA commences its review of any part of a marketing application.  Because there is no guarantee that fast-track status will result in faster approval, the sponsors of such drugs should not be forced to choose between the possibility of faster review and the certainty that valuable patent term will be lost forever.  The most logical approach to this human drug possibility is to recognize all of the time that FDA is reviewing any part of a human drug application as being part of the review period for purposes of a patent term extension regulatory review period determination.[21]

---

19/   FDC Act § 506(c)(1).

20/   Id. § 506(c)(2).

21/   The check on this is the requirement that an applicant for patent term extension must act with "due diligence" during each phase of the regulatory review period.  35 U.S.C. § 156(c)(1).

FDA 000076

IV.  CALCULATION OF THE REGULATORY REVIEW PERIOD
     FOR THE INSTANT NADA

     A.  Because FDA Began To Review This NADA On
         August 8, 1995, That Is The Point In Time At
         Which The Application Was Initially Submitted

     At issue in this application for extension of patent term is
the length of time lost due to FDA's review of the NADA.  As
explained above, Congress intended for this period to start when
FDA began to review the data in a marketing application.  FDA's
patent term extension regulations state that "[f]or purposes of
determining the regulatory review period for any product, a
marketing application . . . is *initially submitted* on the date it
contains sufficient information to allow FDA to commence review
of the application."[22/]  For this NADA, CVM commenced its review
of the marketing application on August 8, 1995.[23/]

     Although the components of this NADA were submitted
individually, the first submission (i.e., Residue Chemistry)
clearly drove CVM's review effort.  In fact, CVM's review of this
component was not completed until two weeks before the date CVM

_____

22/  21 C.F.R. § 60.22(f) (emphasis added).

23/  The analogous point in time under the fast-track provisions
     of the Modernization Act (discussed above) would be the time
     at which FDA commenced its preliminary review of the
     clinical data for a human drug or biologic.

     The review period stops when FDA's review of the NADA is
     complete.  "A marketing application . . . is *approved* on the
     date FDA sends the applicant a letter informing it of the
     approval . . . ."  21 C.F.R. § 60.22(f).  See also id.
     § 60.22(d)(2) ("The approval phase [for an animal drug]
     . . . ends on the date the application is approved.").  The
     NADA was approved on January 28, 1998, a date that is not at
     issue here.

FDA 000077

acknowledged the "administrative NADA" to have been filed.[24/]  The
number of days between the first submission and the date of CVM's
official acknowledgment letter (assigning a number to the NADA,
January 14, 1998) is 890 days.  At least one essential component
was undergoing FDA review during this entire time.  As shown in
Table 1, the Residue Chemistry component was undergoing
regulatory review for 855 of those days, or 96.1% of the total.
Figure 1 shows that even if phased review could, in some cases,
result in a more efficient approval process, the rate-limiting
step of the review of this NADA was the Residue Chemistry
component.  Further, had all of the data been submitted under an
NADA, it is not likely that the length of the approval phase
would have been any shorter since, as CVM noted, "[p]hasing the
review of data submission does not change the priority of the
review process."[25/]  Moreover, Figure 1 also demonstrates that for
a significant portion of the total time this NADA was being
reviewed by CVM, all of the essential components were in the
hands of CVM.  The inability to extend appropriately the patent
term for this animal drug should not be the price the applicant
must bear for this review procedure, especially since this
process does not guarantee a more expedient approval of the NADA.

    B.   At the Very Least, The Review Period Must
         Be Calculated As Of The Date That AHP
         Submitted All Of The Information Necessary
         For FDA Review Of The Entire NADA To Begin

    As shown in Table 1, all of the data and information
necessary for CVM to begin its review of this entire NADA was in

---

24/  The Human Food Safety component approval (January 13, 1998)
     is actually an approval of both the Residue Chemistry and
     the Public Safety components.  During the review process,
     the Human Food Safety Division at CVM was formed when the
     Residue Chemistry and Public Safety divisions merged.

25/  SMG 1240.3040.  Moreover, the applicant that chooses to
     phase the data submissions runs the risk that "[a]cceptance
     of data submitted to a specific component/subcomponent may
     be rescinded" if development of the drug is delayed "and the
     requirements for the component/subcomponent have changed."
     Id.

FDA 000078

CVM's hands on August 14, 1996. That is the date on which the last component (i.e., Environmental Safety) was submitted.[26/]

FDA regulations provide that an NADA must contain specified information and that "[u]pon receipt [of the NADA by FDA], the application will be assigned a number . . . ."[27/] However, in contrast to a marketing application for a drug or biologic, CVM will accept an NADA for an animal drug if it is less than a complete NADA submission. Upon receipt of an NADA,

> [t]he responsible review branch within the division will _immediately_ perform a _cursory_ review of the NADA to determine if it is acceptable for filing. . . . An NADA is required to contain complete reports of investigations to show whether or not a drug is safe and effective for use. If such reports have previously been submitted, either in a related NADA _or in the INAD through the phased review process_ . . . this requirement is considered to be met if each affected section of the NADA contains a specific reference to where the reports may be found.[28/]

---

26/  The analogous point in time under the fast-track provisions of the Modernization Act (discussed above) would be the time at which the marketing application for a human drug or biologic is complete enough for FDA's PDUFA review clock to begin.

Although AHP amended the Environmental Safety component of the NADA on June 13, 1997, Congress recognized that FDA could "decide it needs additional information or other changes in the application" but that this was immaterial to determining whether an application was "initially submitted." H. Rept. 98-857 (Part 1) at 44 (1984). "As long as the application was complete enough _so that agency action could be commenced_, it would be considered to be "initially submitted." _Id._ (emphasis added).

27/  21 C.F.R. § 514.1(b)(1).

28/  SMG 1240.3100 (emphasis added).

12

FDA 000079

If this cursory review determines that the NADA is acceptable for filing, CVM sends an acknowledgment letter to the applicant assigning the application an NADA number.[29]

Thus, on August 14, 1996, CVM could have issued an acknowledgment letter and NADA number, since on that date, "each affected section of the NADA" was undergoing FDA review and "specific reference to where [these] reports" could be found in the INAD were known to FDA. Further, August 14, 1996 is the very latest date on which "the applicant [] made a deliberate effort to submit an application containing all information necessary for agency review to begin."[30] At a minimum, that date must be captured for purposes of determining when this NADA was "initially submitted." An alternative calculation of the patent term extension for which this patent is eligible (using August 14, 1996 as the date the application was "initially submitted") is attached as Appendix 1.

Another permutation of the phased review concept has the potential for confusing these issues even further. Under FDA's proposed NADA regulations, "[t]he applicant may submit a complete chemistry, manufacturing, and controls section 90 to 120 days before the anticipated submission of the remainder of the application."[31] These rules have yet to be made final, but the guidance that FDA issued shortly after these proposed regulations instructed the sponsor to clearly identify this submission "as part of an original NADA application."[32] This example further illustrates the illogic of allowing the form in which the data is submitted to determine when an application is "initially

---

29/  Id.

30/  H. Rept. 98-857 (Part 1) at 44 (1984).

31/  56 Fed. Reg. 65544, 65566 (New Animal Drug Regulations; Proposed Rule) (Dec. 17, 1991).

32/  CVM Guideline for Formatting, Assembling, and Submitting New Animal Drug Applications (June 1, 1992) (emphasis added).

13

FDA 000080

submitted." As the proposed rule recognizes, <u>all</u> components of <u>all</u> applications must be reviewed by FDA at some point, yet only the proposed rule allows that review period to be restored to the patent term.

FDA should not treat patent holders differently merely because of the policy under which the data was submitted. Some policies permit full credit for the actual "review" phase of the regulatory review period, whereas other policies do not. The length of the patent term extension for which this patent is eligible should not be dependant on the form of the data submission, but on whether FDA has commenced its substantive review of the product for marketing.

*          *          *          *

FDA 000081

TABLE 1

| Component | Submitted | Review Completed | Days | % of Total Days |
|---|---|---|---|---|
| Residue Chemistry | 8/8/95 | 12/10/97 | 855 | 96.1 |
| Target Animal Safety | 12/15/95 | 7/22/96 | 220 | 24.7 |
| Manufacturing Chemistry | 12/21/95 | 9/17/96 | 271 | 30.4 |
| Effectiveness | 1/16/96 | 11/4/97 | 658 | 73.9 |
| Public Safety | 6/7/96 | 1/13/98[a] | 585 | 65.7 |
| Environmental Safety | 8/14/96 & 6/13/97[b] | 12/23/97 | 496 | 55.7 |
| Human Food Safety | 8/8/95 & 6/7/96[c] | 1/13/98 | | |

a    CVM's approval of the Public Safety component was based, at least in part, on the approval of the Human Food Safety component.

b    Data for this component was initially submitted on August 14, 1996, and amended on June 13, 1997. The review time shown was calculated from the first submission.

c    The Human Food Safety component approval was actually an approval of both the Residue Chemistry and the Public Safety components, caused by a reorganization of CVM during the time that CVM was reviewing this data.

FDA 000082

**Appendix 1**


Alternative Method of Calculation for Term of Extension
for U.S. Patent No. 4,916,154


It is Applicant's opinion that U.S. Patent No. 4,916,154 is eligible for an extension of a period of 1691 days, based upon the following calculation:

a)    One half of the INAD time (after grant of the patent) from April 10, 1990 to August 14, 1996 is (2318 days divided by 2) 1159 days.

b)    All of the review time from August 16, 1996 to January 28, 1998 is 532 days.

c)    Total is 1691 days.


Thus the new expiration date of the patent will be November 26, 2011.


Under 35 USC 156(c)(3) and 156(g)(6)(A) this period of extension is unaffected by the statutory requirements that the extension cannot exceed 5 years and the period remaining in the term of the patent after the date of approval when added to the review period cannot exceed 14 years.


Applicant acknowledges the duty to disclose to the Commissioner of Patents and Trademarks and the Secretary of Health and Human Services or the Secretary of Agriculture any information which is material to the determination of entitlement to the extension sought.  To this end, the applicant discloses that the FDA has taken a position which is not entirely consistent with the applicant's assessment that the date on which the application was initially submitted is August 14, 1996.


\*    \*    \*    \*

# Figure 1



EXHIBIT 5



# FORT DODGE ANIMAL HEALTH

### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

### REGULATORY CHRONOLOGY

### Cydectin® moxidectin 0.5% Pour-On for Cattle

The following chronological listing includes all CVM/Sponsor written INAD 6736 interactions relevant to the NADA 141-099 approval of Cydectin Pour-On for Cattle.

| Date | Correspondence | Description |
|------|----------------|-------------|
| 3/26/90 | Cyanamid to CVM | Submission formally requesting establishment of INAD file and slaughter authorization for 1500 cattle. |
| 4/9/90 | CVM to Cyanamid | Assignment of INAD number 6736. |
| 5/31/90 | Cyanamid to CVM | Notification of drug shipment for Study B-90-17 with attached protocol. |
| 6/18/90 | CVM to Cyanamid (C001) | CVM comments pertaining to Study B-90-17 protocol. |
| 6/25/90 | Cyanamid to CVM | Confirmation of 7/10/90 CVM/Fort Dodge meeting to discuss efficacy, TAS and environmental safety matters. |
| 7/11/90 | Cyanamid to CVM | Sponsor minutes of 7/10/90 CVM/Fort Dodge meeting. |
| 7/18/90 | Cyanamid to CVM | Submission of tissue residue depletion data in support of request to shorten 120-day withholding period to be specified in slaughter authorization. |
| 7/26/90 | CVM to Cyanamid (A000) | Response to Cyanamid's 3/26/90 submission granting requested categorical exclusion from requirement to prepare an Environmental assessment for the proposed INAD 6736 investigation. |
| 7/26/90 | CVM to Cyanamid (A000) | Slaughter authorization grant for 1500 cattle with 120-day withholding period. |
| 8/9/90 | CVM to Cyanamid (C002) | CVM minutes of 7/10/90 CVM/Cyanamid meeting. |
| 9/27/90 | Cyanamid to CVM | Notification of drug shipment for Study B-90-29 with attached signed protocol. |
| 11/2/90 | Cyanamid to CVM | Notification of intention to ship investigational drug to Australia. |
| 11/26/90 | Cyanamid to CVM | Submission of information regarding modification of formulation by substituting Aromatic 100 and Miglyol 812 for previous excipients. |
| 11/29/90 | CVM to Cyanamid (C004) | Comments pertaining to Cyanamid's request for reduction of slaughter authorization withholding period to 90 days. |
| 11/29/90 | CVM to Cyanamid (C004) | Amended slaughter authorization specifying revised 90-day withholding period. |

FDA 000085

FORT DODGE ®

# FORT DODGE ANIMAL HEALTH
DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 11/30/90 | Cyanamid to CVM | Fax communication requesting meeting to discuss safety and efficacy-related matters. |
| 12/14/90 | Cyanamid to CVM | Submission of dose-titration protocols for CVM review. |
| 12/19/90 | Cyanamid to CVM | Submission of safety information pertaining to AROMATIC 100 (inactive component of investigational formulation). |
| 12/19/90 | Cyanamid to CVM | Sponsor minutes of 1210/90 CVM/Cyanamid meeting. |
| 1/2/91 | Cyanamid to CVM | Submission of residue depletion study protocol for CVM review. |
| 1/24/91 | Cyanamid to CVM | Notification of drug shipment for Study B-90-36 with attached signed protocol. |
| 1/24/91 | Cyanamid to CVM | Notification of drug shipment for Study B-90-37 with attached signed protocol. |
| 1/24/91 | Cyanamid to CVM | Notification of drug shipment for Study B-90-38 with attached signed protocol. |
| 2/1/91 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-90-29. |
| 2/7/91 | CVM to Cyanamid (not listed) | CVM minutes of 7/10/90 and 12/10/90 CVM/Cyanamid meetings. |
| 2/7/91 | CVM to Cyanamid (C009) | CVM acceptance of protocols for dose titration studies. |
| 2/14/91 | Cyanamid to CVM | Notification of modification of investigational formulation. |
| 2/15/91 | Cyanamid to CVM | Notification of drug shipment for Study B-90-35. |
| 2/26/91 | Cyanamid to CVM | Amendment for previously filed drug shipment notification for Study B-90-37. |
| 3/19/91 | CVM to Cyanamid (C012) | CVM comments pertaining Cyanamid  protocol for tissue residue depletion study. |
| 3/25/91 | Cyanamid to CVM | Submission of samples of investigational label. |
| 3/28/91 | Cyanamid to CVM | Request to render test animals treated with investigational drug with a zero-day withdrawal period. |
| 4/1/91 | Cyanamid to CVM | Submission of MSDS's for Aromatic 100 and Crodamol PMP (excipients in investigational formulation). |
| 4/1/91 | CVM to Cyanamid (C011) | CVM comments regarding environmental safety study (wash-off) design. |
| 4/1/91 | CVM to Cyanamid (C010) | CVM response to Cyanamid request for CVM to comment on safety of Aromatic 100 constituent of investigational formulation. |
| 4/4/91 | Cyanamid to CVM | Notification of drug shipment for Study B-91-4. |

**Issue Date: February 15, 1998**                    Page 2                    FDA 000086



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 4/26/91 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug from Study B-90-17. |
| 5/24/91 | Cyanamid to CVM | Notification of drug shipment for Study B-91-1. |
| 6/3/91 | Cyanamid to CVM | Submission of serum concentration comparison study protocol for CVM review. |
| 6/3/91 | Cyanamid to CVM | Submission of environmental safety (wash-off) study protocol for CVM review. |
| 6/12/91 | CVM to Cyanamid (C008) | CVM comments pertaining to the human food safety of Aromatic 100 and Crodamol PMP. |
| 7/24/91 | Cyanamid to CVM | Fax communication transmitting copy of INAD 6268 cover letter containing moxidectin environmental safety information requested by CVM. |
| 7/30/91 | CVM to Cyanamid (C023) | Authorization to render limited number of test animals treated with investigational drug. |
| 7/30/91 | CVM to Cyanamid (C022) | Acknowledgment of Aromatic 100 and Crodamol PMP safety information. |
| 8/8/91 | CVM to Cyanamid (C028) | CVM comments pertaining wash-off study protocol. |
| 8/9/91 | Cyanamid to CVM | Sponsor minutes of 7/23/91 CVM/Cyanamid meeting. |
| 8/19/91 | Cyanamid to CVM | Notification of drug shipment for Study B-91-13. |
| 9/23/91 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-90-36. |
| 9/23/91 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-90-38. |
| 9/25/91 | Cyanamid to CVM | Submission of toxicity data package pertaining to Crodamol PMP. |
| 10/2/91 | CVM to Cyanamid (C027) | CVM comments regarding moxidectin serum level comparison study protocol. |
| 10/7/91 | Cyanamid to CVM | Notification of drug shipment for Study B-91-19. |
| 10/10/91 | Cyanamid to CVM | Notification of drug shipment for Study B-91-20. |
| 10/10/91 | Cyanamid to CVM | Notification of drug shipment for Study B-91-14. |
| 10/16/91 | Cyanamid to CVM | Submission of technical package containing final formulation and safety information pertaining to the excipient components of the formulation. |
| 10/18/91 | Cyanamid to CVM | Submission of three-volume data package pertaining to the safety of Aromatic 100. |
| 10/21/91 | Cyanamid to CVM | Notification of drug shipment for Study B-91-21. |
| 10/23/91 | Cyanamid to CVM | Notification of drug shipment for Study B-91-18. |

FDA 000087



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 10/23/91 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-4. |
| 11/4/91 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-37. |
| 11/19/91 | CVM to Cyanamid (C031) | CVM minutes of 7/23/91 CVM/Cyanamid meeting. |
| 11/19/91 | CVM to Cyanamid (C035) | CVM comments pertaining to grub efficacy study protocol. |
| 12/9/91 | CVM to Cyanamid (C040) | Tentative acceptance of the safety of the Tenox 22 and D&C Violet No. 2 excipient components of final formulation. |
| 12/18/91 | Cyanamid to CVM | Submission of Cyanamid Standard Operating Procedures (SOP) used in the conduct used in the conduct of pivotal safety and efficacy testing requested by CVM. |
| 1/6/92 | CVM to Cyanamid (C036) | Comment regarding Crodamol PMP safety data package provided for CVM review. |
| 1/6/92 | CVM to Cyanamid (C041) | Comment regarding Aromatic 100 safety data package provided for CVM review. |
| 1/10/92 | Cyanamid to CVM | Confirmation of final moxidectin pour-on formulation. |
| 1/27/92 | Cyanamid to CVM | Notification of drug shipment for Study B-91-15. |
| 2/5/92 | Cyanamid to CVM | Notification of drug shipment for Study B-91-24. |
| 2/12/92 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-15. |
| 3/5/92 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-1. |
| 3/12/92 | Cyanamid to CVM | Notification of intention to ship investigational drug to United Kingdom. |
| 3/19/92 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-14. |
| 4/1/92 | Cyanamid to CVM | Notification of intention to ship investigational drug to Australia. |
| 4/23/92 | Cyanamid to CVM | Notification of intention to ship investigational drug to Europe. |
| 6/11/92 | Cyanamid to CVM | Notification of drug shipment for Study B-92-5. |
| 6/15/92 | Cyanamid to CVM | Notification of drug shipment for Study B-92-3. |
| 7/9/92 | Cyanamid to CVM | Notification of intention to ship investigational drug to Argentina. |

FDA 000088



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 7/17/92 | Cyanamid to CVM | Submission of target animal safety study protocols for CVM review. |
| 7/28/92 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-24. |
| 7/31/92 | Cyanamid to CVM | Notification of drug shipment for Study B-92-13. |
| 8/12/92 | Cyanamid to CVM | Submission of preliminary target animal safety data for CVM evaluation and determination of the extent and nature TAS experimentation. |
| 8/13/92 | CVM to Cyanamid (C057) | CVM guidance pertaining to the conduct of studies with the final pour-on formulation in lactating dairy cows. |
| 9/17/92 | Cyanamid to CVM | Submission of draft target animal safety study protocols in estral cows, pregnant cows, and bulls for CVM review. |
| 10/2/92 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-21. |
| 10/5/92 | Cyanamid to CVM | Notification of drug shipment for Study B-92-18. |
| 10/13/92 | Cyanamid to CVM | Notification of intention to ship investigational drug to Canada. |
| 10/19/92 | Cyanamid to CVM | Notification of drug shipment for Study B-92-15. |
| 10/21/92 | Cyanamid to CVM | Notification of drug shipment for Study B-92-16. |
| 10/23/92 | Cyanamid to CVM | Submission of effect of rainfall on pour-on efficacy study protocol for CVM review. |
| 11/13/92 | Cyanamid to CVM | Fax communication transmitting back-up materials requested by CVM to complete review of previously submitted ocular safety protocol. |
| 11/16/92 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-20. |
| 12/18/92 | Cyanamid to CVM | Additional information pertaining to ship shipments of investigational drugs to Europe. |
| 12/21/92 | Cyanamid to CVM | Request for CVM/Cyanamid meeting to discuss environmental and target animal safety issues. |
| 12/22/92 | CVM to Cyanamid (C058, C062 & G072) | CVM comments regarding ocular safety study protocol. |
| 12/22/92 | CVM to Cyanamid (C063) | CVM comments regarding three proposed reproductive safety study protocols (estral cows, pregnant cows and reproducing bulls). |
| 1/11/93 | Cyanamid to CVM | Fax communication transmitting protocols for reproductive safety studies (estral cow, pregnant cow and breeding bulls. |



# FORT DODGE ANIMAL HEALTH

### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 1/18/93 | Cyanamid to CVM | Sponsor minutes for 1/5/93 CVM/Cyanamid meeting . |
| 1/19/93 | Cyanamid to CVM | Fax communication with specific questions related to estral cow, pregnant cow and breeding bull safety study protocols with request to discuss these questions in a CVM/Fort Dodge teleconference. |
| 1/22/93 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-92-14. |
| 1/27/93 | Cyanamid to CVM | Sponsor minutes of 1/27/93 telephone conference. |
| 1/28/93 | Cyanamid to CVM | Notification of drug shipment for Study B-92-22 with attached signed protocol. |
| 2/1/93 | Cyanamid to CVM | Notification of intention to ship investigational drug to Europe. |
| 2/4/93 | Cyanamid to CVM | Notification of drug shipment for Study B-92-24 with attached signed protocol. |
| 2/8/93 | Cyanamid to CVM | Notification of transfer of records for Study B-92-18. |
| 2/10/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-4 with protocol. |
| 2/12/93 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-92-3. |
| 2/23/93 | Cyanamid to CVM | Submission of formal safety study and ocular safety study protocols for CVM review. |
| 3/1/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-1. |
| 3/5/93 | Cyanamid to CVM | Submission of signed protocol for Study 93-1. |
| 3/5/93 | Cyanamid to CVM | Notification of transfer of records for Study B-92-5. |
| 3/5/93 | Cyanamid to CVM | Notification of transfer of records for Study B-92-16. |
| 3/5/93 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-13. |
| 3/5/93 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-18. |
| 3/8/93 | CVM to Cyanamid (E0084) | CVM comments pertaining to Study B-92-24 protocol. |
| 3/12/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-5 with attached protocol. |
| 4/5/93 | CVM to Cyanamid (E0082) | Acceptance of estral cow safety study protocol. |
| 4/5/93 | CVM to Cyanamid (E0090) | Acceptance of pregnant cow safety study protocol. |



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|---------------|-------------|
| 4/8/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-7 with attached signed protocol. |
| 4/12/93 | CVM to Cyanamid (E0086) | CVM comments pertaining to lice efficacy study protocol. |
| 4/15/93 | Cyanamid to CVM | Notification of intention to ship investigational drug to Europe. |
| 4/15/93 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-92-13. |
| 4/20/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-9 with attached signed protocol. |
| 4/20/93 | CVM to Cyanamid (E0088) | CVM acceptance of ocular safety study and formal safety study protocols. |
| 4/21/93 | Cyanamid to CVM | Fax communication requesting CVM/Cyanamid teleconference to discuss aspects of bull safety study. |
| 4/23/93 | Cyanamid to CVM | Submission of signed protocol for Study B-93-9. |
| 5/3/93 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-92-15. |
| 5/5/93 | Cyanamid to CVM | Submission of breeding bull safety study protocol amendments previously discussed in a CVM/Cyanamid teleconference. |
| 5/7/93 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-91-19. |
| 5/12/93 | CVM to Cyanamid (E0096) | CVM comments pertaining to nematode dose confirmation protocol previously submitted for CVM review. |
| 6/4/93 | Cyanamid to CVM | CVM-requested submission of breeding bull safety study protocol with all amendments/deviations and SOPs. |
| 6/7/93 | CVM to Cyanamid (E0098) | CVM comments pertaining to tolerance study protocol previously submitted for CVM review. |
| 6/10/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-17 with attached protocol. |
| 6/15/93 | Cyanamid to CVM | Request for CVM minutes of 1/5/93 CVM/Cyanamid meeting. |
| 6/21/93 | Cyanamid to CVM | Submission of hair residue depletion study for CVM review. |
| 6/24/93 | CVM to Cyanamid (E0104) | CVM comments pertaining to mange efficacy study protocol previously submitted for CVM review. |
| 6/24/93 | CVM to Cyanamid (E0106) | CVM acceptance of breeding bull safety study protocol. |



# FORT DODGE ANIMAL HEALTH
## DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

### Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)

| Date | Correspondence | Description |
|------|----------------|-------------|
| 6/28/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-10 with attached signed protocol. |
| 7/1/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-12 with attached signed protocol. |
| 7/8/93 | CVM to Cyanamid (G0110) | CVM minutes for 1/5/93 CVM/Cyanamid meeting. |
| 7/13/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-13 with attached signed protocol and associated request for CVM comments regarding the design of this study. |
| 7/16/93 | Cyanamid to CVM | Amended notification of drug shipment for Study B-93-17. |
| 7/26/93 | Cyanamid to CVM | Submission of wash-off study protocol for CVM review. |
| 8/6/93 | Cyanamid to CVM | Cyanamid response to CVM's comments pertaining to mange dose titration study. |
| 8/9/93 | CVM to Cyanamid (E0109) | Comments regarding horn fly efficacy study protocol previously submitted for CVM review. |
| 8/16/93 | CVM to Cyanamid (E0111) | CVM acceptance of hair residue depletion study protocol. |
| 8/19/93 | CVM to Cyanamid (B0113 & B0114) | CVM acceptance of nematode dose confirmation study protocols. |
| 8/23/93 | CVM to Cyanamid (E0117) | CVM acceptance of wash-off study protocol. |
| 9/1/93 | CVM to Cyanamid (E0115) | CVM acceptance of field efficacy study protocol. |
| 9/1/93 | Cyanamid to CVM | Submission of *in vitro* toxicity to dung beetle study protocol for CVM review. |
| 10/27/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-15 with attached signed protocol. |
| 10/28/93 | Cyanamid to CVM | Notification of drug shipment for Study B-93-8. |
| 11/2/93 | CVM to Cyanamid (E0120) | Comments regarding *in vitro* toxicity to dung beetle study protocol for CVM review. |
| 11/18/93 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-93-9. |
| 12/6/93 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-93-9. |
| 12/6/93 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-93-17. |
| 12/7/93 | Cyanamid to CVM | Request for review of ANOVA statistical methods for use in analysis of parasite counts. |

FDA 000092



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 1/11/94 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-93-13. |
| 1/18/94 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-92-5. |
| 1/19/94 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-92-16. |
| 1/19/94 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-93-5. |
| 1/25/94 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-92-18. |
| 2/25/94 | CVM to Cyanamid (H0127) | CVM comments regarding comparison of parasite count methods of statistical analysis requested by Cyanamid. |
| 3/8/94 | Cyanamid to CVM | Request for CVM/Cyanamid meeting to discuss toxicity to dung beetle study protocols. |
| 3/23/94 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-92-22. |
| 4/7/94 | Cyanamid to CVM | Notification of intention to ship investigational drug to Canada. |
| 6/22/94 | Cyanamid to CVM | Request for CVM/Cyanamid meeting to discuss toxicity to dung beetle experimentation. |
| 6/27/94 | Cyanamid to CVM | Confirmation of CVM/Cyanamid meeting to discuss toxicity to dung beetle experimentation. |
| 8/1/94 | Cyanamid to CVM | Notification of intention to ship investigational drug to Canada. |
| 8/1/94 | Cyanamid to CVM | Sponsor minutes of 7/25/94 CVM/Cyanamid meeting. |
| 8/4/94 | Cyanamid to CVM | Corrected notification of drug shipment for Study B-93-15. |
| 8/5/94 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-93-15. |
| 9/1/94 | Cyanamid to CVM | Submission of minutes from meeting with CVM on 7/25/94 |
| 9/22/94 | CVM to Cyanamid (Y0141) | CVM minutes for 7/25/93 CVM/Cyanamid meeting. |
| 9/22/94 | Cyanamid to CVM | Request for establishment of Veterinary Master File to cover moxidectin F-alpha manufacturing intermediate process. |
| 1/16/95 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-93-10. |
| 3/16/95 | Cyanamid to CVM | Notification of intention to ship investigational drug to Europe. |

FDA 000093



# FORT DODGE ANIMAL HEALTH
### ·DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 4/18/95 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-93-4. |
| 8/8/95 | Cyanamid to CVM | Initial Residue Chemistry phased review component filing. |
| 9/20/95 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-93-12. |
| 9/21/95 | Cyanamid to CVM | Notification of disposition of test animals and investigational drug for Study B-93-1. |
| 12/15/95 | Cyanamid to CVM | Initial Target Animal Safety phased review component filing. |
| 12/21/95 | Cyanamid to CVM | Initial Manufacturing Chemistry phased review component filing. |
| 1/16/96 | Cyanamid to CVM | Initial Effectiveness phased review component filing. |
| 1/31/96 | Cyanamid to CVM | Submission of electronic files containing data provided in Effectiveness component phased review technical package. |
| 2/1/96 | Cyanamid to CVM | Submission of electronic files containing data provided in Target Animal Safety component phased review technical package. |
| 3/26/96 | CVM to Cyanamid (P0146) | Residue Chemistry phased review component incomplete letter. |
| 3/26/96 | Cyanamid to CVM | Request for CVM review of environmental safety study protocols. |
| 4/8/96 | Cyanamid to CVM | Request for CVM/Cyanamid meeting to discuss issues raised in Residue Chemistry component incomplete letter. |
| 4/9/96 | Cyanamid to CVM | Request for CVM/Cyanamid meeting to review timing of INAD 6736 phased review and Administrative NADA filings necessary for approval of Cydectin Pour-On. |
| 4/16/96 | CVM to Cyanamid (P0150) | Manufacturing Chemistry phased review component incomplete letter. |
| 4/18/96 | Cyanamid to CVM | Confirmation of HFV-130/Cyanamid meeting with proposed agenda. |
| 5/9/96 | CVM to FDAH* | Faxed comments from CVM pertaining to estral cow safety study. |
| 5/15/96 | FDAH to CVM | Sponsor minutes for 5/8/96 CVM/Fort Dodge meeting. |
| 5/16/96 | FDAH to CVM | Confirmation of HFV-151/Fort Dodge meeting with proposed agenda. |
| 5/16/96 | CVM to FDAH (E0154) | CVM acceptance of environmental safety protocols. |

*At this point the Sponsor name was changed to Fort Dodge Animal Health (FDAH).



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 5/28/96 | CVM to FDAH (Y0158) | CVM minutes for 5/8/96 CVM/Fort Dodge meeting. |
| 5/29/96 | FDAH to CVM | Submission of requested electronic text files for FOI sections of TAS and Effectiveness technical packages. |
| 5/30/96 | CVM to FDAH (Z0155 & Z0159) | CVM minutes for 5/23/96 CVM/Fort Dodge meeting. |
| 6/7/96 | FDAH to CVM | Initial Public Safety phased review component filing. |
| 6/10/97 | FDAH to CVM | Fax communication containing CVM-requested additional information pertaining to estral cow safety study. |
| 6/13/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-2-95 with attached signed protocol. |
| 6/19/96 | FDAH to CVM | Addendum to initial Target Animal Safety phased review component technical package requested by CVM. |
| 6/26/96 | FDAH to CVM | Sponsor minutes of 5/23/96 CVM Fort Dodge meeting with proposal for additional Residue Chemistry experimentation. |
| 6/27/96 | FDAH to CVM | Submission of tissue residue depletion study protocol for CVM review. |
| 6/28/96 | FDAH to CVM | Fax communication confirming CVM/Fort Dodge meeting to discuss environmental safety-related issues. |
| 6/28/96 | FDAH to CVM | Formal request for CVM/Fort Dodge meeting to discuss environmental safety-related issues. |
| 7/3/96 | FDAH to CVM | Submission of persistent efficacy study protocols for CVM review. |
| 7/11/96 | FDAH to CVM | Sponsor minutes of 7/2/96 CVM/Fort Dodge meeting. |
| 7/22/96 | CVM to FDAH (P0149) | Target Animal Safety phased review component complete letter. |
| 7/24/96 | FDAH to CVM | Response to Manufacturing Chemistry phased review component incomplete letter. |
| 7/24/96 | CVM to FDAH (E0165) | CVM acceptance of tissue residue depletion study protocol. |
| 8/2/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-7-96 with attached signed protocol. |
| 8/5/96 | CVM to FDAH (E0167) | CVM acceptance of persistent efficacy study protocols. |
| 8/6/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-4-95 with attached signed protocol. |



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|---------------|-------------|
| 8/14/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-6-95 with attached signed protocol. |
| 8/14/96 | FDAH to CVM | Submission of initial installment of Environmental Safety database for CVM review. |
| 8/16/96 | CVM to FDAH (Y0168) | CVM acceptance of Sponsor minutes for 7/2/96 CVM/Fort Dodge meeting. |
| 8/19/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-5-95 with attached signed protocol. |
| 8/26/96 | FDAH to CVM | Amendment to Manufacturing Chemistry phased review component incomplete letter response. |
| 9/5/96 | CVM to FDAH (F0164) | CVM acceptance of the program of additional residue chemistry experimentation proposed by Fort Dodge. |
| 9/10/96 | FDAH to CVM | Submission of [$^{14}$C]-labeled metabolism study protocol for CVM review. |
| 9/17/96 | CVM to FDAH (H0169 & H0176) | Manufacturing Chemistry phased review component complete letter. |
| 9/24/96 | FDAH to CVM | Request for CVM/Fort Dodge meeting to discuss the establishment of an alternate manufacturing site for moxidectin. |
| 9/27/96 | FDAH to CVM | Submission of final signed protocol for *in vitro* toxicity to dung beetle study. |
| 10/4/96 | FDAH to CVM | Addendum to initial Public Safety component phased review technical package. |
| 10/11/96 | FDAH to CVM | Fax communication of preliminary results of tissue residue depletion study requested by CVM. |
| 10/16/96 | FDAH to CVM | Request for review of four, site-specific field efficacy study protocols. |
| 10/18/96 | CVM to FDAH (P0151 & P0153) | Effectiveness phased review component incomplete letter. |
| 10/22/96 | FDAH to CVM | INAD 6736 slaughter authorization reconciliation confirming the number of cattle which subsequently entered human food supply after treatment with investigational drug. |
| 10/24/96 | CVM to FDAH (E0177) | CVM acceptance of [$^{14}$C]-labeled metabolism study protocol. |
| 10/25/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-12-96 with attached signed protocol. |

FDA 000096



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology – Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|---------------|-------------|
| 10/31/96 | FDAH to CVM | Fax submission of final version of [$^{14}$C]-labeled metabolism study protocol. |
| 11/1/96 | CVM to FDAH (V0182) | CVM acknowledgment of slaughter authorization reconciliation previously submitted by Fort Dodge.. |
| 11/1/96 | CVM to FDAH (E0181) | CVM acceptance of four field efficacy study protocols. |
| 11/5/96 | FDAH to CVM | Request for CVM review of mange efficacy study protocol. |
| 11/6/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-11-96 with attached signed protocol. |
| 11/6/96 | FDAH to CVM | Request for CVM review of lungworm efficacy study protocol. |
| 11/7/96 | FDAH to CVM | Notification of drug shipment for Study M96A423NM1 with attached signed protocol. |
| 11/8/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-13-96 with attached signed protocol. |
| 11/11/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-9-96 with attached signed protocol. |
| 11/13/96 | FDAH to CVM | Request for CVM re-acceptance persistent efficacy study protocol. |
| 11/15/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-8-96 with attached signed protocol. |
| 11/22/96 | FDAH to CVM | Request for CVM review of neonatal calf safety study protocol. |
| 11/25/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-14-96 with attached signed protocol. |
| 12/13/96 | CVM to FDAH (E0184) | CVM acceptance of mange efficacy study protocol. |
| 12/19/96 | FDAH to CVM | Request for CVM review of amended neonatal calf safety study protocol. |
| 12/26/96 | CVM to FDAH (E0185) | CVM acceptance of lungworm efficacy study protocol. |
| 12/27/96 | CVM to FDAH (E0190) | CVM acceptance of persistent efficacy study protocol. |
| 12/31/96 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-15-96 with attached signed protocol. |
| 1/6/97 | FDAH to CVM | Notification of drug shipment for Study 0863-B-US-10-96 with attached signed protocol. |



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 1/24/97 | CVM to FDAH (E0193 & E0195) | Protocol acceptance for Study 0863-B-US-10-96 for neonatal calf safety experimentation. |
| 2/14/97 | FDAH to CVM | Request for meeting regarding environmental safety issues. |
| 2/19/97 | CVM to FDAH (P0163 & P0180) | Public Safety phased review component incomplete letter. |
| 2/26/97 | FDAH to CVM | Submission of Sponsor minutes for February 19, 1997 CVM/Fort Dodge meeting. |
| 3/13/97 | FDAH to CVM | Faxed communication with specific questions pertaining to CVM comments regarding proposed Regulatory Method. |
| 3/17/97 | CVM to FDAH | Fax message from CVM containing suggested formats for the FOI Summary Effectiveness and TAS section write-ups. |
| 3/20/97 | FDAH to CVM | Faxed request for teleconference (with proposed agenda) to discuss safety issues pertaining to the safety of Crodamol PMP excipient in moxidectin pour-on formulation). |
| 4/2/97 | FDAH to CVM | Notification of disposition of investigational drug and test animals from Studies 0863-B-US-9-96, 0863-B-US-11-96, 0863-B-US-12-96 and 0863-B-US-13-96. |
| 4/2/97 | FDAH to CVM | Faxed confirmation of CVM/Fort Dodge teleconference to discuss Regulatory Method-related matters. |
| 4/3/97 | FDAH to CVM | Notification of disposition of investigational drug and test animals from Studies 0863-B-US-5-95, 0863-B-US-6-95 and 0863-B-US-8-96. |
| 4/4/97 | CVM to FDAH (P0175) | Response to Fort Dodge's 8/14/96 Environmental Safety submission. |
| 4/7/97 | FDAH to CVM | Faxed request for teleconference to discuss issues identified in CVM's 2/19/97 INAD 6736 Public Safety component incomplete letter. |
| 4/9/97 | CVM to FDAH (Y0199) | Acknowledgment of Fort Dodge's minutes to 2/19/97 CVM/Fort Dodge Environmental Safety conference. |
| 4/15/97 | FDAH to CVM | Submission of field efficacy data contained in Studies 0863-B-US-9-96, 0863-B-US-11-96, 0863-B-US-12-96 and 0863-B-US-13-96 for CVM review. |
| 4/21/97 | FDAH to CVM | Submission of pivotal residue depletion study for CVM review. |

FDA 000098



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 4/29/97 | FDAH to CVM | Notification of disposition of investigational drug and test animals from Studies 0863-B-US-2-95 and 0863-B-US-4-95. |
| 4/29/97 | FDAH to CVM | Request for review of safety information pertaining to the safety of Aromatic 100 (excipient in the moxidectin pour-on formulation) from a previous 10/18/91 filing. |
| 5/9/97 | FDAH to CVM | Submission of supplemental [$^{14}$C]-labeled metabolism study for CVM review. |
| 5/12/97 | FDAH to CVM | Notification of disposition of investigational drug and test animals from Study 0863-B-US-7-96. |
| 5/13/97 | FDAH to CVM | Notification of disposition of investigational drug and test animals from Study 0863-B-US-15-96. |
| 5/14/97 | FDAH to CVM | Notification of disposition of investigational drug and test animals from Study 0863-B-US-14-96. |
| 5/16/97 | CVM to FDAH (H0203) | CVM acceptance of tissue residue depletion data contained in Study 0863-B-US-7-96. |
| 5/19/97 | FDAH to CVM | Re-submission of user safety technical package to HFV-135 for final acceptance per CVM guidance. |
| 6/6/97 | FDAH to CVM | Submission of proposed Regulatory Methods for moxidectin residues in edible cattle tissues for CVM review. |
| 6/12/97 | FDAH to CVM | Formal submission of Crodamol PMP (excipient in pour-on formulation) safety information. |
| 6/13/97 | FDAH to CVM | Submission of pivotal wash-off and toxicity to dung beetle environmental safety studies and draft Environmental Assessment. |
| 6/30/97 | FDAH to CVM | INAD 6736 Effectiveness component incomplete letter response. |
| 7/2/97 | CVM to FDAH (P0202) | CVM acceptance of field efficacy data contained in Studies 0863-B-US-9-96, 0863-B-US-11-96, 0863-B-US-12-96 and 0863-B-US-13-96. |
| 7/8/97 | FDAH to CVM | Submission of neonatal calf safety study required to remove age restriction from Cydectin Pour-On labeling. |
| 7/9/97 | FDAH to CVM | INAD 6736 Public Safety component incomplete letter response. |
| 7/24/97 | FDAH to CVM | Amendment to Fort Dodge's 6/6/97 proposed Regulatory Methods suitability technical package. |
| 8/5/97 | FDAH to CVM | Request for CVM/Fort Dodge meeting to review status of all INAD 6736 component phased reviews. |



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 8/8/97 | CVM to FDAH (P0206) | CVM acceptance of [$^{14}$C]-labeled metabolism study data. |
| 8/15/97 | FDAH to CVM | Request for CVM/Fort Dodge meeting to discuss residue chemistry and official Regulatory Methods issues. |
| 8/21/97 | FDAH to CVM | Notification of intent to import investigational drug formulated in Canada. |
| 8/26/97 | FDAH to CVM | Request for CVM review of protocol for moxidectin determinative regulatory method interlaboratory study. |
| 8/29/97 | FDAH to CVM | Transmittal of proposed agenda and materials for 9/4/97 CVM/Fort Dodge meeting. |
| 9/2/97 | FDAH to CVM | Submission of required research method for moxidectin residues in milk. |
| 9/2/97 | CVM to FDAH (P0217) | Notification of the inclusion of INAD 6736 in the electronic submission pilot program. |
| 9/5/97 | FDAH to CVM | Addendum to Fort Dodge's 6/30/97 INAD 6736 Effectiveness component incomplete letter response. |
| 9/18/97 | FDAH to CVM | Faxed submission of protocol for FSIS residue screening method evaluation study. |
| 9/22/97 | CVM to FDAH (Z0220 & Z0223) | CVM minutes to 9/4/97 CVM/Fort Dodge meeting. |
| 9/22/97 | FDAH to CVM | Sponsor minutes to 9/9/97 CVM/Fort Dodge meeting. |
| 9/29/97 | CVM to FDAH | Faxed message from HFV-150 with guidance pertaining to moxidectin tissue residue analysis being performed at FSIS Eastern Laboratory in Athens, Georgia. |
| 9/30/97 | FDAH to CVM | Faxed submission of minor correction to proposed Human Food Safety FOI Summary section write-up. |
| 10/6/97 | CVM to FDAH (E0222) | CVM comments pertaining to protocol for moxidectin determinative regulatory method interlaboratory study. |
| 10/7/97 | CVM to FDAH (P0210) | CVM comments pertaining to User Safety technical section. |
| 10/8/97 | FDAH to CVM | Sponsor minutes to 9/4/97 CVM/Fort Dodge meeting. |
| 10/9/97 | FDAH to CVM | Request for review of protocol for [$^{14}$C]-moxidectin milk residue study. |
| 10/13/97 | FDAH to CVM | Addendum to 6/30/97 Effectiveness component incomplete letter response. |
| 10/15/97 | FDAH to CVM | Faxed message to HFV-153 containing information pertaining to expert opinion on genetic toxicology studies. |



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 10/16/97 | CVM to FDAH (H0205) | Acceptance of human food safety of Aromatic 100 pour-on formulation excipient. |
| 10/21/97 | CVM to FDAH (Y0227) | CVM minutes of 9/9/97 CVM/Fort Dodge meeting. |
| 10/23/97 | FDAH to CVM | Informal response to comments contained in 10/7/97 letter pertaining to User Safety technical section. |
| 10/28/97 | FDAH to CVM | Draft Human Food Safety FOI Summary section write-up and summary of responses to 3/26/96 INAD 6736 Residue Chemistry component incomplete letter. |
| 11/3/97 | FDAH to CVM | Submission of revised Cydectin Pour-On facsimile labeling. |
| 11/4/97 | CVM to FDAH (P0214) | INAD 6736 Effectiveness component complete letter. |
| 11/7/97 | FDAH to CVM | Request for CVM/Fort Dodge meeting to discuss residue chemistry and official Regulatory Methods issues. |
| 11/10/97 | CVM to FDAH (P0215) | CVM acceptance of neonatal calf safety study indicating to remove age restriction from the Cydectin Pour-On label. |
| 11/18/97 | CVM to FDAH (P0224) | CVM response of Fort Dodge's 9/2/97 submission of the requested research analytical method for moxidectin residues in cows' milk. |
| 11/20/97 | CVM to FDAH (Z0232) | CVM minutes of 11/13/97 CVM/Fort Dodge meeting. |
| 11/21/97 | CVM to FDAH (not listed) | Acceptance of human food safety of Crodamol PMP pour-on formulation excipient. |
| 11/25/97 | FDAH to CVM | Submission of samples of Cydectin Pour-On in market container requested by CVM. |
| 11/25/97 | CVM to FDAH (E0229) | Acceptance of protocol for [$^{14}$C]-moxidectin milk residue study. |
| 11/25/97 | FDAH to CVM | Submission of protocol for [$^{14}$C]-labeled study designed to determine moxidectin residue profile in lactating cows treated with Cydectin Pour-On. |
| 11/26/97 | CVM to FDAH (G0226) | CVM acceptance of revised Cydectin Pour-On labeling and acknowledgment of submission of product samples. |
| 12/2/97 | CVM to FDAH (P0211 & P0218) | CVM comments pertaining to official Regulatory Method submission. |
| 12/4/97 | FDAH to CVM | Sponsor minutes of 11/13/97 CVM/Fort Dodge meeting. |
| 12/10/97 | CVM to FDAH (P0231) | INAD 6736 Residue Chemistry component complete letter. |

FDA 000101



# FORT DODGE ANIMAL HEALTH
### DIVISION OF AMERICAN HOME PRODUCTS CORPORATION

**Regulatory Chronology - Cydectin moxidectin 0.5% Pour-On for Cattle (continued)**

| Date | Correspondence | Description |
|------|----------------|-------------|
| 12/22/97 | FDAH to CVM | Faxed submission of revised Environmental Assessment and labeling with modified Environmental Safety section. |
| 12/23/97 | FDAH to CVM | Formal submission of revised Environmental Assessment and labeling with modified Environmental Safety section. |
| 12/23/97 | CVM to FDAH (P0213) | INAD 6736 Environmental Safety component complete letter. |
| 1/8/98 | FDAH to CVM | Faxed communication transmitting previously submitted overseas commercial experience summary information. |
| 1/9/98 | FDAH to CVM | Notification of overseas shipment (Brazil) investigational drug. |
| 1/9/98 | FDAH to CVM | Submission of protocol pertaining to residue depletion study in pre-ruminating calves for CVM review. |
| 1/13/98 | CVM to FDAH (P0216) | INAD 6736 Human Food Safety component complete letter. |
| 1/13/98 | CVM to FDAH (P0216) | Comments pertaining to Fort Dodge's 7/9/97 INAD 6736 Public Safety component incomplete letter response. |
| 1/14/98 | FDAH to CVM | Faxed communication regarding minor error in NADA 141-099 FOI Summary. |
| 1/16/98 | FDAH to CVM | Notification of overseas shipment (Uruguay) investigational drug. |

**END OF CHRONOLOGICAL LISTING FOR INAD 6736**

The following chronological listing includes all CVM/Sponsor written Administrative NADA 141-099 interactions relevant to the NADA 141-099 approval of Cydectin Pour-On for Cattle.

| Date | Correspondence | Description |
|------|----------------|-------------|
| 1/13/98 | FDAH to CVM | Formal submission of Administrative NADA 141-099 (Cydectin Pour-On) citing all INAD 6736 component complete letters. |
| 1/14/98 | CVM to FDAH | Acknowledgment of Fort Dodge's Administrative NADA 141-099 for Cydectin Pour-On. |
| 1/28/98 | CVM to FDAH (A-0000) | NADA 141-099 approval letter. |

**END OF CHRONOLOGICAL LISTING FOR NADA 141-099**

FDA 000102

Docket No: 30394-01
Patent

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent No.: | 4,916,154 |
| Granted: | April 10, 1994 |
| Title: | 23-OXO(KETO)AND 23-IMINO DERIVATIVES OF LL-F28249 COMPOUNDS |
| Assignee: | American Cyanamid Company |
| Recorded: | August 27, 1987 at Reel 4781, Frame 0220 |

Assistant Commissioner for Patents
Box Patent Extension
Washington, D.C. 20231

## DECLARATION UNDER 37 CFR 1.740 (a) (17)

Sir:

I, John W. Hogan, Jr., a patent attorney authorized to practice before the USPTO (Reg. No. 32,703), presently employed by American Home Products Corporation, with general authority to act in patent matters on behalf of American Cyanamid Company which is a wholly owned subsidiary of American Home Products Corporation, declare;

(1) THAT, I have reviewed and understand the contents of the application being submitted herewith pursuant to 35 USC 156, and 37 CFR 1.730 for extension of term of United States Patent No. 4,916,154.

(2) THAT, I believe the patent is subject to extension pursuant to 37 CFR 1.710;

(3) THAT, I believe an extension of the length claimed is justified under 35 USC 156 and the applicable regulations as set forth in the application;

(4) THAT, I believe the patent for which the extension is being sought meets the conditions for extension of the term a patent as set forth in 37 CFR 1.720;

FDA 000103

Docket No: 30394-01
Patent

I hereby declare further that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any extension of patent term issuing thereon.

FURTHER, declarant sayeth not.

_March 27, 1998_
Dated

_John W. Hogan Jr._
John W. Hogan, Jr.
Attorney for Applicants
Reg. No. 32,703

American Cyanamid Company
Patent Law Department
One Campus Drive
Parsippany, NJ 07054
Tel. No. (973) 683-2152

FDA 000104

Docket No. 30394-01

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:    U.S. Patent No. 4,916,154

Issued:    April 10, 1994

To:    Goro Asato and Donald J. France

For:    23-OXO(KETO) AND 23-IMINO DERIVATIVES OF LL-F28249
COMPOUNDS

Assistant Commissioner for Patents
Box Patent Extension
Washington, D.C.  20231

Sir:

DECLARATION TO COMPLEMENT REQUEST FOR
EXTENSION OF PATENT TERM UNDER 35 U.S.C. § 156

I, FRANK J. SASINOWSKI, do hereby declare:

I am regulatory counsel to American Home Products
Corporation.

For the first three years after enactment of 35 U.S.C. § 156
as part of the Drug Price Competition and Patent Term Restoration
Act of 1984, I was the FDA official charged with the primary

FDA 000105

Docket No. 30394-01

responsibility for organizing the execution of FDA's
responsibilities under 35 U.S.C. § 156.  Among other issues, this
meant developing the policies, procedures and precedents for
providing the U.S. Patent and Trademark Office with assistance in
determining the regulatory review period for FDA approved
products.

I have reviewed this patent extension application and, based
on my knowledge of and experience with FDA practice and
procedure, it is my assessment that this patent is eligible for
the term of extension under 35 U.S.C. § 156 as described in this
application.

Respectfully submitted,

Frank J. Sasinowski, Esq.

Dated:  March 24, 1998

2

FDA 000106

#132

# The Administrative New Animal Drug Application Process

## DRAFT GUIDANCE
(This document is being distributed for comment purposes only)

This draft guidance describes the Center for Veterinary Medicine's Administrative New Animal Drug Application process.

Comments and suggestions regarding this draft document should be sent to the Dockets Management Branch (HFA-305), Food and Drug Administration, 5630 Fishers Lane, Room 1061, Rockville, MD 20852.  Submit electronic comments to http://www.fda.gov/dockets/ecomments. All comments should be identified with Docket Number 02D-0449.

For questions regarding this draft guidance document, contact Gail Schmerfeld, Center for Veterinary Medicine (HFV- 100), Food and Drug Administration, 7500 Standish Place, Rockville, MD 20855, 301-827-1796 (e-mail: gschmer1@cvm.fda.gov)

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Veterinary Medicine (CVM)**
**November 6, 2002**

FDA 000107

# Guidance for Industry

# The Administrative New Animal Drug Application Process

## DRAFT GUIDANCE

**This draft guidance represents the agency's current thinking on this matter. It does not create or confer any rights for or on any person and does not bind the Food and Drug Administration (FDA) or the public. An alternative approach may be used if such approach satisfies the requirements of the applicable statute and regulations.**

**I.      Purpose of this Guidance**

This guidance defines what an "Administrative New Animal Drug Application (NADA)" is, the procedures that should be followed if a sponsor elects to submit an Administrative NADA, and the intended time frame for review of Administrative NADAs.

**II.      Background**

The Federal Food, Drug, and Cosmetic Act (the Act) (21 U.S.C. 321, et seq.) prohibits the introduction into interstate commerce of new animal drugs that are not the subject of an approved new animal drug application (NADA). Section 512(b) of the Act describes the information that must be submitted to the FDA as part of an NADA.

The Center for Veterinary Medicine (CVM) encourages sponsors to submit data for review at the most appropriate and productive times in the drug development process rather than submitting all data at one time. Sponsors may submit for CVM "phased review" data in support of discrete technical sections during the investigation of the new animal drug. Submissions containing technical information should be submitted to the investigational new animal drug (INAD) file for "direct review" by the Division responsible for the technical evaluation.

Phased review and direct review create greater efficiencies that facilitate the approval of new animal drugs. This guidance defines what an Administrative NADA is, describes the phased review process, and discusses how sponsors should submit an Administrative NADA and the time frame for review.

FDA 000108

### III. The Administrative NADA process

**Definition:** An "Administrative NADA" is a new animal drug application that is submitted after all of the technical sections that fulfill the requirements for the approval of the new animal drug under 21 CFR 514.1 have been reviewed by CVM and CVM has issued a technical section complete letter for each of those technical sections.

### The Phased Review Process

A sponsor may submit data or information in support of a technical section, or may submit a complete technical section, of the NADA for review during the investigation of the new animal drug, i.e., for phased review. The same requirements under 21 CFR 514.1 apply to all NADAs whether for phased review or not. Phasing of NADA submissions is a voluntary program.[1] The option to phase the review of data submissions applies to all original NADAs and to supplemental NADAs and can be exercised up to the point at which the sponsor submits an NADA or supplemental NADA. Applicants making submissions relating to abbreviated NADAs and supplements should contact the Generic Animal Drug Team to discuss whether phased review is appropriate for their particular generic new animal drug.

If a sponsor exercises the option to use the phased review process:

    A. Submissions relating to technical sections should be submitted during the investigation of the new animal drug and filed in an Investigational New Animal Drug (INAD) file established by CVM for the new animal drug.

    B. Each submission should contain information and data relating to only one technical section and should be under a separate cover. Sponsors are encouraged to contact the reviewing Division regarding what information and data should be submitted together.

    C. Each submission relating to a different technical section should be bound separately and should include a cover letter**,** a table of contents, a summary, and other information pertinent to the review of the particular section. The envelope in which a submission is mailed should be addressed to the Document Control Unit, HFV-199, CVM, FDA, 519 Standish Place, Rockville, MD 20855. The cover letter should: (1) at the top identify the submission as a "Phased Submission;" (2) be addressed to the Division or Staff Director responsible for the evaluation of the technical section; (3) briefly describe the purpose of

---

[1] In deciding whether to seek approval of a new animal drug under phased review or under the traditional review process by submitting all data together, a sponsor should consider all advantages and disadvantages of each mechanism for approval before submitting data for CVM's review. For example, a sponsor should consider whether seeking approval of a new animal drug under phased review will affect the extension of a patent term. See the discussion in section V. of this guidance.

FDA 000109

the submission and the information contained in it, including reference to any pertinent previous correspondence between CVM and the sponsor; (4) reference or attach any pertinent documentation regarding previous agreements or understandings between the sponsor and CVM; (5) identify persons the agency may contact regarding any specifics of the submission; and/or (6) convey any other information the sponsor considers important or necessary to facilitate the review of the submission.

D.  There are potentially eight technical sections: Chemistry, Manufacturing, and Controls; Effectiveness; Target Animal Safety; Human Food Safety; Environmental Impact; Labeling; Freedom of Information (FOI) Summary; and, All Other Information. These technical sections are described briefly below.  Additionally, the FOI Summary is described in greater detail in 21 CFR § 514.11(e)(2) and each of the other technical sections is described in greater detail in 21 CFR § 514.1.

(1) The **Chemistry, Manufacturing, and Controls** section should contain complete information regarding the manufacture of the new animal drug active ingredient and the new animal drug product.  It should include information on personnel, facilities, components and composition, manufacturing procedures, analytical specifications and methods, control procedures, stability, containers and closures, Good Manufacturing Practice (GMP) compliance, and many other aspects of the chemistry and manufacturing processes.

(2)  The **Effectiveness** section must contain full reports of all studies that show whether or not the new animal drug is effective for its intended use. 21 CFR § 514.1(b)(8)(i).  This section should include both studies with controls and studies without controls conducted by or on behalf of the sponsor or available to the sponsor by right of reference.  References and authorizations, if appropriate, to other applications or documents containing information regarding effectiveness of the new animal drug should also be included in this section of the application.  Section 512(d)(1)(E) of the Act, 21 USC § 360b(d)(1)(E), provides that CVM must refuse to approve an NADA unless the sponsor demonstrates by substantial evidence that the drug will have the effect it purports or is represented to have under the conditions of use prescribed, recommended, or suggested in the proposed labeling.

(3)  The **Target Animal Safety** section must contain full reports of all studies that show whether or not the new animal drug is safe to the target species.  21 CFR § 514.1(b)(8)(i).  All studies should include those studies conducted by or on behalf of the sponsor or available to the sponsor by right of reference.  References and authorizations, if appropriate, to other applications or documents containing information regarding safety of the new animal drug should also be included in this section of the application.

(4)    The **Human Food Safety** section is submitted only for applications for new animal drugs intended for use in species that are used for human food (food-producing animals).  This section must, by regulation, 21 CFR § 514.1(b)(7), include a description of practicable methods for determining the quantity, if any, of the new animal drug in or on food, and any substance formed in or on food because of its use, and the

4

FDA 000110

proposed tolerance or withdrawal period or other use restrictions to ensure that the proposed use of the drug will be safe.  This section should also contain any data relating to residue toxicology (including the impact of residues on human intestinal microflora), residue chemistry, and, if the new animal drug has anti-infective properties, microbial food safety.  When it becomes final, see CVM draft guidance #52, "Microbiological Testing of Antimicrobial Drug Residues in Food."

(5)    The **Environmental Impact** section must, by regulation, 21 CFR § 514.1(b)(14), contain either an environmental assessment (EA) under 21 CFR § 25.40, or a request for categorical exclusion under 21 CFR § 25.30 or 25.33.  Under 21 CFR § 25.15(a), a claim of categorical exclusion must include a statement of compliance with the categorical exclusion criteria and must state that to the sponsor's knowledge, no extraordinary circumstances exist.  "Environmental Impact Considerations" and directions for preparing an EA can be found in 21 CFR Part 25.

(6)    The **Labeling** section should include facsimile copies of container labels, package inserts and any other labeling that will be used with the products.  For medicated feeds, copies of representative labeling for the Type B and Type C medicated feeds, referred to as "Blue Bird" labeling, should also be included.  Facsimile labeling is nearly final labeling that adequately reproduces the package size (actual or to scale); graphics; pictures; type size, font, and color of text; and, the substance of the text to demonstrate to the reviewing Division that the final printed labeling will be in compliance with applicable regulations.  Labeling should address any user safety concerns identified during the review process.  See 21 U.S.C. § 502(f)(2).

(7)    The completed **FOI Summary** should include the specific language relevant to a technical section that was agreed upon during the review of the individual technical section (e.g., the tolerance and withdrawal time for a new animal drug intended for use in food-producing animals) and should be accepted by the Division responsible for the evaluation of the target animal safety technical section. For further information on FOI summaries, see 21 CFR 514.11(e)(2)(ii).

(8)    The **All Other Information** section must include all other information, not included in any of the other technical sections, that is pertinent to an evaluation of the safety or effectiveness of the new animal drug for which approval is sought.  21 CFR § 514.1(b)(8)(iv).  All other information includes, but is not limited to, any information derived from other marketing (domestic or foreign) and favorable and unfavorable reports in the scientific literature.

E.  Submissions relating to target animal safety, effectiveness, requests for categorical exclusions, labeling, the FOI summary, and all other information should be submitted to the appropriate Division (the Division of Therapeutic Drugs for Non-Food Animals, the Division of Production Drugs, or the Division of Therapeutic Drugs for Food Animals) as determined by the intended uses for the new animal drug.  Submissions relating to Chemistry, Manufacturing, and Controls should be submitted to the Division of Manufacturing Technologies.  Environmental assessments and Environmental Impact

FDA 000111

Statements should be submitted to the Scientific Support Staff in the Office of the Director, ONADE. A submission relating to Human Food Safety (Residue Toxicology, Residue Chemistry, and Microbiology) should be submitted to the Division of Human Food Safety. If a submission is not sent to the appropriate review Division or Staff, processing of the submission may be delayed. Relevant draft labeling, FOI text, and all other information should be submitted with and reviewed concurrently with each technical section. This facilitates the review of the labeling and FOI Summary technical sections.

Submissions to CVM are logged in by the Document Control Unit. Thus, the envelope in which a submission is mailed, or the electronic submission, should be addressed to the Document Control Unit, HFV-199. The cover letter should be directed to the Director of the Division or Staff responsible for the review of the submission.

F. The reviewing Division will notify the sponsor in writing of its conclusions on acceptance or non-acceptance of the data submitted relevant to a technical section. If the reviewing Division finds the data for the technical section to be complete, it will issue a technical section complete letter. A final decision on the approval of an application will be made when the Administrative NADA is submitted and CVM evaluates whether all the data for all technical sections viewed as a whole support approval.

G. Any person intending to file an NADA or a request for an investigational exemption under section 512(j) of the Act is encouraged to request one or more conferences prior to such submission to reach an agreement acceptable to CVM, establishing the submissions or investigations necessary to meet the requirements of 21 CFR 514.1.

H. The synchronizing of major technical sections remains the responsibility of the drug sponsor. There are obvious and varying degrees of cross relationships among major technical sections. For example, concerns about target animal safety may place boundaries on the dose(s) evaluated in drug effectiveness studies.

I. Prior to submission of the NADA, the sponsor is responsible for ensuring all technical sections are compatible and support the approval of the same drug product.

## IV. Submitting an Administrative NADA

When a sponsor has received technical section complete letters for each of the technical sections submitted to support approval of a new animal drug, the sponsor may file an Administrative NADA. The Administrative NADA should include a cover letter, signed FDA Form 356V, a table of contents, summary, a copy of each technical section complete letter, complete facsimile labeling, and the FOI summary. The cover letter should be addressed to the Division Director responsible for the evaluation of the target animal safety technical section of the application and should identify at the top of the letter that the submission is an "Administrative NADA."

## V. Time frame for Review

Section 512(c)(1) of the Act requires FDA to approve or not approve an NADA within 180 days, or within such additional period as FDA and the sponsor may agree upon, after the filing of an application. The Act does not specify the order or timing for submission of data in support of an application. If the data are submitted as part of the phased review process, CVM intends to consider the NADA submitted when it receives an Administrative NADA because it is at this point that the agency should have all the elements required by 21 CFR 514.1.

If an application meets the definition of an Administrative NADA, the review should take fewer than 180 days because the review of the individual sections of the application has already been completed. However, CVM still conducts a review after it receives an Administrative NADA. The Division responsible for the evaluation of target animal safety will review the information submitted as part of an Administrative NADA to ensure that all the information necessary to make an approval decision has been provided, is complete, and is consistent when all the technical sections are considered together.

When CVM receives an application that has been identified in the cover letter as an "Administrative NADA", it intends to assign a 60-day review timeframe to the application. The application will be forwarded to the Director of the Division responsible for the evaluation of target animal safety who will review the NADA to determine if it meets the definition of an Administrative NADA. If the application does not meet the definition, CVM intends to assign it the statutory 180-day timeframe in STARS and notify the sponsor. CVM intends to evaluate all NADAs within 30 days of receipt to determine whether any of the grounds to refuse to file the application under 21 CFR § 514.110 apply.

It is the responsibility of the sponsor to ensure that all technical sections of an application are compatible and support the approval of a new animal drug. In those instances in which a review of the technical sections of the Administrative NADA together raises questions about the safety or effectiveness of the new animal drug, CVM will refuse to approve the application under section 512(d) of the Act. CVM encourages the use of presubmission conferences during the drug development and review process to minimize those occasions on which the reviewing Division identifies problems after the Administrative NADA has been submitted.

VI.    **Patent Term Restoration Issues**

Under U.S. patent law (35 U.S.C. § 156(a)), the term of a patent for a new animal drug or its method of use may be extended if it meets certain criteria, one of which is that it was subject to a regulatory review period prior to its commercial marketing or use. While there are other important criteria that must be met, a full discussion of the issues relating to patent term extension is beyond the scope of this guidance.

In summary, however, the regulatory review period is divided into two time periods. The first period (sometimes called the investigational period) begins when the sponsor submits a request to CVM to establish an INAD file, or when a major health or environmental effects test is initiated, and ends when an NADA is submitted. The second period (the approval period) begins with submission of the NADA and ends when the application is approved. 35 U.S.C. § 156(g)(4)(B). Subject to certain important limitations, a patent may be extended for a time

FDA 000113

roughly equal to the second time period plus one half the first time period. 35 U.S.C. § 156(c)(2). Because FDA intends that the time it takes to approve an application that qualifies as an Administrative NADA usually will be shorter than the time it takes to approve a traditional NADA, a new animal drug that was the subject of an Administrative NADA is likely, in most cases, to receive a shorter patent term extension than it would have received had it been the subject of a traditional NADA.

FDA 000114



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENT
UNITED STATES PATENT AND TRADEMARK OFFIC
P.O. BOX 1450
ALEXANDRIA, VA 22313-1450
www.uspto.go

Re- Mailed

SEP 10 2003

David T. Read
Acting Director Health Assessment Policy Staff, CDER
Food and Drug Administration
1451 Rockville Pike, HFD-7
Rockville, MD 20852

Dear Mr. Read:

Transmitted herewith is a duplicate copy of the application for patent term extension of U.S. Patent No. 4,916,154. The application was filed on May 5, 1998, under 35 U.S.C. § 156, but our records do not reflect that a reply has been received from the Food and Drug Administration, and it appears that the original document may not have been received.

Inquiries regarding this communication should be directed to the undersigned at (703) 306-3159 (telephone) or (703)872-9411 (facsimile).

Karin Ferriter
Senior Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner
  for Patent Examination Policy

Re: CYDECTIN

2004 E-0040

FDA 000115
LET 1

Public Health Service

Food and Drug Administration

.1 3 1 5  '04  JAN 12  P 1 :51

# Memorandum

Date:    January 9. 2004

From:    Claudia Grillo, Policy Analyst
         Office of Regulatory Policy (HFD-013)

Subject: Patent Term Restoration Application
         for Cydectin

To:      Dockets Management (HFA-305)

Attached please find a copy of the Application for Extension of Patent Term Under 35 U.S.C. § 156 for the above-referenced animal drug product, together with the cover letter from the Patent and Trademark Office. The applicant is American Cyanamid Company and the product's trade name is Cydectin. Please assign a docket number to this application for patent extension and advise me of same.

If you have any questions, please contact me at 240 453-6699. Thank you for your assistance.

Attachment

FDA 000116

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                     Public Health Service

APR – 6 2004

Food and Drug Administration
Rockville MD 20857

Re: Cydectin
Docket No. 04E-0040

The Honorable Jon Dudas
Acting Under Secretary of Commerce for Intellectual Property and
    Director of the United States Patent and Trademark Office
Box Pat. Ext.
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Acting Director Dudas:

This is in regard to the application for patent term extension for U.S. Patent No. 4,916,154 filed by
American Cyanamid Company under 35 U.S.C. § 156. The animal drug product claimed by the
patent is Cydectin (moxidectin), which was assigned NADA No. 141-099.

A review of the Food and Drug Administration's official records indicates that this product was
subject to a regulatory review period before its commercial marketing or use, as required under 35
U.S.C. § 156(a)(4). Our records also indicate that it represents the first permitted commercial
marketing or use of the product, as defined under 35 U.S.C. § 156(f)(1), and interpreted by the courts
in *Glaxo Operations UK Ltd. v. Quigg*, 706 F. Supp. 1224 (E.D. Va. 1989), *aff'd*, 894 F. 2d 392
(Fed. Cir. 1990).

The NADA was approved on January 28, 1998, which makes the submission of the patent term
extension application on March 27, 1998, timely within the meaning of 35 U.S.C. § 156(d)(1).

Should you conclude that the subject patent is eligible for patent term extension, please advise us
accordingly. As required by 35 U.S.C. § 156(d)(2)(A) we will then determine the applicable
regulatory review period, publish the determination in the *Federal Register*, and notify you of our
determination.

Please let me know if we can be of further assistance.

Sincerely yours,

Jane A. Axelrad
Associate Director for Policy
Center for Drug Evaluation and Research

cc:     John W. Hogan, Jr.
        American Cyanamid Company
        Patent Law Department
        One Campus Drive
        Parsippany, NJ 07054

2004E – 0040

LET 2
FDA 000117



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

JUN 21 2004

27 3  '04  JUL 15  AL 35

Office of Regulatory Policy
HFD - 13
5600 Fishers Lane,
Rockville, MD  20857

Attention: Claudia Grillo

Dear Ms. Axelrad:

Transmitted herewith is a copy of the application for patent term extension of U.S. Patent No. 4,916,154.  The application was filed on March 27, 1998, under 35 U.S.C. § 156.

The patent claims a product that was subject to regulatory review under the Federal Food, Drug and Cosmetic Act, and a method of use of such a product.  Subject to final review, the subject patent is considered to be eligible for patent term restoration.  Thus, a determination by your office of the applicable regulatory review period is necessary.  Accordingly, notice and a copy of the application are provided pursuant to 35 U.S.C. § 156(d)(2)(A).

Inquiries regarding this communication should be directed to the undersigned at (703) 306-3159 (telephone) or (703)872-9411 (facsimile).

Karin Ferriter
Senior Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner
  for Patent Examination Policy


cc:    John W.  Hogan
       American Home Products Corporation
       One Campus Drive
       Parsippany NJ 07054


RE: CYTECTIN® (moxidectin)
Docket No. 04E-0040


FDA 000118

LET3

2004E·0040

DEPARTMENT OF HEALTH AND HUMAN SERVICES

Food and Drug Administration

[Docket No. 2004E-0040]

Determination of Regulatory Review Period for Purposes of Patent Extension; CYDECTIN

AGENCY:  Food and Drug Administration, HHS.

ACTION:  Notice.

SUMMARY:  The Food and Drug Administration (FDA) has determined the regulatory review period for CYDECTIN and is publishing this notice of that determination as required by law. FDA has made the determination because of the submission of an application to the Director of Patents and Trademarks, Department of Commerce, for the extension of a patent which claims that animal drug product.

ADDRESSES:  Submit written comments and petitions to the Division of Dockets Management (HFA-305), Food and Drug Administration, 5630 Fishers Lane, rm. 1061, Rockville, MD 20852.  Submit electronic comments to http://www.fda.gov/dockets/ecomments.

FOR FURTHER INFORMATION CONTACT:

> Beverly Friedman,
>
> Office of Regulatory Policy (HFD-7),
>
> Center for Drug Evaluation and Research,
>
> Food and Drug Administration,
>
> 5600 Fishers Lane,
>
> Rockville, MD  20857,
>
> 301-594-2041.
>
> cd06139

FDA 000119

2004E- 0040

N 1

2

SUPPLEMENTARY INFORMATION:  The Drug Price Competition and Patent Term Restoration Act of 1984 (Public Law 98-417) and the Generic Animal Drug and Patent Term Restoration Act (Public Law 100-670) generally provide that a patent may be extended for a period of up to 5 years so long as the patented item (human drug product, animal drug product, medical device, food additive, or color additive) was subject to regulatory review by FDA before the item was marketed.  Under these acts, a product's regulatory review period forms the basis for determining the amount of extension an applicant may receive.

A regulatory review period consists of two periods of time:  A testing phase and an approval phase.  For animal drug products, the testing phase begins on the earlier date when either a major environmental effects test was initiated for the drug or when an exemption under section 512(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 360b(j)) became effective and runs until the approval phase begins.  The approval phase starts with the initial submission of an application to market the animal drug product and continues until FDA grants permission to market the drug product.  Although only a portion of a regulatory review period may count toward the actual amount of extension that the Director of Patents and Trademarks may award (for example, half the testing phase must be subtracted as well as any time that may have occurred before the patent was issued), FDA's determination of the length of a regulatory review period for a animal drug product will include all of the testing phase and approval phase as specified in 35 U.S.C. 156(g)(4)(B).

FDA recently approved for marketing the animal drug product CYDECTIN (moxidectin).  CYDECTIN is indicated for the treatment and control of certain internal and external parasites in cattle.  Subsequent to this approval, the Patent and Trademark Office

FDA 000120

3

received a patent term restoration application for CYDECTIN (U.S. Patent No. 4,916,154) from American Cyanamid Company, and the Patent and Trademark Office requested FDA's assistance in determining this patent's eligibility for patent term restoration. In a letter dated April 6, 2004, FDA advised the Patent and Trademark Office that this animal drug product had undergone a regulatory review period and that the approval of CYDECTIN represented the first permitted commercial marketing or use of the product. Shortly thereafter, the Patent and Trademark Office requested that FDA determine the product's regulatory review period.

FDA has determined that the applicable regulatory review period for CYDECTIN is 2,857 days. Of this time, 2,841 days occurred during the testing phase of the regulatory review period, while 16 days occurred during the approval phase. These periods of time were derived from the following dates:

1.  The date an exemption under section 512(j) of the Federal Food, Drug, and Cosmetic Act (the act) (21 U.S.C. 355(j)) involving this animal drug product became effective:  April 5, 1990. The applicant claims April 9, 1990, as the date the investigational new animal drug application (INAD) became effective. However, FDA records indicate that the date of FDA's letter assigning a number to the INAD was April 5, 1990, which is considered to be the effective date for the INAD.

2.  The date the application was initially submitted with respect to the animal drug product under section 512(b) of the act:  January 13, 1998. The applicant claims August 8, 1995, as the date the new animal drug application (NADA) for CYDECTIN (NADA 141-099) was initially submitted. The applicant claims this is the date it submitted the first component of NADA 141-099, which was submitted in several modules. It is FDA's position that the approval

FDA 000121

4

phase begins when the marketing application is complete. A review of FDA records reveals that the date of FDA's official acknowledgement letter assigning a number to NADA 141-099 was January 13, 1998, which is considered to be the initially submitted date for NADA 141-099.

3. The date the application was approved: January 28, 1998. FDA has verified the applicant's claim that NADA 141-099 was approved on January 28, 1998.

This determination of the regulatory review period establishes the maximum potential length of a patent extension. However, the U.S. Patent and Trademark Office applies several statutory limitations in its calculations of the actual period for patent extension. In its application for patent extension, this applicant seeks 1,754 days of patent term extension.

Anyone with knowledge that any of the dates as published are incorrect may submit to the Division of Dockets Management (see ADDRESSES) written or electronic comments and ask for a redetermination by [insert date 60 days after date of publication in the FEDERAL REGISTER]. Furthermore, any interested person may petition FDA for a determination regarding whether the applicant for extension acted with due diligence during the regulatory review period by [insert date 180 days after date of publication in the FEDERAL REGISTER]. To meet its burden, the petition must contain sufficient facts to merit an FDA investigation. (See H. Rept. 857, part 1, 98th Cong., 2d sess., pp. 41-42, 1984.) Petitions should be in the format specified in 21 CFR 10.30.

Comments and petitions are to be submitted to the Division of Dockets Management. Three copies of any mailed information are to be submitted, except that individuals may submit

FDA 000122

5

one copy. Comments are to be identified with the docket number found in brackets in the

heading of this document. Comments and petitions may be seen in the Division of Dockets

Management between 9 a.m. and 4 p.m., Monday through Friday.


Dated: *Sept 1, 2006.*
    September 1, 2006.


*Jane A. Axelrad*

Jane A. Axelrad
Associate Director for Policy
Center for Drug Evaluation and Research

[FR Doc 06-????? Filed ??-??-06; 8:45 am]
BILLING CODE 4160-01-S

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL
*Dawn T. Hawkins*

FDA 000123



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

Food and Drug Administration
Rockville MD 20857

SEP   7 2006

Re:  Cydectin
Docket No.: 2004E-0040

The Honorable Jon Dudas
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office
Box Patent Extension
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Director Dudas:

This is in regard to the application for patent term extension for U.S. Patent No. 4,916,154, filed
by American Cyanamid Company, under 35 U.S.C. § 156 et seq.  We have reviewed the dates
contained in the application and have determined the regulatory review period for Cydectin
(moxidectin), the animal drug product claimed by the patent.

The total length of the regulatory review period for Cydectin is 2,857 days.  Of this time, 2,841
days occurred during the testing phase and 16 days occurred during the approval phase.  These
periods of time were derived from the following dates:

1.    The date an exemption under subsection 512(j) of the Federal Food, Drug, and Cosmetic
      Act involving this animal drug product became effective:  April 5, 1990.

      The applicant claims April 9, 1990, as the date the investigational new animal drug
      application (INAD) became effective.  However, FDA records indicate that the date of
      FDA's official acknowledgement letter assigning a number to the INAD was April 5,
      1990, which is considered to be the effective date for the INAD.

2.    The date the application was initially submitted with respect to the animal drug product
      under subsection 512(b) of the Federal Food, Drug, and Cosmetic Act:  January 13, 1998.

      The applicant claims August 8, 1995, as the date the new animal drug application
      (NADA) for Cydectin (NADA 141-099) was initially submitted.  The applicant claims
      this is the date it submitted the first module of NADA 141-099, which was submitted in
      several modules.  It is FDA's position that the approval phase begins when the marketing
      application is complete.  A review of FDA records reveals that the date of FDA's official
      acknowledgment letter assigning a number to NADA 141-099 was January 13, 1998,
      which is considered to be the initially submitted date for NADA 141-099.

3.    The date the application was approved:  January 28, 1998.

Dudas – Cydectin
Patent No. 4,916,154
Page 2

FDA has verified the applicant's claim that NADA 141-099 was approved on January 28, 1998.

This determination of the regulatory review period by FDA does not take into account the effective date of the patent, nor does it exclude one-half of the testing phase as required by 35 U.S.C. § 156(c)(2).

Please let me know if we can be of further assistance.

Sincerely yours,

Jane A. Axelrad
Associate Director for Policy
Center for Drug Evaluation and Research

cc:    John W. Hogan, Jr.
       American Cyanamid Company
       Patent Law Department
       One Campus Drive
       Parsippany, NJ 07054

FDA 000125

# COVINGTON & BURLING LLP

1201 PENNSYLVANIA AVENUE NW    WASHINGTON
WASHINGTON, DC 20004-2401    NEW YORK
TEL 202.662.6000    SAN FRANCISCO
FAX 202.662.6291    LONDON
WWW.COV.COM    BRUSSELS

November 20, 2006

Dockets Management Branch
Division of Dockets Management (HFA-305)
Food and Drug Administration
5630 Fisher Lane, Room 1061
Rockville, MD  20852

Re:    Request for Revision of Regulatory Review Period
      CYDECTIN
      Docket No.  2004E-0040

Dear Sir or Madam:

      Wyeth Holdings Corporation, formerly known as American Cyanamid

Company, on behalf of its Fort Dodge Animal Health business, through undersigned

counsel, hereby requests reconsideration and revision of the Determination of Regulatory

Review Period published in the Federal Register on September 20, 2006 (Fed. Reg. Vol.

71, No. 182 at 54993-94).  In accordance with 21 C.F.R. § 60.24(a), the following

information is provided:

     (1)     **The Type of Action Requested**

      For the reasons stated below, Applicant respectfully requests that the "date

the application was initially submitted with respect to the animal drug product under

section 512(b) of the act" be corrected from January 13, 1998, the date provided in the

Federal Register notice, to August 8, 1995.  Applicant also requests that the agency

recalculate the "regulatory review period" accordingly.

# 2004E-0040             EXP 1

COVINGTON & BURLING LLP

    **(2)**    **The Identity of the Product**

        CYDECTIN® moxidectin 0.5% Pour-On for Cattle ("Cydectin") (NADA 141-099), the product that is the subject of the regulatory review period determination, is marketed and sold by the Fort Dodge Animal Health business.

    **(3)**    **The Identity of the Applicant**

        American Cyanamid Company ("American Cyanamid") was the initial Applicant on the Request for Extension of Patent Term.  American Cyanamid, by virtue of a name change in December 2002, is now known as Wyeth Holdings Corporation.

    **(4)**    **The FDA Docket Number**

        The FDA Docket Number for this Determination of Regulatory Review Period is 2004E-0040.

    **(5)**    **The Basis for the Request for Revision, Including Any Documentary Evidence**

        American Cyanamid submitted the initial component of the animal drug marketing application for CYDECTIN® moxidectin 0.5% Pour-On for Cattle on August 8, 1995.  The Center for Veterinary Medicine ("CVM") of the Food and Drug Administration ("FDA") began reviewing that information shortly thereafter.  Therefore, August 8, 1995 is the date on which the application was "initially submitted" to FDA for purposes of the Generic Animal Drug and Patent Term Restoration Act of 1988

- 2 -

FDA 000127

COVINGTON & BURLING LLP

("GAD/PTR Act").[1] As shown below, this conclusion is consistent with the statute, Congressional intent, and FDA's implementing regulations.

Documentary evidence supporting this Request for Revision is provided in Exhibits A through D hereto. In addition, the discussion below includes references to documents in FDA's files.

## I.    LEGISLATIVE FRAMEWORK

### A.    The Statute Provides That the Approval Phase Begins When an Application Is "Initially Submitted."

The GAD/PTR Act brought animal drugs and veterinary biologicals within the statutory framework Congress had previously established in the Drug Price Competition and Patent Term Restoration Act of 1984 ("DPC/PTR Act").[2] Congress recognized that "animal drug innovators typically lose years of patent protection because of FDA's scientific testing requirements and regulatory review."[3] Congress intended the GAD/PTR Act to stimulate research and development of animal drugs by restoring patent life lost during FDA-required testing and review, thereby allowing developers of new animal drugs to recoup more of their research and development costs.[4]

The GAD/PTR Act provides that the term of a patent for an animal drug product may be extended for up to five years if, prior to marketing, the product was

---

[1]     Pub. L. No. 100-670, 102 Stat. 3971 (1988).

[2]     Pub. L. No. 98-417, 98 Stat. 1585 (1984).

[3]     H. R. Rep. No. 100-972, pt. 1, at 3 (1988); *see also* H. R. Rep. No. 100-972, pt. 2, at 16 (1988).

[4]     134 Cong. Rec. 30272 (1988) (statement of Sen. Hatch); 134 Cong. Rec. 30560 (1988) (statement of Rep. Waxman).

FDA 000128

COVINGTON & BURLING LLP

subject to regulatory review by FDA.[5] It is necessary to calculate the "regulatory review period" to determine the length of the patent term extension. For a new animal drug, this period covers time consumed by two phases that typically occur during the life of the patent and substantially reduce the time the drug may be marketed while subject to patent protection. The first phase (the "testing phase") begins on the date "an exemption under subsection (j) of section 512 became effective for the approved new animal drug product" and ends "on the date an application was *initially submitted* for such animal drug product under section 512."[6] The second phase (the "approval phase") begins "on the date the application was *initially submitted* for the approved animal drug product under subsection (b) of section 512" and ends "on the date such application was approved under such section."[7]

Congress was particularly concerned with the restoration of patent rights to make up for time lost during FDA's review of an application. While Congress

---

[5]     Pub. L. No. 100-670, 102 Stat. 3971 (1988).

[6]     35 U.S.C. § 156(g)(4)(B)(i)  (emphasis added). FDA regulations refer to this period as the "testing phase." 21 C.F.R. § 60.22. The regulations explain that "[t]he testing phase begins on the date . . . on which the agency acknowledges the filing of a notice of claimed investigational exemption for a new animal drug . . . and ends on the date a marketing application under section 512 of the Act is initially submitted to FDA." 21 C.F.R. § 60.22(d)(1).

The patent term may be extended by one-half of the time an animal drug is in the testing phase. *See* 35 U.S.C. § 156(c)(2).

[7]     35 U.S.C. § 156(g)(4)(B)(ii) (emphasis added). FDA regulations refer to this period as the "approval phase." 21 C.F.R. § 60.22.

The patent term may be extended for as many days as the animal drug was in the approval phase. For a patent issued after the enactment of the GAD/PTR Act, however, the period of extension may not exceed five years. *See* 35 U.S.C. § 156(g)(6)(A). In addition, the patent term may not extend beyond 14 years after the date of approval. *See* 35 U.S.C. § 156(c)(3).

- 4 -

FDA 000129

COVINGTON & BURLING LLP

provided for only 50 percent restoration of time spent during the testing phase, it

specified that full credit be given once the approval phase began, when FDA review was

ongoing. Hence, it began the full-credit approval phase with the "initial" submission of

the marketing application, without regard to whether testing under the investigational

exemption was still proceeding.

     B.      *The Legislative History Makes Clear That an Application Is "Initially*
     *Submitted" When FDA Has Sufficient Information to Commence*
     *Review.*

        Congress intended that, for purposes of computing restoration of patent

life, the approval phase would begin at the point when FDA has received enough

information to begin review. The legislative history shows that Congress deliberately

chose the words "initially submitted" to identify the commencement of the approval

phase, explicitly distinguishing that moment from a later point in time when an

application is considered "filed." The House Report accompanying the DPC/PTR Act

notes that in the definition of the "regulatory review period,"

> the term "initially submitted" is used to describe the point in time when
> the testing phase is considered to be completed and the agency approval
> phase to have begun. This term is used instead of the term "filed,"
> because an application is often not considered to be filed, *even though*
> *agency review has begun*, until the agency has determined that no other
> information is needed and a decision on the application can be made. For
> purposes of determining the regulatory review period and its component
> periods, an application for agency review is considered to be "initially
> submitted" if the applicant has made a deliberate effort to submit an
> application containing all information necessary for agency review to
> begin. The Committee recognizes that the agency receiving the
> application might decide it needs additional information or other changes
> in the application. *As long as the application was complete enough so*

FDA 000130

COVINGTON & BURLING LLP

*that agency action could be commenced, it would be considered to be
"initially submitted."*[8]

Thus, the approval phase begins when the new animal drug applicant has

submitted enough information for FDA to begin its review. This makes sense because

the amount of patent life consumed by FDA's review of the marketing application

depends on when FDA *begins* its review of the application. Importantly, the House

Report states that an application is considered "initially submitted" when the materials

submitted are complete enough that the agency can commence review, *not* when an

applicant has submitted all components of the application. Congress plainly intended that

an application would be considered "initially submitted" when FDA has enough

information to begin the review process, even if the application is not yet complete or

"filed."

## II.    REGULATORY FRAMEWORK

### A.    *FDA Regulations State That an Animal Drug Application Is "Initially Submitted" When the Applicant Provides Sufficient Information for the Agency to Commence Review.*

FDA's regulations implementing the GAD/PTR Act are consistent with

the language and legislative history of the statute, providing that the approval phase

begins when FDA has sufficient information to commence review of the application. The

---

[8]    H. R. Rep. No. 98-857, pt. 1, at 44 (1984) (emphasis added). Congress first used
the words "initially submitted" in defining the "regulatory review period" in the
DPC/PTR Act, which predated the GAD/PTR Act by four years. The Congressional
Reports accompanying the GAD/PTR Act do not further explain the words "initially
submitted" as they are used in the definition of "regulatory review period." However, the
discussion of the DPC/PTR Act is relevant here because the GAD/PTR Act "simply
makes the additions to sections 156 and 271 necessary to include animal drugs and
veterinary biologicals within the existing statutory framework." H. R. Rep. No. 100-972,
pt. 1, at 8; H. R. Rep. No. 100-972, pt. 2, at 20.

- 6 -

FDA 000131

COVINGTON & BURLING LLP

regulations state that "[t]he approval phase begins on the date a marketing application under section 512 of the Act is *initially submitted* to FDA and ends on the date the application is approved."[9] They go on to explain that, "[f]or purposes of determining the regulatory review period for any product, a marketing application . . . is *initially submitted* on the date it contains sufficient information *to allow FDA to commence review* of the application."[10] Thus, if an applicant has provided FDA with sufficient information regarding a substantial element of an application, so that the agency is in a position to commence review of the application, the approval phase begins.

B.    *Animal Drug Applicants May Elect a Phased Review Process.*

In the case of animal drugs, the timing of FDA review will depend on the choice of review process.  FDA has two independent tracks for approval of a New Animal Drug Application ("NADA").  Under its traditional review process, CVM will not accept and review separate submissions of individual components of a NADA.[11] Rather, the agency begins review only upon receipt of the entire NADA.

An alternative method of review for applications to market animal drugs is provided, where applicants may elect to have the agency conduct a "phased review" of a NADA.  Phased review requires submission of the same technical sections required to support a traditional NADA.  Under phased review, however, an applicant may submit data or information in support of a technical section, or may submit a complete technical

---

[9]    21 C.F.R. § 60.22(d)(2) (emphasis added).

[10]    21 C.F.R. § 60.22(f) (emphasis added).

[11]    *See* 21 C.F.R. § 514.1(b).

FDA 000132

COVINGTON & BURLING LLP

section of the NADA, separately from the other sections.[12]  CVM will begin to review this section even if other sections have not yet been submitted.  CVM will notify the applicant in writing of its conclusions regarding the data submitted with a particular technical section.  If the data submitted in support of a technical section are complete, CVM will issue a "complete letter" for the section in question.  After CVM has issued such a letter for each technical section, the applicant files an "Administrative NADA."  This "Administrative NADA" includes the communications from FDA to the applicant advising that the data submitted in support of each component are acceptable, *i.e.*, a full set of "complete letters."[13]  A final decision approving an application is issued only after the applicant files an Administrative NADA (*i.e.*, after CVM has issued a "complete letter" for every section).

### C.    A Phased Review Application Is "Initially Submitted" Long Before Formal Filing of the Administrative NADA.

When an animal drug application is submitted under the phased review process, the application is "initially submitted" long before the filing of the Administrative NADA.  FDA begins its review with the submission of the first technical section supporting an application, rather than waiting until all sections have been

---

[12]    *See* FDA, Center for Veterinary Medicine, Policy and Procedures Manual Guide 1240.3040 (1989).  (A copy of this portion of the guide is attached as Exhibit A hereto.)  In the phased review process FDA directs applicants to file the technical sections of the application in the existing Investigational New Animal Drug File ("INAD"), rather than under a NADA docket number.  *See* FDA, Center for Veterinary Medicine, Document and Submission Information - An Update (April 1995), p. 1.  (Relevant pages of this April 1995 document are attached as Exhibit B hereto.)  The "complete letters" reflecting review of those sections ultimately become part of the NADA docket.  *See id.* at 17.

[13]    *See* FDA, Center for Veterinary Medicine, The Administrative New Animal Drug Application Process:  Draft Guidance #132 (Nov. 6, 2002), p. 6.  (A copy of Draft Guidance #132 is attached as Exhibit C hereto.)

- 8 -

FDA 000133

COVINGTON & BURLING LLP

submitted.  So long as the first submission contains sufficient information for CVM to

begin a meaningful review, the application has been "initially submitted" and the

approval process has begun.

CVM itself describes the process in these terms.  The agency's guidance

documents state that under the phased review process CVM will begin reviewing an

animal drug marketing application upon the submission of a reviewable component

required under 21 C.F.R. §514.1.[14]  Its April 1995 update to Document and Submission

Information states:

> [CVM] remains *extremely* committed to the concept of
> reviewing data at the most appropriate and productive times
> in the drug development process and CVM will continue to
> accept data for evaluation outside the strict structure of "all
> in, all out" of the conventional NADA.[15]

Thus, in the phased review process, substantive review does not await the submission of

all sections of the application, nor does it await a formal "filing" of the Administrative

NADA.  That formal act of filing an Administrative NADA occurs only after the

agency's substantive review is essentially complete.[16]

---

[14]    Exhibit C, Draft Guidance # 132, p. 3; *see also* FDA, Center for Veterinary
Medicine, Content and Format of Effectiveness and Target Animal Safety Technical
Sections and Final Study Reports for Submission to the Division of Therapeutic Drugs
for Non-Food Animals:  Guidance #104 (July 10, 2001), p. 5.  (A copy of relevant pages
of Guidance #104 is attached as Exhibit D hereto.)

[15]    Exhibit B, Document and Submission Information -- An Update, p. 1 (emphasis
in original).

[16]    *See* Exhibit C, Draft Guidance #132, p. 7 ("If an application meets the definition
of an Administrative NADA, the review should take fewer than 180 days because the
*review of the individual sections of the application has already been completed.*")
(emphasis added).

- 9 -

FDA 000134

COVINGTON & BURLING LLP

Any conclusion that an application handled through the phased review process has been "initially submitted" only when all sections of the application have been submitted and reviewed and the Administrative NADA has been filed would be wholly inconsistent with Congressional intent. Congress wanted to restore the full amount of time consumed by FDA review of a marketing application. As discussed above, in explaining its choice of the words "initially submitted" to define the beginning of the approval phase, Congress explicitly distinguished between submission of enough information to allow agency review to begin and the formal step of "filing," which may occur only after an application is complete. Congress made clear that it was choosing the earlier point as the beginning of the approval phase. Under the phased review process, all of this review (consuming several years in this case) occurs before filing of the Administrative NADA. Re-defining the approval phase to encompass only the short period needed to approve an Administrative NADA (just 15 days here) would deprive the applicant of full credit for the time consumed by FDA's review, contrary to Congress's intent.

Although in two cases FDA has concluded that a new human drug application was "initially submitted" only at the point when the applicant formally submitted a complete application,[17] this case is clearly distinguishable. These other cases

---

[17]    In Docket No. 91E-0491, FDA concluded that an "incomplete application" submitted by Sankyo and Bristol-Myers Squibb did not contain sufficient information to permit FDA to commence review, despite the fact that FDA staff had made inquiries about information in the application. The agency concluded that the application was not "initially submitted" where the submission did not include all information the agency had required in presubmission communications with the applicant. *See* Letter from Stuart L. Nightingale, M.D., Associate Commissioner for Health Affairs, FDA, to Terry Coleman, Esq., Fox, Bennett & Turner (March 1, 1994), *available in* FDA Docket No. 91E-0491.

- 10 -

FDA 000135

COVINGTON & BURLING LLP

did not involve a rolling submission that triggered commencement of FDA review. In fact, FDA's reasoning in Docket No. 91E-0491 supports Applicant's argument here. In that docket, FDA apparently acknowledged that an application could be "initially submitted" before it was formally filed. The critical fact in that case was that the applicant there had not submitted enough information for FDA to begin its review.

As described above, when an applicant elects phased review, the agency's review begins long before an application is complete. FDA can comply with Congress's intent to grant full credit for the period consumed by agency review only if it finds that the application is "initially submitted" when the applicant submits the first round of information in support of the application.

## III.    CALCULATION OF THE REGULATORY REVIEW PERIOD FOR CYDECTIN PATENT EXTENSION

The patent for which extension is sought is Patent No. 4,916,154, issued on April 10, 1990. In March 1990 American Cyanamid requested establishment of INAD 6736 to investigate the use of its proprietary endectocide compound, moxidectin, when administered topically to cattle as the active component of a novel pour-on formulation. Moxidectin acts to rid the cow of internal parasites, resulting in a healthier animal that processes its feed more efficiently (producing greater weight gain in beef cattle and more milk production in dairy cattle). It is approved for use by "organic farmers," due to its environmental friendliness towards beneficial insect populations.

---

*See also Aktiebolaget Astra v. Lehman*, 71 F.3d 1578, 1578-79 (Fed. Cir. 1995) (noting FDA's decision that an "early" submission of information did not start the review period clock and that Astra's approval stage began only when the company filed the last component of its NDA).

FDA 000136

COVINGTON & BURLING LLP

In August 1995, American Cyanamid began the process of seeking approval for the marketing of its Cydectin moxidectin product. The Fort Dodge Animal Health business eventually assumed responsibility for this process. FDA granted approval of the marketing application on January 28, 1998.

**A.    FDA Used the Phased Review Process for the Cydectin Marketing Application.**

FDA reviewed the marketing application for Cydectin under the phased review process. Each component of the application was submitted separately, referencing the phased review procedure. The agency issued separate "complete letters" after reviewing each individual component. The following table lists the dates on which each component of the Cydectin marketing application was submitted for phased review and the date CVM issued the "complete letter" for that component.[18]

| Component | Submission Date | Date of "Complete Letter" |
|---|---|---|
| Residue Chemistry and Regulatory Methods | August 8, 1995 | December 10, 1997 |
| Target Animal Safety | December 15, 1995 | June 22, 1996 |
| Manufacturing Chemistry | December 21, 1995 | September 17, 1996 |
| Effectiveness | January 16, 1996 | November 4, 1997 |
| Public Safety/Food Safety | June 7, 1996 | January 13, 1998 |
| Environmental Safety | August 14, 1996 Amended on June 13, 1997 | December 23, 1997 |

---

[18]    The components of the application were submitted in INAD Docket No. 6736. Ultimately the "complete letters" were included as part of the Administrative NADA, Docket No. 141-099.

FDA 000137

COVINGTON & BURLING LLP

On January 13, 1998, upon receipt of the "complete letter" for the final components of the application, Fort Dodge submitted its Administrative NADA for Cydectin, citing all the "complete letters" FDA had previously issued for components of the application. On January 14, 1998, the agency issued an acknowledgment letter for the Administrative NADA, and on January 28, 1998, just 15 days after submission of the Administrative NADA, FDA issued the approval letter for Cydectin.

### B. The Application for Cydectin Was "Initially Submitted" on August 8, 1995.

The marketing application for Cydectin was "initially submitted" to FDA on August 8, 1995, when the Residue Chemistry component of the application was submitted to the agency. At that point there was "sufficient information to allow FDA to commence review of the application."[19] The cover letter that accompanied the submission stated that the submission provided "all information and data comprising the 'Residue Chemistry and Regulatory Methods' technical section for review and final acceptance by CVM under the Phased Review Submission Policy."[20] The submission contained four sets of information, covering the subjects of total metabolism in target animal, comparative metabolism in rodents, tissue residue depletion studies, and analytical methods and method validations. A total of 4,790 pages (primarily study data) accompanied the cover letter.

---

[19] 21 C.F.R. § 60.22(f).

[20] The cover letter and table of contents of the August 8, 1995 submission, as well as the extensive data provided with the letter, are part of CVM's files, as are the other documents cited below.

- 13 -

FDA 000138

COVINGTON & BURLING LLP

After receiving this initial component of the application, FDA began its substantive review. On March 26, 1996, CVM issued a 10-page "incomplete letter," advising that more information was needed in connection with this component. That letter confirms that CVM had been engaging in a substantive review of the information submitted on August 8, 1995. On page 1 of the letter, the Director, Division of Chemistry, Office of New Animal Drug Evaluation of CVM, stated: "*We have reviewed your submissions* and have extensive comments to pass on to you."[21] The letter went on to state:

> *You submitted an extensive amount of data* that is intended to fulfill our residue chemistry requirements. We concluded that you did an excellent job of reporting the claimed pivotal studies. This conclusion has been borne out by the audit reports, which have noted only minor discrepancies. Thus, there are no substantive findings that would invalidate any study for procedural reasons. *We proceeded with our review*, therefore, focusing on whether the data met established policies and adequately addressed outstanding residue chemistry questions.[22]

While the letter concluded that more work was needed to satisfy the requirements for the Residue Chemistry section, CVM expressed satisfaction with other aspects of the submission.

The statements in the March 26 letter from CVM make it clear that the August 8 submission contained enough information to permit review to begin and that CVM staff had, in fact, engaged in an in-depth review of the data submitted. In these

---

[21]    Letter from Nicholas E. Weber, Ph.D., Director, Division of Chemistry, Office of New Animal Drug Evaluation, Center for Veterinary Medicine, to Dr. Robert E. Pollet, Director, New Products, Global Animal Regulatory Affairs, American Cyanamid, Mar. 26, 1996, at 1 (emphasis added).

[22]    *Id.* at 1-2 (emphasis added).

FDA 000139

COVINGTON & BURLING LLP

circumstances, there can be no question that the Cydectin application was "initially submitted" on August 8, 1995, and the approval phase began on that date.

FDA's choice of January 13, 1998, as the date the Cydectin application was "initially submitted" is quite implausible. FDA approved the Administrative NADA on January 28, 1998. Thus, under FDA's reasoning, the agency must have conducted its entire review of the Cydectin application, from start to finish, in just 15 days. In view of the complexity of the review process for a new animal drug, this makes no sense. FDA cannot reasonably suggest that the review and approval process spanned a mere 15 days. In fact, as CVM's own correspondence reveals, the substantive review of the various components of the application covered almost two and a half years, when the initial round of information was submitted on August 8, 1995.

FDA's conclusion that the Cydectin application was "initially submitted" on January 13, 1998, the date the Administrative NADA was filed, is inconsistent with FDA's own regulation because the August 8, 1995 filing was sufficient to allow CVM to begin a substantive review of one section required as part of the application. Moreover, FDA's determination disregards Congress's deliberate decision to pick a date different from (and earlier than) the official "filing" date as the beginning of the approval phase, to be certain that applicants would obtain full credit for the time lost as a result of FDA review.

FDA's conclusion that the Cydectin application was "initially submitted" on January 13, 1998 -- just 15 days before the Administrative NADA was approved -- rather than August 8, 1995, has the result of depriving Fort Dodge of full credit for two and a half years of the time when FDA was conducting its review of the various

- 15 -

FDA 000140

COVINGTON & BURLING LLP

components of the application.  The effect of this determination is that these years will be classified as part of the testing phase, and only half that time is restored to the patent term.  This result is directly contrary to Congress's intent that applicants receive full credit for the period of FDA review.

Applicant was clearly diligent in submitting information for review and otherwise pushing the approval process forward.  Within a few months of the initial submission, it submitted in quick succession three more sections of the application -- relating to Target Animal Safety, Manufacturing Chemistry, and Effectiveness (submitted on December 15, 1995, December 21, 1995, and January 16, 1996, respectively).  CVM issued a "complete letter" for Target Animal Safety on July 22, 1996, and for Manufacturing Chemistry on September 17, 1996.  In the meantime, Applicant submitted additional sections, as well as additional information for the sections that CVM had determined to be incomplete.  Phased review worked exactly as it should have, and there is no basis for concluding that the Cydectin application was "initially submitted" on any date other than the date when the first component was submitted.  FDA should grant full credit for the review and approval period by determining that the application was "initially submitted" on August 8, 1995.

## C.    *The Regulatory Review Period for Cydectin*

The investigational new animal drug application for Cydectin became effective on April 5, 1990.  As explained above, the marketing application for Cydectin was "initially submitted" to FDA on August 8, 1995.  FDA approved the marketing application for Cydectin on January 28, 1998.

FDA 000141

COVINGTON & BURLING LLP

The testing phase for Cydectin is the time between the effective date of the investigational new animal drug application and the date the marketing application was "initially submitted" -- a total of 1952 days.  The approval phase began when the Applicant "initially submitted" the marketing application and ended on the date that FDA approved the marketing application.  Thus, the length of the approval phase for Cydectin was 905 days.

## CONCLUSION

For the reasons discussed above, FDA's determination of the regulatory review period for Cydectin is incorrect.  The agency should revise the determination to reflect that the application was "initially submitted" on August 8, 1995, and that the approval phase of the regulatory review period began on that date.

Respectfully submitted,

Christopher N. Sipes
Attorney for Wyeth Holdings Corporation

- 17 -

FDA 000142

# EXHIBIT A

FDA 000143

STAFF MANUAL GUIDE
**FOOD AND DRUG ADMINISTRATION**
CENTER FOR VETERINARY MEDICINE
POLICY AND PROCEDURES MANUAL

| GUIDE | 1240.3040 |

---

III.   GENERAL REVIEW AND ENFORCEMENT POLICIES

---

## PHASING THE REVIEW OF DATA SUBMISSIONS

1.   PURPOSE:

The purpose of this phasing plan is to institute an orderly and uniform system for review of NADA components/subcomponents during the INAD stage of drug development.  This will enable earlier review of data and communication of CVM findings to the applicant.

2.   POLICY:

a.   Data will be submitted to the INAD exemption file established for the new animal drug product.

b.   Original and supplemental submissions may contain from one complete subcomponent to less than a complete NADA submission.

c.   The specific data components/subcomponents being submitted should be clearly identified under this program, CVM will not review a submission or resubmission unless it contains at least one subcomponent.

d.   Conclusions on acceptance or non-acceptance of the data submitted relevant to specific components/subcomponents will be transmitted to the applicant as soon as the review is completed.

e.   Acceptance of data submitted to a specific component/subcomponent may be rescinded if development of the animal drug product is placed in abeyance for an extended period of time and the requirements for the component/subcomponent have changed.

f.   Phasing of NADA submissions is a voluntary program.

FDA 000144

GUIDE | 1240.3040

3.  COMPONENTS AND SUBCOMPONENTS OF PHASING

Components are identified by parenthetic numbers and subcomponents by parenthetic letters. Each component/subcomponent submission should include the proposed conditions of use for the new animal drug product. These components/subcomponents are generally compatible with the technical sections contained in 21 CFR 514. The number of components/ subcomponents is highly dependent upon the properties of the specific drug entity and whether the drug product is intended for use in food or non-food animal species.

a.  PHASING CHEMISTRY SUBMISSIONS

   (1) <u>Residue Chemistry</u>

     (a)  Total metabolism study in target species.

     (b)  Total metabolism study in rodent.

     (c)  Analytical methods.

     (d)  Tissue residue depletion studies.

     (e)  Methods validation

   (2) <u>Manufacturing Chemistry</u>

     (a)  Methods and controls (formulation; supplier of new drug substance; specifications and test methods for raw materials; finished product specifications and test methods).

     (b)  Stability data.

b.  PHASING TOXICOLOGY SUBMISSIONS

   (1) <u>Drug Toxicology</u>

    *(a)  Mutagenicity studies (three or more).

     (b)  Two 90-day feeding studies (one in rodent species; one in non-rodent species).

FDA 000145

GUIDE  | 1240.3040

(c) Reproductive study with teratology component (or separate teratology study).

(d) Carcinogenicity bioassays (submit one or more as a subcomponent).

(e) Special studies (i.e., cardiotoxicity, immunotoxicity).

(f) Additional general food safety studies to increase tolerance (i.e., one year chronic studies).

*Include chemical structure with initial submission.

(2) Environmental Safety

*(a) Environmental introduction and fate studies.

(b) Environmental effects studies (as necessary).

(c) Environmental assessment.

Applicants are encouraged to discuss the specific environmental data requirements with CVM as soon as possible after filing of the INAD exemption. (E.g., does the drug qualify for categorical exclusion or is an environmental assessment required?) CVM will assist the applicant in developing an environmental testing plan and protocols.

c. PHASING TARGET ANIMAL SAFETY AND EFFECTIVENESS SUBMISSIONS

(1) Target Animal Safety

(a) Tolerance test and target animal safety study.

(b) Special animal safety studies.

(c) Transferable drug resistance studies (both animal and human safety) pertaining to subtherapeutic uses of antimicrobial drugs.

FDA 000146

| GUIDE | 1240.3040 |
|-------|-----------|

(2)   __Effectiveness__

    (a)  Dose determination studies (titration of dose range).

    (b)  Dose confirmation (as necessary).

    (c)  Field use studies.

4.  __POLICY GUIDANCE:__

  a.  The synchronizing of major components remains the responsibility of the drug sponsor.  There are obvious cross relationships between major components to varying degrees.  Examples include:

    (1)  Target animal safety may affect drug effectiveness studies.

    (2)  Dosage regimen from the animal effectiveness studies is related to tissue residue depletion studies.

    (3)  Analytical methods are highly dependent on the safe concentration and the Rm (tolerance) determined by toxicology data.

    (4)  Metabolism data in target animal species is important for estimating environmental introductions.

  b.  Sequencing of subcomponents within each component will follow the itemized listing in many cases.  However, there are times when the sequence will not apply.  Examples include:

    (1)  Drug sponsor elects to go directly to carcinogenicity bioassays provided there are data to support a maximum tolerated dose.

    (2)  Abbreviated environmental assessments and exclusions.

    (3)  Dose confirmation studies are not required for specific animal drug uses.

    (4)  Analytical regulatory methods for tissues may not be required if there is no residue at zero hours withdrawal time.

FDA 000147

GUIDE | 1240.3040

(5) 21 CFR 558.15 data requirements apply to specific uses of specific drugs.

(6) Supplemental NADA submissions will involve an extremely variable number of subcomponents.

c.  There are certain subcomponents for which the acceptance of data is dependent upon other subcomponents. CVM may place the review of such subcomponents in abeyance until all essential subcomponents are filed. It is recommended that the sponsor not file subcomponents that are dependent upon other subcomponents for acceptance of the review before submission of the latter. Conditional acceptance of studies may be necessary in some instances. Examples include:

(1) Analytical methods subcomponent – – dependent upon metabolism subcomponents, drug toxicology data, and dose determination subcomponent.

(2) Environmental subcomponents – – dependent on the target animal metabolism subcomponent; the dose determination subcomponent is usually important in preparing the environmental assessment; and the drug toxicology data may affect environmental safety, necessitating adjustments in the environmental assessment as the additional information becomes available.

5.  IMPLEMENTATION PROCEDURES

a.  The option to phase the review of data submission applies to all original NADAs and to supplemental NADAs involving more than one subcomponent.

b.  CVM will attempt to review data submitted under this program within 180 days of receipt. NOTE: Phasing the review of data submission does not change the priority of the review process. Specific animal drug products are provided a time frame priority under the expedited review program.

c.  The applicant should identify "Phased Data Submission" at the top of the cover letter for the submission. CVM will not review any submission or resubmission that does not contain at least one complete subcomponent. CVM will file such an incomplete submission/resubmission in the INAD for the product, however, and will notify the applicant that the submission/resubmission was filed but will not be reviewed until the applicant completes it.

7

FDA 000148

# EXHIBIT B

FDA 000149

# Center for Veterinary Medicine

# Document and Submission Information

## - *An update*

Prepared by:

**Office of New Animal Drug Evaluation**
**Center for Veterinary Medicine**
**7500 Standish Place**
**Rockville, MD  20855**

**April 1995**

FDA 000150

Document and Submission Information
April 1995

# **PREFACE**

The Center for Veterinary Medicine (CVM) has reevaluated the systems and procedures used to process and track New Animal Drug Applications and related correspondence. The objectives of this evaluation were to identify and implement methods which improve management of documents and submissions, improve the efficient and timely evaluation of requests and supporting data from sponsors, and improve CVM's desk-top work management system.

Several major policy changes concerning the processing of submissions are presented and described in this document. Also, updated procedures for general review of submissions are outlined with specific suggestions to expedite the process. Finally, CVM's current document and submission coding nomenclature, review timeframes, and a glossary of technical terms are included.

Modifications in related procedures are described, including new procedures to assist in the implementation of the Direct Review Policy and changes in procedures for Phased Review.

This document presents procedures which are typically and generally followed. However, the evaluation of a new animal drug may require considered deviation from these procedures. Therefore, while the information presented in this document should prove useful to the submission of information to CVM, we strongly encourage any sponsor to confer with the Center during the early stages of drug development.

+

Document and Submission Information
April 1995

# Table of Contents

PREFACE ........................................................................................................... 1

SUMMARY OF MAJOR MOODIFICATIONS ............................................... 1
   PHASED REVIEW POLICY ............................................................................ 1
   DIRECT REVIEW POLICY ............................................................................ 2
   EXPEDITED REVIEW POLICY ...................................................................... 3

SUBMISSION OF A REQUEST TO THE CENTER ..................................... 4
   GENERAL GUIDANCE .................................................................................. 4
   INITIAL INAD REQUEST .............................................................................. 5

SUBMISSION IDENTIFICATION SYSTEM ................................................ 6

LIST OF DOCUMENT TYPES AND CODES .............................................. 7

DOCUMENT TYPES AND GENERAL PROCESSING PROCEDURES ....................... 8
   NEW ANIMAL DRUG APPLICATIONS AND ABBREVIATED NEW ANIMAL DRUG APPLICATIONS ................... 8
      Processing Procedures ..................................................................... 8
   FOOD ADDITIVE PETITIONS ....................................................................... 11
   INVESTIGATIONAL NEW ANIMAL DRUG FILES, GENERIC INVESTIGATIONAL NEW ANIMAL DRUG FILES AND
   INVESTIGATIONAL FOOD ADDITIVE FILES ..................................................... 12
      Administrative Requirements for an INAD File ................................ 12
      Review of Data Submitted to the INAD file ...................................... 13
      Data Review Processing Procedures ............................................... 15
      Summary of Phased Data Review Policy ......................................... 16
   VETERINARY MASTER FILES AND PUBLIC MASTER FILES ............................. 18
   EXPORT APPLICATIONS .............................................................................. 19
   GENERAL CORRESPONDENCE ..................................................................... 20

GLOSSARY OF TERMS ............................................................................... 21
   DOCUMENT TYPE (DOCUMENT CODE) ....................................................... 22
   NADA/ANADA SUBMISSION TYPE (SUBMISSION CODE) ............................... 24
   FAP SUBMISSION TYPE (SUBMISSION CODE) ............................................. 25
   INAD/JINAD SUBMISSION TYPE (SUBMISSION CODE) .................................. 26
      Administrative Type Submissions ................................................... 26
      Technical Section Submissions ...................................................... 27
      Either - depending on the content .................................................. 27
   IFA SUBMISSION TYPE (SUBMISSION CODE): ............................................. 28
   EXPORT APPLICATION SUBMISSION TYPE (SUBMISSION CODE) ..................... 29
   GC/VMF/PMF SUBMISSION TYPES ............................................................ 30

DOCUMENT SUBMISSION CODES AND REVIEW TIMEFRAMES ....................... 31

FDA 000152

Document and Submission Information
April 1995

# SUMMARY OF MAJOR MOODIFICATIONS

## Phased Review Policy

The use of the term "components" to refer to the total package of data required to make an NADA-level decision in a specific section is discontinued. Phased Review Documents, as separate and distinct files are also discontinued. Inconsistent use of these terms has been a source of substantial confusion and misunderstanding inside and outside of the Center. The resulting confusion has wasted time on semantics, instead of focusing on substance.

The Center remains _extremely_ committed to the concept of reviewing data at the most appropriate and productive times in the drug development process and CVM will continue to accept data for evaluation outside the strict structure of "all in, all out" of the conventional NADA.

Data submitted for evaluation under the Phased Review Policy should be directed to the INAD file. However, several general limitations are necessary to manage the review of data outside the structure of an application.

- There can be NO concurrent review of data supporting a specific condition of use in the INAD _and_ NADA. In practice, this means a sponsor may not submit data to one document for review while there is data under review in the other. If the sponsor wants to work interactively with each specialty group within the Office of New Animal Drug Evaluation, then the data should be submitted to the INAD for review. If the sponsor wants to submit all the information at one time and receive a coordinated, comprehensive response on the adequacy of all the data, the sponsor should submit an NADA. Most sponsors find it useful to use the more fluid INAD structure during early development and, as more of the data is acceptable to CVM, an NADA is filed.

- Once an NADA is pending (under active review), the sponsor should not submit additional information supporting that claim to the INAD for evaluation.

- Certain packages of data cannot be evaluated to a meaningful conclusion unless certain supporting data is also available. The sponsor should ensure the submission contains all the information necessary for a meaningful evaluation of the data. If the sponsor submits less than the necessary package for review, the information will be filed and the sponsor will be notified that review will be deferred until the additional information is submitted.

-1-

FDA 000153

Document and Submission Information
April 1995

- If the sponsor submits additional information that amends data under review and causes the Center to restart the review process, the Center will reset the review clock and inform the sponsor in a letter.

## Direct Review Policy

Direct Review was instituted within the Office of New Animal Drug Evaluation on November 11, 1994. This policy allows submissions containing technical information, not part of a pending application (NADA or ANADA), to be reviewed and administered by the reviewer responsible for the technical evaluation.

Previously, all submissions were funneled into the Center through a "primary" reviewer who coordinated the Center's interaction with, and responses to, the sponsor. This person was responsible for the administration of the document file and, in a manner similar to a project manager, saw everything associated with the drug during data development. This will no longer be done. Now, if the submission contains data that can be evaluated by one person, then that reviewer will also assume all administrative responsibilities associated with the submission.

To qualify for this streamlined review policy, the submission must be limited to one technical section so it can be administered and reviewed by one review organization. Submissions containing more than one technical section will not benefit from the direct review process.

The Center believes that this type of interaction should speed the drug development process.


**IMPORTANT!!!  Because there be no one person in charge of the project in CVM until the NADA is filed, the sponsor is responsible for ensuring all technical sections are compatible and support the approval of the same drug product.**

FDA 000154

Document and Submission Information
April 1995

The following submission categories are used to classify the sponsor's routine administrative requests to an INAD file or Generic INAD file:

> Initial Submission - Opening of a File
> Original Slaughter Authorization Request
> Amended Slaughter Authorization Request
> Notice of Claimed Investigational Exemption for a New Animal Drug
>       or Notice of Shipment of an Investigational Drug
> Sponsor's Final Disposition of Experimental Animals
> Emergency or Compassionate Use Requests
> USDA Slaughter Reports (submitted to FDA by USDA)
> Sponsor's Slaughter Notice
> Establishment Inspection Report
> General Correspondence
> Sponsor's Request for Meeting and Agenda
> Sponsor's Meeting Minutes
> Request for Waiver of Bioequivalence (JINADs only)

These classifications permit identification of submissions by the action requested, assist in assigning response timeframes, and facilitate locating information in the investigational files during the subsequent review of the NADA (or ANADA).

## Review of Data Submitted to the INAD file

To facilitate an interactive approach to the collection and review of data, CVM encourages sponsors to submit data for review outside the strict NADA review process. Under the Phased Review Policy, specified packages of NADA-supporting data may be submitted and evaluated to aid in the drug development process.

The phased review submission policy is defined in the Center's Policy & Procedures Manual (1240.3040 - to be revised), and commits the Center to review appropriate technical sections, or useful pieces of technical sections to enhance the efficiency of the drug development process. Six technical sections are currently recognized by the Center; some of these sections have studies, or groups of studies, that can provide useful information when reviewed during the drug development process.

FDA 000155

Document and Submission Information
April 1995

| Technical Section | Studies or Groups of Studies |
|---|---|
| Effectiveness | Dose Determination Studies<br>Field Trials<br>Dose Confirmation Studies<br>Dose Titration Studies |
| Environmental Safety | Environmental Introduction and Fate Studies<br>Environmental Effects Studies<br>Environmental Assessment |
| Manufacturing Methods and Controls | Methods and Controls<br>Stability Data |
| Public Safety | Mutagenicity Studies<br>Two 90-day Feeding Studies<br>Reproductive Study<br>Teratology Study<br>Special Studies (as needed)<br>User Safety Information<br>Salmonella Shedding Study<br>Resistance Study |
| Residue Chemistry and Regulatory Methods | Total Metabolism in Target Animals<br>Comparative Metabolism in Rodents<br>Analytical Methods<br>Tissue Residue Depletion Studies<br>Method Validation |
| Target Animal Safety | Tolerance Study<br>Reproductive Safety Study<br>Animal Class Safety Study (e.g., young, geriatric<br>Special Cases (specific breeds) |

Information and data useful to review during the pre-NADA process vary depending on the intended use and type of the drug. The preceding list of technical sections and acceptable groups of studies is a guide to assist sponsors in identifying packages of information CVM generally considers appropriate for review outside a total NADA. With prior agreement, the sponsor may request review of less than one of the packages listed above.

FDA 000156

Document and Submission Information
April 1995

The criteria for acceptance of data for review is whether the evaluation will appreciable assist in the process of drug development. In cases where data from studies cannot stand alone, and it is not advantageous to CVM or the sponsor for review at the time of submission, the Center may defer evaluation until the complementary studies or data are submitted.

These data submissions include requests for comments on the acceptability of study design, and evaluation of data from a single study, and evaluation of a total NADA technical section prior to submission of the NADA. Several classifications of submissions are considered to be data review in the INAD file.

Protocol Review with No Data
Protocol Review with Data
Study Review
Study Review with Substantial Data
Sponsor's Request for Meeting and Agenda
Sponsor's Meeting Minutes

## Data Review Processing Procedures

All submissions to the investigational files should clearly identify the INAD file number, state the request in the first paragraph of the letter. If the submission includes data, certain requirements must be met for the Center's evaluation to be valid and meaningful. Therefore, each submission of data for review to the INAD file should be accompanied by a debarment statement, an affirmative statement attesting to the truth and completeness of the submission (a signed 356V, or the language on the current 356V will meet this requirement), and any necessary supporting information such as the applicable portions of the labeling, FOI Summary, or EA. Every submission should be well organized and legible.

An acceptable statement attesting to the truth and completeness of the data submission is:

*I certify that the data and information submitted to FDA conform to the requirements of the applicable sections of the Federal Food, Drug and Cosmetic Act and the regulations in 21 CFR, and that our submission is solely derived from and traceable to the actual data collected and does not misrepresent the true effects of the drug.*

-15-

Document and Submission Information
April 1995

Each submission should be limited to one technical section, but bundling of multiple studies supporting a single technical section is encouraged. Data submitted for review under this policy should clearly request phased review, reference the INAD file number, identify the technical section and/or the study(ies) that it contains, and be addressed to the Division responsible for the review of the technical section. If the submission is less than a package that CVM finds useful to review, or if the submission does not contain the necessary supporting information, CVM will file the submission in the document without review, and inform the sponsor in a **Refuse to Review Letter.**

If the sponsor submits new information that substantially changes the data under review and requires CVM to restart the evaluation, CVM has the option to reset the review clock on both submissions. The sponsor will be informed in a **Reset the Clock Letter.**

The sponsor is informed of the Center's evaluation in an appropriate final action letter.

Direct Review streamlines the phased review process by allowing single subject submissions to be processed directly by the reviewing organization. This should reduce the administrative overhead of processing documents. **With this distribution of CVM's data evaluation and administration, the sponsor must assume responsibility for coordinating all the different technical sections prior to the filing of the NADA. This includes assuring that data gathered to support the NADA is coordinated to support the proposed drug product.**

**Summary of Phased Data Review Policy**

- Each submission should contain data supporting only one technical section. Data supporting different technical sections of the NADA may be submitted concurrently, but because each will be assigned to the applicable review division, separate submissions are required. Each submission should be clearly labeled for easy identification, and clearly request phased data review. The submission should also clearly reference the INAD and each submission should also clearly identify the technical section, and any included studies.

- Each data submission is filed in the INAD file and evaluations will be transmitted directly to the sponsor from the reviewing division when the submission is limited to one technical section. General Correspondence, Requests for Meeting, or Sponsor's Meeting Minutes that specifically relate to one discipline should be clearly identified as such, and submitted to the INAD file.

-16-

Document and Submission Information
April 1995

- Phasing of NADA-supporting data components for CVM's evaluation is a voluntary program. The synchronizing of technical sections remains the responsibility of the sponsor. The interrelationships between supporting data should be thoughtfully considered when the sponsor elects to request phased review.

- The sponsor may submit an NADA at anytime, but the NADA must address <u>all</u> technical sections of the NADA or CVM will refuse to file the application. If any technical sections, or studies, have been previously reviewed by the Center under the phased review policy, the sponsor's data and CVM's decision may be incorporated into the NADA by reference to those submission(s) and the Center's response letter(s). If CVM has previously identified deficiencies of a technical section, the sponsor must include responses to <u>all</u> the Center's outstanding concerns in the NADA. If the sponsor has a submission containing data currently being reviewed under the INAD, the sponsor must identify the submission(s) and request incorporation into the NADA. This requires a letter from the sponsor to the INAD referencing those submissions and requesting incorporation of the pending data submissions into the NADA. When this action is taken by the sponsor, the review clock on the INAD data submission(s) is reset to the timeframe of the NADA, but the NADA can then be considered complete and may be filed.

-17-

# EXHIBIT C

FDA 000160

#132

# The Administrative New Animal Drug Application Process

**DRAFT GUIDANCE**

(This document is being distributed for comment purposes only)

This draft guidance describes the Center for Veterinary Medicine's Administrative New Animal Drug Application process.

Comments and suggestions regarding this draft document should be sent to the Dockets Management Branch (HFA-305), Food and Drug Administration, 5630 Fishers Lane, Room 1061, Rockville, MD 20852. Submit electronic comments to http://www.fda.gov/dockets/ecomments. All comments should be identified with Docket Number 02D-0449.

For questions regarding this draft guidance document, contact Gail Schmerfeld, Center for Veterinary Medicine (HFV- 100), Food and Drug Administration, 7500 Standish Place, Rockville, MD 20855, 301-827-1796 (e-mail: gschmerl@cvm.fda.gov)

**U.S. Department of Health and Human Services**
**Food and Drug Administration**
**Center for Veterinary Medicine (CVM)**
**November 6, 2002**

FDA 000161

# Guidance for Industry

## The Administrative New Animal Drug Application Process

### DRAFT GUIDANCE

**This draft guidance represents the agency's current thinking on this matter. It does not create or confer any rights for or on any person and does not bind the Food and Drug Administration (FDA) or the public. An alternative approach may be used if such approach satisfies the requirements of the applicable statute and regulations.**

## I.    Purpose of this Guidance

This guidance defines what an "Administrative New Animal Drug Application (NADA)" is, the procedures that should be followed if a sponsor elects to submit an Administrative NADA, and the intended time frame for review of Administrative NADAs.

## II.    Background

The Federal Food, Drug, and Cosmetic Act (the Act) (21 U.S.C. 321, et seq.) prohibits the introduction into interstate commerce of new animal drugs that are not the subject of an approved new animal drug application (NADA). Section 512(b) of the Act describes the information that must be submitted to the FDA as part of an NADA.

The Center for Veterinary Medicine (CVM) encourages sponsors to submit data for review at the most appropriate and productive times in the drug development process rather than submitting all data at one time. Sponsors may submit for CVM "phased review" data in support of discrete technical sections during the investigation of the new animal drug. Submissions containing technical information should be submitted to the investigational new animal drug (INAD) file for "direct review" by the Division responsible for the technical evaluation.

Phased review and direct review create greater efficiencies that facilitate the approval of new animal drugs. This guidance defines what an Administrative NADA is, describes the phased review process, and discusses how sponsors should submit an Administrative NADA and the time frame for review.

FDA 000162

## III.  The Administrative NADA process

**Definition:** An "Administrative NADA" is a new animal drug application that is submitted after all of the technical sections that fulfill the requirements for the approval of the new animal drug under 21 CFR 514.1 have been reviewed by CVM and CVM has issued a technical section complete letter for each of those technical sections.

### The Phased Review Process

A sponsor may submit data or information in support of a technical section, or may submit a complete technical section, of the NADA for review during the investigation of the new animal drug, i.e., for phased review.  The same requirements under 21 CFR 514.1 apply to all NADAs whether for phased review or not.  Phasing of NADA submissions is a voluntary program.[1]  The option to phase the review of data submissions applies to all original NADAs and to supplemental NADAs and can be exercised up to the point at which the sponsor submits an NADA or supplemental NADA.  Applicants making submissions relating to abbreviated NADAs and supplements should contact the Generic Animal Drug Team to discuss whether phased review is appropriate for their particular generic new animal drug.

If a sponsor exercises the option to use the phased review process:

A.  Submissions relating to technical sections should be submitted during the investigation of the new animal drug and filed in an Investigational New Animal Drug (INAD) file established by CVM for the new animal drug.

B.  Each submission should contain information and data relating to only one technical section and should be under a separate cover.  Sponsors are encouraged to contact the reviewing Division regarding what information and data should be submitted together.

C.  Each submission relating to a different technical section should be bound separately and should include a cover letter, a table of contents, a summary, and other information pertinent to the review of the particular section.  The envelope in which a submission is mailed should be addressed to the Document Control Unit, HFV-199, CVM, FDA, 519 Standish Place, Rockville, MD 20855.  The cover letter should: (1) at the top identify the submission as a "Phased Submission;" (2) be addressed to the Division or Staff Director responsible for the evaluation of the technical section; (3) briefly describe the purpose of

---

[1]  In deciding whether to seek approval of a new animal drug under phased review or under the traditional review process by submitting all data together, a sponsor should consider all advantages and disadvantages of each mechanism for approval before submitting data for CVM's review.  For example, a sponsor should consider whether seeking approval of a new animal drug under phased review will affect the extension of a patent term.  See the discussion in section V. of this guidance.

FDA 000163

the submission and the information contained in it, including reference to any pertinent previous correspondence between CVM and the sponsor; (4) reference or attach any pertinent documentation regarding previous agreements or understandings between the sponsor and CVM; (5) identify persons the agency may contact regarding any specifics of the submission; and/or (6) convey any other information the sponsor considers important or necessary to facilitate the review of the submission.

D.  There are potentially eight technical sections: Chemistry, Manufacturing, and Controls; Effectiveness; Target Animal Safety; Human Food Safety; Environmental Impact; Labeling; Freedom of Information (FOI) Summary; and, All Other Information. These technical sections are described briefly below.  Additionally, the FOI Summary is described in greater detail in 21 CFR § 514.11(e)(2) and each of the other technical sections is described in greater detail in 21 CFR § 514.1.

  (1) The **Chemistry, Manufacturing, and Controls** section should contain complete information regarding the manufacture of the new animal drug active ingredient and the new animal drug product.  It should include information on personnel, facilities, components and composition, manufacturing procedures, analytical specifications and methods, control procedures, stability, containers and closures, Good Manufacturing Practice (GMP) compliance, and many other aspects of the chemistry and manufacturing processes.

  (2)  The **Effectiveness** section must contain full reports of all studies that show whether or not the new animal drug is effective for its intended use. 21 CFR § 514.1(b)(8)(i).  This section should include both studies with controls and studies without controls conducted by or on behalf of the sponsor or available to the sponsor by right of reference.  References and authorizations, if appropriate, to other applications or documents containing information regarding effectiveness of the new animal drug should also be included in this section of the application.  Section 512(d)(1)(E) of the Act, 21 USC § 360b(d)(1)(E), provides that CVM must refuse to approve an NADA unless the sponsor demonstrates by substantial evidence that the drug will have the effect it purports or is represented to have under the conditions of use prescribed, recommended, or suggested in the proposed labeling.

  (3)  The **Target Animal Safety** section must contain full reports of all studies that show whether or not the new animal drug is safe to the target species.  21 CFR § 514.1(b)(8)(i).  All studies should include those studies conducted by or on behalf of the sponsor or available to the sponsor by right of reference.  References and authorizations, if appropriate, to other applications or documents containing information regarding safety of the new animal drug should also be included in this section of the application.

  (4)     The **Human Food Safety** section is submitted only for applications for new animal drugs intended for use in species that are used for human food (food-producing animals).  This section must, by regulation, 21 CFR § 514.1(b)(7), include a description of practicable methods for determining the quantity, if any, of the new animal drug in or on food, and any substance formed in or on food because of its use, and the

4

proposed tolerance or withdrawal period or other use restrictions to ensure that the proposed use of the drug will be safe. This section should also contain any data relating to residue toxicology (including the impact of residues on human intestinal microflora), residue chemistry, and, if the new animal drug has anti-infective properties, microbial food safety. When it becomes final, see CVM draft guidance #52, "Microbiological Testing of Antimicrobial Drug Residues in Food."

(5)   The **Environmental Impact** section must, by regulation, 21 CFR § 514.1(b)(14), contain either an environmental assessment (EA) under 21 CFR § 25.40, or a request for categorical exclusion under 21 CFR § 25.30 or 25.33. Under 21 CFR § 25.15(a), a claim of categorical exclusion must include a statement of compliance with the categorical exclusion criteria and must state that to the sponsor's knowledge, no extraordinary circumstances exist. "Environmental Impact Considerations" and directions for preparing an EA can be found in 21 CFR Part 25.

(6)   The **Labeling** section should include facsimile copies of container labels, package inserts and any other labeling that will be used with the products. For medicated feeds, copies of representative labeling for the Type B and Type C medicated feeds, referred to as "Blue Bird" labeling, should also be included. Facsimile labeling is nearly final labeling that adequately reproduces the package size (actual or to scale); graphics; pictures; type size, font, and color of text; and, the substance of the text to demonstrate to the reviewing Division that the final printed labeling will be in compliance with applicable regulations. Labeling should address any user safety concerns identified during the review process. See 21 U.S.C. § 502(f)(2).

(7)   The completed **FOI Summary** should include the specific language relevant to a technical section that was agreed upon during the review of the individual technical section (e.g., the tolerance and withdrawal time for a new animal drug intended for use in food-producing animals) and should be accepted by the Division responsible for the evaluation of the target animal safety technical section. For further information on FOI summaries, see 21 CFR 514.11(e)(2)(ii).

(8)   The **All Other Information** section must include all other information, not included in any of the other technical sections, that is pertinent to an evaluation of the safety or effectiveness of the new animal drug for which approval is sought. 21 CFR § 514.1(b)(8)(iv). All other information includes, but is not limited to, any information derived from other marketing (domestic or foreign) and favorable and unfavorable reports in the scientific literature.

E.   Submissions relating to target animal safety, effectiveness, requests for categorical exclusions, labeling, the FOI summary, and all other information should be submitted to the appropriate Division (the Division of Therapeutic Drugs for Non-Food Animals, the Division of Production Drugs, or the Division of Therapeutic Drugs for Food Animals) as determined by the intended uses for the new animal drug. Submissions relating to Chemistry, Manufacturing, and Controls should be submitted to the Division of Manufacturing Technologies. Environmental assessments and Environmental Impact

5

Statements should be submitted to the Scientific Support Staff in the Office of the Director, ONADE. A submission relating to Human Food Safety (Residue Toxicology, Residue Chemistry, and Microbiology) should be submitted to the Division of Human Food Safety. If a submission is not sent to the appropriate review Division or Staff, processing of the submission may be delayed. Relevant draft labeling, FOI text, and all other information should be submitted with and reviewed concurrently with each technical section. This facilitates the review of the labeling and FOI Summary technical sections.

Submissions to CVM are logged in by the Document Control Unit. Thus, the envelope in which a submission is mailed, or the electronic submission, should be addressed to the Document Control Unit, HFV-199. The cover letter should be directed to the Director of the Division or Staff responsible for the review of the submission.

F. The reviewing Division will notify the sponsor in writing of its conclusions on acceptance or non-acceptance of the data submitted relevant to a technical section. If the reviewing Division finds the data for the technical section to be complete, it will issue a technical section complete letter. A final decision on the approval of an application will be made when the Administrative NADA is submitted and CVM evaluates whether all the data for all technical sections viewed as a whole support approval.

G. Any person intending to file an NADA or a request for an investigational exemption under section 512(j) of the Act is encouraged to request one or more conferences prior to such submission to reach an agreement acceptable to CVM, establishing the submissions or investigations necessary to meet the requirements of 21 CFR 514.1.

H. The synchronizing of major technical sections remains the responsibility of the drug sponsor. There are obvious and varying degrees of cross relationships among major technical sections. For example, concerns about target animal safety may place boundaries on the dose(s) evaluated in drug effectiveness studies.

I. Prior to submission of the NADA, the sponsor is responsible for ensuring all technical sections are compatible and support the approval of the same drug product.

## IV. Submitting an Administrative NADA

When a sponsor has received technical section complete letters for each of the technical sections submitted to support approval of a new animal drug, the sponsor may file an Administrative NADA. The Administrative NADA should include a cover letter, signed FDA Form 356V, a table of contents, summary, a copy of each technical section complete letter, complete facsimile labeling, and the FOI summary. The cover letter should be addressed to the Division Director responsible for the evaluation of the target animal safety technical section of the application and should identify at the top of the letter that the submission is an "Administrative NADA."

## V. Time frame for Review

6

Section 512(c)(1) of the Act requires FDA to approve or not approve an NADA within 180 days, or within such additional period as FDA and the sponsor may agree upon, after the filing of an application. The Act does not specify the order or timing for submission of data in support of an application. If the data are submitted as part of the phased review process, CVM intends to consider the NADA submitted when it receives an Administrative NADA because it is at this point that the agency should have all the elements required by 21 CFR 514.1.

If an application meets the definition of an Administrative NADA, the review should take fewer than 180 days because the review of the individual sections of the application has already been completed. However, CVM still conducts a review after it receives an Administrative NADA. The Division responsible for the evaluation of target animal safety will review the information submitted as part of an Administrative NADA to ensure that all the information necessary to make an approval decision has been provided, is complete, and is consistent when all the technical sections are considered together.

When CVM receives an application that has been identified in the cover letter as an "Administrative NADA", it intends to assign a 60-day review timeframe to the application. The application will be forwarded to the Director of the Division responsible for the evaluation of target animal safety who will review the NADA to determine if it meets the definition of an Administrative NADA. If the application does not meet the definition, CVM intends to assign it the statutory 180-day timeframe in STARS and notify the sponsor. CVM intends to evaluate all NADAs within 30 days of receipt to determine whether any of the grounds to refuse to file the application under 21 CFR § 514.110 apply.

It is the responsibility of the sponsor to ensure that all technical sections of an application are compatible and support the approval of a new animal drug. In those instances in which a review of the technical sections of the Administrative NADA together raises questions about the safety or effectiveness of the new animal drug, CVM will refuse to approve the application under section 512(d) of the Act. CVM encourages the use of presubmission conferences during the drug development and review process to minimize those occasions on which the reviewing Division identifies problems after the Administrative NADA has been submitted.

VI.     **Patent Term Restoration Issues**

Under U.S. patent law (35 U.S.C. § 156(a)), the term of a patent for a new animal drug or its method of use may be extended if it meets certain criteria, one of which is that it was subject to a regulatory review period prior to its commercial marketing or use. While there are other important criteria that must be met, a full discussion of the issues relating to patent term extension is beyond the scope of this guidance.

In summary, however, the regulatory review period is divided into two time periods. The first period (sometimes called the investigational period) begins when the sponsor submits a request to CVM to establish an INAD file, or when a major health or environmental effects test is initiated, and ends when an NADA is submitted. The second period (the approval period) begins with submission of the NADA and ends when the application is approved. 35 U.S.C. § 156(g)(4)(B). Subject to certain important limitations, a patent may be extended for a time

7

roughly equal to the second time period plus one half the first time period. 35 U.S.C. § 156(c)(2). Because FDA intends that the time it takes to approve an application that qualifies as an Administrative NADA usually will be shorter than the time it takes to approve a traditional NADA, a new animal drug that was the subject of an Administrative NADA is likely, in most cases, to receive a shorter patent term extension than it would have received had it been the subject of a traditional NADA.

FDA 000168

# EXHIBIT D

FDA 000169

# 104

## Guidance for Industry

### Content and Format of Effectiveness and Target Animal Safety Technical Sections and Final Study Reports For Submission to the Division of Therapeutic Drugs for Non-Food Animals

> *This guidance supercedes the guidance of September 1999. (This document was revised to include the disclaimer in the paragraph below and to update the address to submit*

Guidance #85 entitled "Good Clinical Practices" became final on May 15, 2001. Until the Center revises guidance #104, sponsors should follow the recommendations in guidance #85 when differences among the guidances occur. If you have any questions, please contact Herman Schoenemann (HFV-120), Center for Veterinary Medicine, Food and Drug Administration, 7500 Standish Place, Rockville, MD 20855, (301) 827-0220, e-mail: hschoene@cvm.fda.gov.

This document is intended to provide guidance on the content and format of technical section submissions for effectiveness and target animal safety and final study reports in support of these technical sections. This guidance represents the Food and Drug Administration's (FDA's) current thinking on the content and format of effectiveness and safety technical sections and final study reports for submission solely to the Division of Therapeutic Drugs for Non-Food Animals. It does not create or confer any rights for or on any person and does not operate to bind FDA or the public. An alternative approach may be used if such approach satisfies the requirements of the applicable statute, regulations or both.

Comments and suggestions regarding this document should be submitted to Dockets Management Branch (HFA-305), Food and Drug Administration, 5630 Fishers Lane, Rm. 1061, Rockville, MD 20852.

For questions regarding this guidance document, contact Tania D. Woerner, Center for Veterinary Medicine (HFV-114), Food and Drug Administration, 7500 Standish Place, Rockville, MD 20855, (301) 827-0129, e-mail: twoerner@cvm.fda.gov .

---

**U.S. Department of Health and Human Services**
**Food and Drug Administration**

FDA 000170

**Center for Veterinary Medicine (CVM)**
**July 10, 2001**

FDA 000171

# Table of Contents

I. FOREWORD .......................................................................................... 4

II. GLOSSARY ......................................................................................... 6

III. EFFECTIVENESS ................................................................................ 9

    A. CONTENT AND FORMAT OF THE TECHNICAL SECTION ........................ 9

        1. Cover letter ................................................................................ 9

        2. Table of contents ....................................................................... 9

        3. Dosage justification and dose-response characterization ............ 9

        4. Summary of studies providing substantial evidence of effectiveness ............ 10

        5. Final study reports of studies providing substantial evidence of effectiveness ............ 11

        6. All information, other than substantial evidence, pertinent to effectiveness. ............ 11

        7. Foreign market experience ........................................................ 11

        8. Product labeling ....................................................................... 11

        9. FOI summary ........................................................................... 11

    B. CONTENT AND FORMAT OF AN EFFECTIVENESS FINAL STUDY REPORT ............ 12

        1. Title page ................................................................................. 12

        2. Table of contents ....................................................................... 13

        3. Summary .................................................................................. 13

        4. Objective(s) .............................................................................. 13

        5. Study schedule .......................................................................... 13

        6. Study design .............................................................................. 13

        7. Study procedures ....................................................................... 14

FDA 000172

     7.1  Investigational new animal drug and control _____ 14
     7.2  Investigational animals _____ 14
     7.3  Analytical methods _____ 15
     7.4  Study facilities _____ 15
     7.5  Feed and Water _____ 16
     7.6  Treatment administration _____ 16
     7.7  Concomitant medications/therapies _____ 16
     7.8  Criteria for animal removal from a study _____ 17
     7.9  Necropsy procedures _____ 17
     7.10 Animal and drug accountability and disposition _____ 17

   8.  Study variables/observations _____ 17
     8.1  Variables measured for evaluating study objectives _____ 17
     8.2  Other observations recorded during the study _____ 18

   9.  Data calculations and statistical methodologies and analyses _____ 18

  10. Results _____ 18

  11. Conclusions/discussion _____ 18

  12. Personnel _____ 19

  13. Reports _____ 19

  14. Accuracy and Completeness Statement _____ 19

  15. Location of specimens, raw data, and the final study report _____ 19

  16. Appendices _____ 19

IV. TARGET ANIMAL SAFETY _____ 20
  A. CONTENT AND FORMAT OF THE TECHNICAL SECTION _____ 20

   1. Cover letter _____ 20

   2. Table of contents _____ 20

   3. Summary of target animal safety studies _____ 20

   4. Final study reports _____ 21

   5. All other information pertinent to target animal safety _____ 21

   6. Foreign market experience _____ 22

FDA 000173

7. Product labeling _____ 22

8. FOI summary _____ 22
B. CONTENT AND FORMAT OF A FINAL STUDY REPORT FOR A SAFETY STUDY _____ 22

1. Title page _____ 23

2. Table of contents _____ 23

3. Summary _____ 23

4. Objective(s) _____ 23

5. Study schedule _____ 24

6. Study design _____ 24
   6.1 Description of treatment groups/experimental design _____ 24
   6.2 Method of assignment to treatment group _____ 24
   6.3 Blinding _____ 24

7. Study procedures _____ 24

   7.1 Test and control articles _____ 25
   7.2 Investigational animals _____ 25
   7.3 Analytical methods _____ 26
   7.4 Study facilities _____ 26
   7.5 Feed and Water _____ 27
   7.6 Treatment administration _____ 27
   7.7 Concomitant medications/therapies _____ 28
   7.8 Criteria for animal removal from a study _____ 28
   7.9 Necropsy procedures _____ 28
   7.10 Animal and drug accountability and disposition _____ 28

8. Study variables/observations _____ 28
   8.1 Variables measured for evaluating study objectives _____ 28
   8.2 Other observations recorded during the study _____ 29

9. Data calculations and statistical methodologies and analyses _____ 29

10. Results _____ 29

11. Conclusions/discussion _____ 30

12. Personnel _____ 30

FDA 000174

Content/Format of Technical Sections & Final Study Reports                                    Page 4 of 29

*13. Reports* _____ *30*

*14. QA Statement* _____ *30*

*15. Location of specimens, raw data, and the final study report* _____ *30*

*16. Appendices* _____ *30*

## I. Foreword

This guidance document was prepared to enable sponsors to submit "quality" data submissions, which will allow for a more efficient review by CVM. The scope of this document is limited to submissions to the Division of Therapeutic Drugs for Non-Food Animals (HFV-110).

A complete New Animal Drug Application (NADA) must be composed of all the sections identified in 21 CFR §514.1 and as stated on the Form FDA 356V. In order to facilitate the approval of NADAs, CVM now accepts major data submissions for individual sections of an NADA (technical sections) under the Investigational New Animal Drug (INAD) file. To the extent possible, CVM reviews each technical section independently. When CVM finds that all the sections are complete the sponsor may file an "administrative NADA". This guidance document will focus exclusively on the effectiveness and the target animal safety technical sections reviewed by the Division of Therapeutic Drugs for Non-Food Animals.

In CVM's efforts to find ways of improving its efficiency, it was discovered that reviewers often found it difficult to locate specific elements within a technical section and determine if all necessary elements of the technical section were present in the submission. This document addresses that problem and is intended to provide guidance on the suggested content and format of technical section submissions. Adherence to this guidance should assist CVM reviewers in locating and reviewing this information. The information contained in this guidance applies whether effectiveness and target animal safety data are submitted as individual technical sections under an INAD or collectively as part of a complete NADA. This document also provides guidance on the content and format of a final study report, which is a fundamental component of these technical sections.

Other relevant documents (where appropriate, Office of Management and Budget (OMB) information control numbers are in parentheses following the title of the document) include: 21 CFR Part 511 – New Animal Drugs for Investigational Use (OMB 0910-0017), 21 CFR Part 514 – New Animal Drug Applications (OMB 0910-0037), 21 CFR Part 58 – Good Laboratory Practice for Nonclinical Laboratory Studies (GLPs) (OMB 0910-0119), 21 CFR Part 11 – Electronic Records; Electronic Signatures (OMB 0910-0303), Good Target Animal Study Practices: Clinical Investigators and Monitors (May 1997), Target Animal Safety Guidelines for New Animal Drugs (June 1989), Protocol Development Guideline for Clinical Effectiveness and Target Animal Safety Trials (November 1994), and CVM's Policy and Procedures Manual 1240.3040. References in this guidance to regulations in the Code of Federal Regulations are to chapter I of title 21, unless otherwise noted.

These documents, or references to them, can be found on CVM's website at **http://www.fda.gov/cvm**. Paper copies can be obtained from the Communications Staff (HFV-12), Center for Veterinary Medicine, 7500 Standish Place, Rockville, MD 20855.

## II. Glossary

**Administrative New Animal Drug Application:** The NADA submission that is filed for the purpose of seeking approval of the new animal drug for the tested claims after CVM has issued technical section complete letters for all technical sections.

**Adverse Drug Experience (ADE):** Any adverse event associated with the use of an investigational or approved new animal drug, whether or not considered to be drug related.

**Animal Drug Availability Act of 1996 (ADAA):** Legislation enacted October 9, 1996, to amend the Federal Food Drug and Cosmetic Act. The purpose of the ADAA is to facilitate the approval and marketing of new animal drugs and medicated feeds. Among other items, the ADAA revised the definition of substantial evidence, which is the standard for demonstrating effectiveness.

**Clinical Study:** A single scientific experiment conducted to test at least one scientific hypothesis relevant to the proposed claim(s) made for a new animal drug.

**Dosage:** Dosage includes the dose or dose range, dosing frequency and dosing duration.

**Experimental Phase Completion Date (for clinical studies):** The date on which collection of all raw data is complete.

**Experimental Phase Initiation Date (for clinical studies):** The date on which animals are first identified with a treatment.

**Final Study Report:** The comprehensive description of the study written after its conclusion. This report includes a description of the objective(s), experimental materials and methods, and a presentation and critical scientific evaluation of the results (including statistical analyses where appropriate).

**Good Laboratory Practices (GLPs):** The regulations governing the conduct of nonclinical laboratory studies (21 CFR Part 58).



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

MAR - 9 2007

John W. Hogan, Jr.
American Home Products Corporation
Patent Section
Five Giralda Farms
Madison, NJ 07940-0874

In Re: Patent Term Extension
Application for
U.S. Patent No. 4,916,154

Dear Mr. Hogan:

An interim extension under 35 U.S.C. § 156(e)(2) is enclosed extending the term of U.S. Patent
No. 4,916,154 for a period of 1 year. While a courtesy copy of this letter is being forwarded to
the Food and Drug Administration (FDA), you should directly correspond with the FDA
regarding any required changes to the patent expiration dates set forth in the Patent and
Exclusivity Data Appendix of the Orange Book (Approved Drug Products with Therapeutic
Equivalence Evaluations) or in the Patent Information set forth in the Green Book (FDA
Approved Animal Drug Products). Effective August 18, 2003, patent submissions for
publication in the Orange Book and Docket *95S-0117 need to be submitted on form FDA-3542
which may be downloaded from FDA's Electronic Forms Download Website:
http://www.fda.gov/opacom/morechoices/fdaforms/default.html
(http://www.fda.gov/opacom/morechoices/fdaforms/FDA-3542.pdf).

Inquiries regarding this communication should be directed to the undersigned by telephone at
(571) 272-7755, or by e-mail at mary.till@uspto.gov.

Mary C. Till
Legal Advisor
Office of Patent Legal Administration
Office of the Deputy Commissioner
for Patent Examination Policy

cc:    Office of Regulatory Policy
       HFD-7
       5600 Fishers Lane (Rockwall II Rm 1101)
       Rockville, MD 20857

       Attention: Beverly Friedman

RE: Cydectin® (moxidectin) ✔
FDA Docket No.: 2004E-0040

CENTER FOR DRUG
RECEIVED
MAR 1 3 2007
EVALUATION AND RESEARCH

2004E-0040

ExT 1    FDA 000178

## UNITED STATES PATENT AND TRADEMARK OFFICE

In re Wyeth Holdings Corporation  
Request for Patent Term Extension  
U.S. Patent No. 4,916,154

:  
:   ORDER GRANTING  
:   INTERIM EXTENSION

Wyeth Holdings Corporation, through the previous owner of record in the United States Patent and Trademark Office (USPTO) of U.S. Patent No. 4,916,154, American Cynamid Company, filed an application for patent term extension under 35 U.S.C. § 156 on March 27, 1998. The original term of the patent is due to expire on April 10, 2007. The patent claims the active ingredient moxidectin in the animal drug product Cydectin® which was approved by the Food and Drug Administration for commercial marketing or use on January 28, 1998. An extension of 1,754 days is requested.

The initial USPTO review of the application to date indicates that the subject patent is eligible for extension of the patent term under 35 U.S.C. § 156. A final determination of the length of the extension of the patent term and issuance of a patent term extension certificate cannot be made until a final determination of the length of the regulatory review period is made. Since the original term of the patent would expire before a certificate of patent term extension can be issued, an interim extension of the patent term is appropriate.

An interim extension under 35 U.S.C. § 156(e)(2) of the term of U.S. Patent No. 4,916,154 is granted for a period of one year from the original expiration date of the patent.

3/07/07  
_____  
Date

Jon W. Dudas  
Under Secretary of Commerce for Intellectual Property and  
Director of the United States Patent and Trademark Office

FDA 000179

**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

                                                             Food and Drug Administration
                                                             Rockville MD 20857

MAY  8 2007

                                                    Re: Cydectin
                                         Docket No. 2004E-0040

.The Honorable Jon Dudas
Under Secretary of Commerce for Intellectual Property
        Director of the United States Patent and Trademark Office
Mail Stop Hatch-Waxman PTE
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Director Dudas:

This is in regard to the patent term extension application for U.S. Patent No. 4,916,154
filed by American Cyanamid Company under 35 U.S.C. § 156.  The patent claims
Cydectin (moxidectin), new animal drug application (NADA) 141-099.

In the September 20, 2006, issue of the <u>Federal Register</u> (71 Fed. Reg. 54993), the Food
and Drug Administration published its determination of this product's regulatory review
period, as required under 35 U.S.C. § 156(d)(2)(A).  The notice provided that on or
before March 19, 2007, 180 days after the publication of the determination, any interested
person could file a petition with FDA under 35 U.S.C. § 156(d)(2)(B)(i) for a
determination of whether the patent term extension applicant acted with due diligence
during the regulatory review period.

The 180-day period for filing a due diligence petition pursuant to this notice has expired
and FDA has received no such petition.  Therefore, FDA considers the regulatory review
period determination to be final.

Please let me know if we can provide further assistance.

                                        Sincerely yours,

                                        Jane A. Axelrad
                                        Associate Director for Policy
                                        Center for Drug Evaluation and Research

cc:    John W. Hogan, Jr.
       American Cyanamid Company
       Patent Law Department
       One Campus Drive
       Parsippany, NJ 07054

                                                             FDA 000180



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville MD 20857

MAY    7 2008

Re:  Cydectin
Docket No.: 2004E-0040

Christopher N. Sipes
Covington & Burling LLP
1201 Pennsylvania Avenue N.W.
Washington, D.C.  2004-2401

RE:    **Patent Term Extension for Wyeth Holdings Corporation, U.S. Patent No. 4,916,154,
Cydectin, Request for Revision of Regulatory Review Period**

Dear Mr. Sipes:

This letter is in response to your November 20, 2006, request on behalf of Wyeth Holdings
Corporation (Wyeth) for reconsideration and revision of the regulatory review period for
Cydectin (moxidectin), U.S. Patent No. 4,916,154, filed by American Cyanamid Company
(ACC), now Wyeth, under 35 U.S.C. § 156 et seq.  In the September 20, 2006, issue of the
*Federal Register* (71 Fed. Reg. 54993), the Food and Drug Administration (FDA) published its
determination of this product's regulatory review period for purposes of patent term extension, as
required under 35 U.S.C. § 156(d)(2)(A).  As described below, FDA upholds the determination
of the regulatory review period as published.

I.    **Your Request**

You believe the date FDA determined as the date the Cydectin application was submitted is
incorrect and you request a correction and recalculation of the regulatory review period for the
following reasons:

- You believe the date the application was initially submitted with respect to the animal
  drug product under section 512(b) of the Federal Food, Drug, and Cosmetic Act (the Act)
  was August 8, 1995, the date ACC submitted the initial component of the new animal
  drug application (NADA).
- You believe the approval phase of the regulatory review period begins when the new
  animal drug applicant has submitted enough information for FDA to begin its review.
- You believe that Congress intended that an animal drug application is "initially
  submitted" when the applicant provides sufficient information for the Agency to
  commence review for approval, even if the application is not yet complete or filed.  You
  believe a phased review application is *initially submitted* long before the formal filing of
  an administrative NADA.
- You describe the phased review process for animal drug applicants as an alternative
  method of review for applications to market animal drugs.  In your description, under
  phased review, an applicant may submit data or information in support of a technical
  section, or may submit a complete technical section of the NADA separately from other
  sections.  If the data submitted in support of a technical section are complete, you state

FDA 000181

Covington & Burling LLP
Cydectin Regulatory Review Period
Page 2

that the Center for Veterinary Medicine (CVM) will begin review and will issue a complete letter for the section in question. After CVM has issued a complete letter for each technical section, the applicant files an administrative NADA, including the communications from FDA to the applicant advising that the data submitted in support of each component are acceptable. A final decision approving an application is issued only after the applicant files an administrative NADA.

- You state that ACC submitted an investigational new animal drug application (INAD) 6736 for moxidectin in March 1990 and submitted each component of the Cydectin marketing application for FDA review under the phased review process. You state that the components were submitted to INAD 6736.

- You believe from the statement in the 10-page March 26, 1996, "incomplete letter" from CVM that CVM engaged in substantive review of the information submitted on August 8, 1995.

- You believe that using January 13, 1998, as the date of initial submission is implausible, implying that FDA completed the entire review of the Cydectin application in a 15-day time span.

- You believe for phased review applications that determination of the initially submitted date as the date that the administrative NADA is filed is inconsistent with Congressional intent. You state Congress explicitly distinguished between submission of enough information to allow Agency review to begin and the formal step of filing, which occurs only after an application is complete.

- You believe re-defining the approval phase to encompass only the short period needed to approve an administrative NADA (for Cydectin this is just 15 days) deprives the applicant of full credit for the time consumed by FDA's review.

- You believe the Cydectin case is distinguishable from other previous FDA determinations of an initially submitted date at the point when the applicant formally submits a complete application because the previous cases did not involve a rolling submission that triggered commencement of FDA review.

- You believe ACC was diligent in submitting information for review of its product, submitting additional technical sections within a few months of the August 8, 1995, submission.

## II.  FDA Response

### A. Regulatory Review Period

For purposes of patent term extension, a regulatory review period is the sum of two periods of time: a testing phase and an approval phase. As clarified in Title 21 Code of Federal Regulations (21 CFR) § 60.22(d)(1), for animal drug products, the testing phase begins on the date a major health or environmental effects test is begun or the date on which the Agency acknowledges the filing of a notice of claimed investigational exemption for a new animal drug, whichever is earlier, and ends on the date a marketing application under section 512 of the Act is initially submitted to FDA. The approval phase begins on the date a marketing application under section 512 of the Act is initially submitted to FDA and ends on the date the application is

FDA 000182

Covington & Burling LLP
Cydectin Regulatory Review Period
Page 3

approved (21 CFR § 60.22(d)(2)).  Although only a portion of a regulatory review period may count toward the actual amount of extension that the Director of Patents and Trademarks may award (for example, half the testing phase must be subtracted, as well as any time that may have occurred before the patent was issued), FDA's determination of the length of a regulatory review period for an animal drug product will include all of the testing phase and approval phase as specified in 35 U.S.C. 156(g)(4)(B).

## B.  Administrative NADAs and Phased Review

According to the *Center for Veterinary Medicine Document and Submission Information – An Update, April 1995* (CVM Update) summary of the Phased Data Review Policy,[1] "each submission should contain data supporting only one technical section.  Data supporting different technical sections of the NADA may be submitted concurrently, but because each will be assigned to the applicable review division, separate submissions are required. . . . The submission should also clearly reference the INAD . . ." This is followed by "Each data submission is filed in the INAD file."  In addition, "the sponsor may submit an NADA at anytime, but the NADA must address all technical sections of the NADA or CVM will refuse to file the application.  If any technical sections, or studies, have been previously reviewed by the Center under the phased review policy, the sponsor's data and CVM's decision may be incorporated in to the NADA by reference to those submission(s) and the Center's response letter(s)."

As further clarified in the FDA draft guidance, *The Administrative New Animal Drug Application Process,* (the Administrative NADA Guidance), November 6, 2002,[2]

> An administrative NADA is a new animal drug application that is submitted after all of the technical sections that fulfill the requirements for the approval of the new animal drug under 21 Code of Federal Regulations (CFR) 514.1 have been reviewed by CVM and CVM has issued a technical section complete letter for each of those technical sections.
> (page 3)

> A sponsor may submit data or information in support of a technical section, or may submit a complete technical section, of the NADA for review during the investigation of the new animal drug, i.e. for phased review. . . Phasing of NADA submissions is a voluntary program.
> (page 3)

In addition, the Administrative NADA Guidance addresses the potential impact of submission of an administrative NADA on patent term extensions.

> In deciding whether to seek approval of a new animal drug under phased review or under the traditional review process by submitting all data together, a sponsor

---

[1] Page 16 of the CVM Update.
[2] Available on the Internet at www.fda.gov/cvm/Guidance/dguide132.pdf.

should consider all advantages and disadvantages of each mechanism for approval before submitting data for CVM's review. For example, a sponsor should consider whether seeking approval of a new animal drug under phased review will affect the extension of a patent term. See the discussion in section V. of this guidance.
(page 3, footnote 2)

. . .If a sponsor exercises the option to use the phased review process: Submissions relating to technical sections should be submitted during the investigation of the new animal drug and filed in an INAD file established by CVM for the new animal drug.
(page 3)

The Administrative NADA Guidance also clearly addresses, for patent term extension purposes, the dates that define the regulatory review periods.

Section 512(c)(1) of the Act requires FDA to approve or not approve an NADA within 180 days, . . . after the filing of an application. . . . If the data are submitted as part of the phased review process, CVM intends to consider the NADA submitted when it receives an Administrative NADA, because it is at this point that the agency should have all the elements required by 21 Code of Federal Regulations Part 514.1.
(page 7)

. . . In summary, however, the regulatory review period is divided into two time periods. The first period (sometimes called the investigational period) begins when the sponsor submits a request to CVM to establish an INAD file. . . The second period (the approval period) begins with submission of the NADA and ends when the application is approved. 35 U.S.C. § 156(g)(4)(B). Subject to certain important limitations, a patent may be extended for a time roughly equal to the second period plus one half the first time period. 35 U.S.C. § 156(c)(2). Because FDA intends that the time it takes to approve an application that qualifies as an Administrative NADA usually will be shorter than the time it takes to approve a traditional NADA, a new animal drug that was the subject of an Administrative NADA is likely, in most cases, to receive a shorter patent term extension than it would have received had it been the subject of a traditional NADA.
(page 7-8)

### C. When Was The Cydectin NADA Initially Submitted Under Section 512?

As noted above, the approval phase for new animal drug products begins the date the new animal drug *application* is initially submitted under section 512 of the Act. You argue that the August 8,

Covington & Burling LLP
Cydectin Regulatory Review Period
Page 5

1995, date is the date the *application* was initially submitted, because FDA could begin at least a partial review of what became the first module of the administrative NADA. We disagree.

First, for phased review applications, it is FDA's position that the approval phase for purposes of patent term extension begins when the marketing application is complete, including *all* technical sections and the CVM complete letters. This correlates to the "fast track" and "rolling review" of human drug applications in that applications submitted under those programs are not considered initially submitted until all required technical information is addressed and available for FDA decision making to commence. Although this approach can result in a very short approval phase, it is most consistent with the idea that alternative drug development and review approaches are intended to permit the applicant to respond to FDA input as the application is developed, making FDA's review more efficient, and shortening the time required for review of the application.

Second, the technical sections of the administrative NADA are submitted for FDA review not to the NADA, but to the INAD. Regulatory review of the components is conducted under the first investigational phase of the regulatory review period allowing for review of the data at the time most appropriate and productive in the drug development process. Consequently, for the purposes of patent term extension, the approval phase of the regulatory review period for phased review new animal drug products begins when the administrative NADA, including all of the technical sections required for approval of the new animal drug under 21 CFR 514.1 and the corresponding technical section complete letters, is submitted under section 512 of the Act.

A review of FDA records reveals that the date of FDA's official acknowledgment letter assigning a number to the collection of all the technical sections and the CVM complete letters in administrative NADA 141-099 for Cydectin was January 13, 1998. FDA reiterates that January 13, 1998, the date of FDA receipt of the complete application, is the initial submission date of the application and the beginning of the approval phase of the regulatory review period for patent term extension.

Consequently, the regulatory review period for Cydectin as published in the September 20, 2006, *Federal Register* is correct, and your request for revision and recalculation of the regulatory review period is denied.

Please let me know if we can be of further assistance.

Sincerely yours,

Jane A. Axelrad
Associate Director for Policy
Center for Drug Evaluation and Research

FDA 000185



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Food and Drug Administration
Rockville MD 20857

MAY  9 2008

Re: Cydectin
Docket No. 2004E-0040

The Honorable Jon Dudas
Under Secretary of Commerce for Intellectual Property
Director of the United States Patent and Trademark Office
Mail Stop Hatch-Waxman PTE
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Director Dudas:

This is in regard to the patent term extension application for U.S. Patent No. 4,916,154 filed by American Cyanamid Company (ACC) under 35 U.S.C. § 156.  The patent claims Cydectin (moxidectin), new animal drug application (NADA) 141-099.

In the September 20, 2006, issue of the *Federal Register* (71 Fed. Reg. 54993), the Food and Drug Administration published its determination of this product's regulatory review period, as required under 35 U.S.C. § 156(d)(2)(A).  The notice provided that on or before March 19, 2007, 180 days after the publication of the determination, any interested person could file a petition with FDA under 35 U.S.C. § 156(d)(2)(B)(i) for a determination of whether the patent term extension applicant acted with due diligence during the regulatory review period.

On November 20, 2006, ACC requested revision of the regulatory review period as published.  FDA denied the request for regulatory review period revision on May 7, 2008.

The 180-day period for filing a due diligence petition pursuant to this notice has expired and FDA has received no additional petitions.[1]  Therefore, FDA considers the regulatory review period determination to be final.

Please let me know if we can provide further assistance.

Sincerely yours,

Jane A. Axelrad
Associate Director for Policy
Center for Drug Evaluation and Research

---

[1] On May 8, 2007, FDA sent a final determination of the regulatory review period to the USPTO. However, the November 20, 2006, regulatory review period revision request from ACC had not been considered, so the May 8, 2007, determination was cancelled until a response to the comments was sent. This letter replaces the May 8, 2007, determination.

Dudas – Cydectin
Patent No. 4,916,154
Page 2


cc:     John W. Hogan, Jr.
        American Cyanamid Company
        Patent Law Department
        One Campus Drive
        Parsippany, NJ 07054

FDA 000187