IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WYETH HOLDINGS CORPORATION, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, et al )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:08-cv-00981 |

NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Rule 83.6(b) of the United States District Court for the District of Columbia Rules of Civil Procedure, Daniel E. Troy hereby withdraws as counsel in this action for the Plaintiffs, WYETH HOLDINGS CORPORATION and WYETH. No trial date has been set in this action.

Dated: August _6th_, 2008

Respectfully submitted,

_/s/ Daniel E. Troy_
Daniel E. Troy (DC Bar No. 442537)
Jeffrey P. Kushan (DC Bar No. 461155)
Gary L. Veron (DC Bar No. 445450)
Peter S. Choi (DC Bar No. 496780)
SIDLEY AUSTIN, LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (facsimile)

*Counsel for Plaintiffs*