AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Wyeth Holdings Corporation, et al )
            Plaintiff(s) )  **APPEARANCE**
                vs. )  CASE NUMBER  1:08-cv-00981
U.S. Department of Health and Human )
Services, et al )
            Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jeffrey P. Kushan__ as counsel in this
                             (Attorney's Name)

case for: __Wyeth Holdings Corporation and Wyeth__
                (Name of party or parties)

__8/5/08__
Date

__461155__
BAR IDENTIFICATION

_[signature]_
Signature

Jeffrey P. Kushan
Print Name

1501 K. Street, N.W.
Address

Washington, DC      20005
City    State    Zip Code

202.736.8000
Phone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WYETH HOLDINGS CORPORATION, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, et al )<br>)<br>Defendants. ) | Civil Action No.: 1:08-cv-00981 |

## CERTIFICATE OF SERVICE

I hereby certified that on August 11th, 2008, I electronically filed a *Notice of Appearance for Jeffrey P. Kushan* with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all Defendants in this matter.

_____
Peter S. Choi

DC1 1244003v.1