IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WYETH HOLDINGS CORPORATION, et al )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH AND )<br>HUMAN SERVICES, et al )<br>)<br>Defendants. ) | Civil Action No.: 1:08-cv-00981 |

### CERTIFICATE OF SERVICE

I hereby certified that on August 11th, 2008, I electronically filed a *Notice of Withdrawal of Appearance for Daniel E. Troy* with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all Defendants in this matter.

_____
Peter S. Choi

DC1 1245275v.1