AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Wyeth Holdings Corporation, et al. )
           Plaintiff(s) )  **APPEARANCE**
            )
            )
           vs. )  CASE NUMBER  1:08-cv-00981
U.S. Department of Health and Human )
Services, et al. )
           Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Peter S. Choi  as counsel in this
                             (Attorney's Name)

case for:  Wyeth Holdings Corporation and Wyeth
                    (Name of party or parties)

8/18/08
Date

_____ /s/ Peter S. Choi _____
Signature

Peter S. Choi
Print Name

496780
BAR IDENTIFICATION

1501 K. Street, N.W.
Address

Washington, DC          20005
City          State          Zip Code

202.736.8000
Phone Number