UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH HOLDINGS CORPORATION, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., <br><br> Defendants. | Civil Action No. 08-00981 (HHK) |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs Wyeth Holdings Corporation and Wyeth, through counsel, hereby move the Court for an extension of time in which Plaintiffs may serve their Response to Defendants' Motion to Dismiss, until and including September 8, 2008.

Defendants filed a Motion to Dismiss on August 8, 2008. Pursuant to Local Civil Rule 7(b) and Fed. R. Civ. P. 6, Plaintiffs' Response would be due on Friday, August 22, 2008. Due to the lead attorney on the case leaving the law firm and withdrawing his appearance from the case and the demanding schedules of the remaining attorneys involved in the case, Plaintiffs' Counsel requests additional time to file a Response.

This extension of time is reasonable and will not prejudice any of the parties. Counsel for Plaintiffs have contacted Drake S. Cutini, Counsel for Defendants, who has indicated that Defendants do not oppose the extension of time requested.

Accordingly, Plaintiffs respectfully request that the Court extend until September 8, 2008 the time period during which Plaintiffs may file their Response to Defendants' Motion to Dismiss.

A proposed order is attached.

Dated: August 18, 2008

                                      Respectfully submitted,

By:   Peter S. Choi (DC Bar No. 496780)
       Gary L. Veron (DC Bar No. 445450)
       Sidley Austin LLP
       1501 K Street, N.W.
       Washington, DC 20005
       (202) 736-8000
       (202) 736-8711 (facsimile)

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH HOLDINGS CORPORATION, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,<br><br>Defendants. | Civil Action No. 08-00981 (HHK) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

**AND NOW**, this      day of August 2008, the Court having considered Plaintiffs' Unopposed Motion for Extension of Time in Which to Respond to Defendants' Motion to Dismiss, it is hereby **ORDERED** that the motion is **GRANTED**.

Plaintiffs may serve their Response to Defendants' Motion to Dismiss, until and including September 8, 2008.

**AND IT IS SO ORDERED.**

---------------------------------
Hon. Henry H. Kennedy, Jr.
U.S. District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed **Plaintiffs' Unopposed Motion for Extension of Time in Which to Respond to Defendants' Motion to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Defendants in this matter.

_____
Peter S. Choi