AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Wyeth Holdings Corporation, et al.

        Plaintiff(s)  )  **APPEARANCE**
)
vs.  )  CASE NUMBER  1:08-cv-00981
U.S. Department of Health and Human  )
Services, et al.  )
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Gary L. Veron  as counsel in this
              (Attorney's Name)

case for:  Wyeth Holdings Corporation and Wyeth
      (Name of party or parties)

_8/18/08_
Date

_/s/ Gary Veron_
Signature

445450
BAR IDENTIFICATION

Gary L. Veron
Print Name

1501 K. Street, N.W.
Address

Washington, DC     20005
City    State    Zip Code

202.736.8000
Phone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WYETH HOLDINGS CORPORATION, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF HEALTH AND ) <br> HUMAN SERVICES, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.: 1:08-cv-00981 |

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed a *Notice of Appearance for Gary L. Veron* with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all Defendants in this matter.

_____
Peter S. Choi